**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Los Angeles Universal Preschool dba Child360** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3902958** |

4. **Debtor's address**

**Principal place of business**

**515 S. Figueroa St., Suite 900**
**Los Angeles, CA 90071**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  **child360.org**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|--------|--------------------------------------------------|------------------------|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6117__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-----------------|------|-----------------|-------------|-----------------|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number (*if known*) _____

Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number (*if known*)
Name

☐ $50,001 - $100,000                  ☐ $10,000,001 - $50  million            ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                 ☐ $50,000,001 - $100 million           ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million               ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this  an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 18, 2022**
MM / DD / YYYY

**X** _(signature)_

Signature of authorized representative of debtor

**Tilmann Gruber**
Printed name

Title   **Member, Board of Directors**

**18. Signature of attorney**

**X**  /s/Caroline R. Djang

Signature of attorney for debtor

Date  **May 18, 2022**
MM / DD / YYYY

**Caroline R. Djang**
Printed name

**Best Best & Krieger LLP**
Firm name

**18101 Von Karman Avenue
Suite 1000
Irvine, CA 92612-0164**
Number, Street, City, State & ZIP Code

Contact phone   **(951) 263-2600**     Email address   **caroline.djang@bbklaw.com**

**216313 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2022**         X
                                        Signature of individual signing on behalf of debtor

                                        **Tilmann Gruber**
                                        Printed name

                                        **Member, Board of Directors**
                                        Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles                          , California.

Date:     **May 18, 2022**

Zilmann Gruber
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ **3,081,798.95**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ **3,081,798.95**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **3,811,512.06**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b                                                                                     $ **3,811,512.06**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Checking - Fundraising account | 3759 | $51,716.85 |
| 3.2. | Enterprise Bank & Trust | Checking | 0708 | $49,995.00 |
| 3.3. | Enterprise Bank & Trust | Money market | 2258 | $61,458.91 |
| 3.4. | Bank of America | Checking - operating account | 3594 | $138,602.10 |
| 3.5. | Paypal | Merchant account | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$301,772.86

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Los Angeles Universal Preschool dba Child360**          Case number *(If known)* _____
          Name

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

8.1.    **Insurance prepayments paid to: (1) Berkley National ($35,506.00); (2) Lloyd's of London
        ($1,949.21); (3) Scottsdale ($4,163.00); (4) Great American ($6,191.00)**          $59,301.96

8.2.    **Security deposit paid to landlord, John Hancock Life Insurance Company (U.S.A.) in
        accordance with Lease on debtor's premises dated 3/31/2017**          $57,007.11

9.      **Total of Part 2.**          $116,309.07
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:    2,548,267.02   -   0.00   = ....   $2,548,267.02
                                     face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**          $2,548,267.02
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture: including 75 desks, 50 chairs,**<br>**2  conference tables,**<br>**3 sofas, 2 lounge chairs** | **Unknown** | **Recent cost** | **$14,950.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**6x PowerEdge R730xd**<br>**2x FortiGate FG200F**<br>**2x Juniper EX4600**<br>**2x HP Procurve 6600ML**<br>**75 HP Monitors**<br>**75 Dell Wyse Terminals**<br>**75 Shoretel IP phones**<br>**2 Canon Color Copiers**<br>**2 Canon B&W Copiers**<br>**9 wall mounted TV Displays**<br>**14 Personal Office Printers**<br>**50 laptops various make and models older**<br>**than 5 years**<br>**25 ipads 2015 Models older than 5 years**<br>**HP C7000 blade chassis**<br>**Crestron Media Distribution Center**<br>**2x Fortinet 200E**<br>**2x HP Server 460**<br>**2x HP Server 360**<br>**Hitachi SAN older than 5 years and non**<br>**operational**<br>**Symantec APC Backup 16Kva UPS**<br>**12x Soretel Switches**<br>**7x Juniper Switches** | **$0.00** | **Recent cost** | **$100,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                               **$115,450.00**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 9:</td><td>Real property</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>Intangibles and intellectual property</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Licenses: Learning Management System (LMS)** | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Intellectual Property:** **Character illustrations (Dozens of images of characters created by Senior Graphic Designer)** **Marvelous Mia (Digital book in English/Spanish)** **Take Time. Talk! (Toolkit in English/Spanish)** **Little Language Learners (Toolkit in English/Spanish, Armenian, Mandarin, Cantonese, Korean, Vietnamese)** **Brain Building from Birth (Toolkit in English/Spanish)** **Challenging Behaviors (Toolkit in English)** **Equity Starts Early (Toolkit in English/Spanish)** **Open-ended Question Cards (Cards to assist educators)** **The Pathway to Math (Toolkit in English/Spanish)** **Health & Safety Posters (Three posters for providers to assist diapering, sanitizing and handwashing)** | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

$$\boxed{\text{\$0.00}}$$

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Los Angeles Universal Preschool dba Child360**    Case number *(If known)* _____
<u>Name</u>

☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Los Angeles Universal Preschool dba Child360**                   Case number *(If known)* _____
             Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $301,772.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $116,309.07 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,548,267.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $115,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,081,798.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,081,798.95 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Los Angeles Universal Preschool dba Child360**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ■  No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **37th Street Early Education Center**<br>**1204 W. 36th Place**<br>**Los Angeles, CA 90007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __QSLA provider__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **A Place Two Grow, Inc.**<br>**Attn: Rachelle Carson**<br>**3770 Santa Rosalia Drive**<br>**Los Angeles, CA 90008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __QSLA Provider__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **A.J. Padelford Child Development**<br>**11922 169th Street**<br>**Artesia, CA 90701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __QSLA Provider__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **A.R.S. Nairy Day Care Center**<br>**505 N. Morris Place**<br>**Montebello, CA 90640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __QSLA Provider__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Abarca Family Child Care**
Attn: Reyna Abarca
9537 Laurel Canyon Blvd., #101
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Abbott Preschool**
5260 E. Clark Street
Lynwood, CA 90262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ABC Unified School District**
16700 Norwalk Blvd
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$294.80**

**Absorb**
685 Centre St., #2500
Calgary, AB T2G 1S5 CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Acacia Montessori School Covina Inc**
450 W. Rowland Avenue
Covina, CA 91723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Lyons**
1147 N 4th St  Unit 4C
Philadelphia, PA 19123-1582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Adrianne M. Moore**
14326 Osborne St.
Panorama City, CA 91402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,300.00 |
|---|---|---|---|

**Aegis Networks**
**2010 W. 29th St.**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aeolian**
**11600 1/2 East Aeolian Street**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,170.00 |
|---|---|---|---|

**AFLAC**
**Wolrdwide Headquarters**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aguirre Family Child Care**
**8834 Laurel Avenue**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aileen Vazquez**
**8421 Garden View Ave**
**South Gate, CA 90280-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Akitoi Learning Center**
**1824 Central Avenue**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Alameda Head Start**
**600 Alameda St.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Alatorre Head Start**
**5480 Huntginton Dr.**
**Los Angeles, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Albion Street Early Education Cente**
**348 South Avenue 18**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Alcott/Child Development Center**
**1600 South Towne Avenue**
**Pomona, CA 91766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Aldama**
**6310 Aldama St.**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Alejandra Castellanos**
**1205 S Garfield Ave**
**Alhambra, CA 91801-5037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Alejandra Portillo**
**1019 S Del Mar Ave**
**San Gabriel, CA 91776-3032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Alex Bermudez**
**1821 Vine St Apt 8**
**Alhambra, CA 91801-6604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Los Angeles Universal Preschool dba Child360**

Name

Case number *(if known)*

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexandria Early Education Center**
**4304 Rosewood Avenue**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alkhateeb Family Child Care**
**9711 Stamps Avenue**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Allcey Castellanos**
**940 E Haltern St**
**Azusa, CA 91702-3950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Allies for Every Child, Inc.**
**12120 Wagner Street**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Allison Child Development Center**
**1011 Russell Place**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALMA Family Service Preschool Ctr**
**4701 E. Cesar Chavez Avenue**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aloha Head Start/State Preschool**
**11737 E. 214th Street**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alondra Preschool**
**16200 S Downey Avenue**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Altadena Children's Center**
**Attn:  Angela Scott**
**7623 Gretna Ave.**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Alvarez Family Child Care**
**2351 Birkfale St.**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Alvarez Family Child Care**
**Attn:  Johana Alvarez**
**749 E. 92nd St.**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amanda Rebecca Twomey**
**10948 Manchester St**
**Rancho Cucamonga, CA 91701-7613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amar Children's Center**
**1000 N. California Avenue**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,273.76**

**Amazon Capital Services, Inc.**
**P.O. Box 035184**
**Seattle, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ana Silvia Sencion**
**4031 Maxson Rd  Apt A**
**El Monte, CA 91732-2470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anderson State Preschool**
**2210 E. 130th St.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrea Carolina Del Valle**
**20600 Oleander Ave**
**Perris, CA 92570-6686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.35**

**Andrews, Leslie**
**5030 Riverton Ave., Apt. 5**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angel N Walters**
**1325 Marianna Rd**
**Pasadena, CA 91105-2746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Angel's Nest Preschool**
**Attn:  Latrice Williams**
**3919 Carlin Ave.**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angelica Villa**
**12657 Glynn Ave**
**Downey, CA 90242-3801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anilu Sanchez**
**14166 Foothill Blvd  Apt 110**
**Sylmar, CA 91342-7573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anissa M Newman**
**4541 Utah St  Apt 3**
**San Diego, CA 92116-3194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anne Maureen Quinn**
**255 Sequoia Ct  Apt 26**
**Thousand Oaks, CA 91360-3884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Annex Montessori Child Care**
**3400 Aerojet Avenue**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Apollo Center**
**7850 Quill Drive**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Apollo Center**
**Plaza De La Raza Child Dev Svcs**
**13300 Crossroads Pkwy N., Suite 400**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Apostol Family Child Care**
**Attn:  Sheila Apostol**
**8926 Natick Ave.**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Araujo Family Child Care**
Attn:  Maria Arauja
13909 Osborne St.
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ariella Simone Butcher**
2090 Bridgewood Way
Upland, CA 91784-7917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arminta St. Early Education Center**
7911 Goll Avenue
North Hollywood, CA 91605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Arnold Family Child Care**
Attn:  Shirlet M. Arnold
2102 West Avenue K4
Lancaster, CA 93536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Around the Korner for School Age**
13939 Nordhoff Street
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Around the Korner Infant and Toddle**
**Around the Korner Ctr for School**
9757 Arleta Ave.
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Around the Korner Infant Toddler**
8800 Woodman Ave.
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arroyo/Child Development Center**
**1605 W. Arroyo Ave.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,261.00**

**Arte Printing**
**829 Washington Blvd.**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Artesia Child Development Ctr.**
**18730 Clarkdale Avenue**
**Artesia, CA 90701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Artesia High School Children's Cent**
**20651 Norwalk Blvd.**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,761.50**

**Articulate**
**244 5th Avenue, Suite 2960**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**ASG Strategy Consulting Inc.**
**3585 Division St.**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ashley Thompson**
**1024 Atchison St**
**Pasadena, CA 91104-1317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Asia Yvonne Simon**
**900 S Dwight Ave  Apt 112**
**Compton, CA 90220-4588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.49** |
|---|---|---|---|

**AT&T Emergency Phone Line**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,081.12** |
|---|---|---|---|

**ATT**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Atwater Park Center**
**3370 Perlita Ave.**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Avantiico Inc.**
**600 B Street, Suite 300**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,454.00** |
|---|---|---|---|

**Avison Young**
**515 S. Figueroa St., Suite 320**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ayala Family Child Care**
**Attn:  Donielle Feline Ayala**
**1629 East 220th Street**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Los Angeles Universal Preschool dba Child360**                    Case number (*if known*)
          Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Azusa Discovery Center**
**155 W. Arrow Hwy**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Azusa Montessori Academy/Montessori**
**405 N. Azusa Ave.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Baby Geniuses Preschool**
**Attn:  Sheriah Smith**
**15328 S. Vermont Avenue**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Baby on Wheels Family Child Care**
**Attn:  Katrina Allen-Williams**
**3541 E. Curry St.**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baldwin Park Children's Center**
**13529 Francisquito Avenue**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |
|---|---|---|---|

**Baldwin Park USD**
**3699 Holly Ave.**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Bank of America**
**Bankruptcy Noticing**
**P.O. Box 982284**
**El Paso, TX 79998**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  __0913__

Basis for the claim:  __Credit card__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|--------|---------------------------------------------------|--------------------------|--|
| | Name | | |

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Barfield/Child Development Center**
**2181 N. San Antonio Avenue**
**Pomona, CA 91767**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Bassett USD**
**904 Willow Ave**
**La Puente, CA 91746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Batres Family Child Care**
**Attn:  S. Batres & E. Salmeron**
**6500 Satsuma Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Bazan Family Child Care**
**Attn:  Patricia Bazan**
**2672 Independence Ave.**
**Huntington Park, CA 90255**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Beach Moms Child Development Center**
**Attn:  Celia Fisher**
**1720 Broadway Ave.**
**Santa Monica, CA 90403**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Beatrice Orozco**
**706 W Duarte Rd  Unit B**
**Monrovia, CA 91016-6360**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Beginning Montessori Academy**
**3970 Maine Avenue**
**Baldwin Park, CA 91706**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Bell Family CC**
**Attn:  Keyla R. Bell**
**1917 20th St.**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellflower I Child Development Ctr.**
**9447 Flower Street**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellflower II Child Development Ctr**
**14523 Bellflower Blvd.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellflower III Child Devel. Ctr.**
**14527 S. Bellflower Blvd.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellflower U.S.D. Ernie Pyle School**
**14500 S. Woodruff Ave.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Bellflower USD**
**16703 South Clark Ave.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellflower USD - Las Flores School**
**10039 E. Palm St.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bellflower USD, Williams CC Ctr**
**6144 Clark Ave.**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bellflower USD, Woodruff School**
**15332 S. Eucalyptus Ave.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Benjamin John Bove**
**15838 Hartland St**
**Van Nuys, CA 91406-5015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bennett-Kew State Preschool**
**Inglewood USD**
**11710 S. Cherry Ave.**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Bernasconi Family Child Care**
**Attn:  Leidy M. Bernasconi**
**3755 East Avenue Q12**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bethel Lutheran Early Childhood Ed.**
**17i500 Burbank Blvd.**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bill Cruz Early Education Center**
**1020 S. Valencia St.**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bitely Head Start**<br>**7501 E. Fern Avenue**<br>**Rosemead, CA 91770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Bloomfield Center**<br>**11015 Bloomfield Avenue**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Boniadi Family Child Care**<br>**7114 Greeley Street**<br>**Tujunga, CA 91042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BPUSD - North Park High School**<br>**4600 N. Bogart Avenue**<br>**Baldwin Park, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BPUSD,Charles Bursch Elem School**<br>**4245 N. Merced Ave.**<br>**Baldwin Park, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BPUSD-Kenmore Elementary School**<br>**3823 Kenmore Avenue**<br>**Baldwin Park, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bright Kids Montessori Academy**<br>**4434 Santa Anita Avenue**<br>**El Monte, CA 91731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brooklyn Avenue Early Education Ctr**
**329 N. Arizona Avenue**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __QSLA provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Brown Family CC**
**Attn:  Maisha Brown**
**1136 E. 118th St.**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __QSLA provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Brown Family Child Care**
**1411 Claressa Ave.**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Buffum Head Start**
**2350 Ximeno Ave.**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __QSLA provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Buford State Preschool**
**10915 Felton Avenue**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __QSLA provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Burbank USD**
**1900 W. Olive Ave.**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __QSLA provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bursch State Preschool**
**2505 W. 156th St.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __QSLA provider__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Butcher Family Child Care**
Attn:  Natasha Y. Butcher
2126 S. Highland Avenue
Los Angeles, CA 90016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Butler Family Child Care**
4261 S. Noron Ave.
Los Angeles, CA 90008

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cabrillo Avenue Early Education Ctr**
741 W. 8th St.
San Pedro, CA 90731

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cai Family Child Care**
Attn:  Feng Si Cai
13241 Dart St.
Baldwin Park, CA 91706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Camille Lee**
27921 Camp Plenty Rd
Canyon Country, CA 91351-2011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Camino Nuevo Charter Academy**
661 S. Burlington Avenue
Los Angeles, CA 90057

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Campos Family Child Care**
Attn:  Denise Campos
11802 Grayling Ave.
Whittier, CA 90604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Candida Y Figueroa**
**2422 Wabash Ave**
**Los Angeles, CA 90033-2510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cann Academy Preschool**
**Attn:  Ronnie Cann-Duah**
**3081 W. 132nd St.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cano Family Child Care**
**Attn:  Marta Urbano**
**2854 Virginia Rd.**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Canoga Park Early Early Education C**
**7355 Vassar Ave.**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Canyon Springs State Preschool**
**19059 Vicci St.**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carillo-Canche Family CC**
**Attn: Dalia Carolina Carillo Canche**
**536 W. 41st St.**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Carmelitos Head Start**
**5250 Via Pasillo**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carolina Mendez**
**11651 Rincon Ave**
**Sylmar, CA 91342-5454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Carrillo and Sajche Family CC**
**Attn:  Rodin Carillo & Tania Sajche**
**155 W. 59th Place**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carrillo Family Child Care**
**15902 Norcrest Dr.**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carver Head Start State Preschool**
**19200 Ely Street**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carver State Preschool**
**1425 W. 120th St.**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Castanon Family Child Care**
**Attn:  Vilma Castanon**
**3455 Atlantic St.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castelar Early Education Center**
**840 Yale St.**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Los Angeles Universal Preschool dba Child360**      Case number *(if known)* _____

<span style="font-size:small">Name</span>

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Castillo Family Child Care**
Attn:  Patricia Castillo
13905 Inglewood Ave.
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Castro Family Child Care**
Attn: Sandra Castro
13812 Vanowen St., #218
Van Nuys, CA 91405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**CDCLA Grace Lino Children's Center**
231 E. Third St.
Los Angeles, CA 90013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**CDCLA, Tiny Dots Early Edu. Ctr**
100 South Main St.
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CDCLA-Chinatown Svc. Ctr. Children**
521 W. Cesar E. Chavez Ave.
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cecilia Verduzco**
1320 Rio Vista Ave  Apt 2402
Los Angeles, CA 90023-2683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Ceja Family Child Care**
Attn:  Garciela Ceja
443 E. 83rd St.
Los Angeles, CA 90003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Los Angeles Universal Preschool dba Child360**

Case number *(if known)*

Name

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ceja Family Child Care**
Attn: Graciela Ceja
521 W. Cesar E. Chavez Ave.
Los Angeles, CA 90003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Century Alameda Children's Ctr.**
Para Los Ninos (Eisner)
1617 E. 7th St.
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,950.61** |
|---|---|---|---|

**Century Group Professionals, LLC**
222 Pacific Coast Hwy, Suite 2150
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$766.63** |
|---|---|---|---|

**Ceravantes, Petra**
13271 Kagel Canyon St.
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cerritos College Child Devel. Ctr.**
11110 Alondra Blvd.
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cerritos Community College**
11110 Alondra Blvd.,
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chantal Angini Garcia**
5601 E 23rd St  Apt 2
Long Beach, CA 90815-2009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Charter Oak USD**
**20240 E. Cienega Ave.**
**Covina, CA 91724-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charter Oak USD Dev. Ctr. Preschool**
**1505 S. Sunflower AVe.**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chase Early Education Ctr.**
**8635 N. Colbath Avenue**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Child Dev. Consortium of LA, Inc.**
**14445 Olive View Dr.**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Child Development Center**
**1100 N. Grand Ave.**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,398.00** |
|---|---|---|---|

**Child Plus Software**
**303 Perimeter Center North, Suite 4**
**Atlanta, GA 30346-2487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Children's Bureau Family Ctr. at**
**Magnolia Place**
**1910 Magnolia Avenue**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Los Angeles Universal Preschool dba Child360**

Name

Case number *(if known)*

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Children's Bureau of Southern Calif**
**1910 Magnolia Ave.**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Children's Hospital Child Devel Ctr**
**4601 Sunset Blvd.**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Children's Hospital Child Devl Ctr**
**1300 N. Vermont Ave.**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Children's Hospital of Los Angeles**
**4650 Sunset Boulevard**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Chinchilla Family Child Care**
**Attn: Gladys Chinchilla**
**11665 Emery St.**
**El Monte, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.23** |
|---|---|---|---|

**Christopher Michael Zappia**
**1219 S Alta Vista Ave  Apt 220**
**Monrovia, CA 91016-4052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cibrian Family CC**
**Attn:  Maria Cibrian**
**3535 Santa Ana St.**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Los Angeles Universal Preschool dba Child360**                     Case number (*if known*) _____
_____
Name

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cigar-James Family CC**
**8816 S. 5th Ave.**
**Inglewood, CA 90305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cindy E Esquivel**
**7023 Petaluma Dr**
**Fontana, CA 92336-1447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cindy Oropeza**
**10522 Nashville Ave**
**Whittier, CA 90604-1452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Terrace**
**3260 Marengo St.**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Claremont Presbyterian Church Child**
**1111 N. Mountain Ave.**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claremont USD**
**170 West San Jose Ave.**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claremont USD**
**Sumner/Danbury State Preschool**
**1745 Lynoak Dr.**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudia Benavides**
**3014 8th Ave**
**Los Angeles, CA 90018-3303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudia Galvan**
**5502 Citronell Ave**
**Pico Rivera, CA 90660-2710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudia Velasco**
**18600 Collins St  Apt 101**
**Tarzana, CA 91356-2133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clementina Marisol Soukeris**
**7492 Seabluff Dr   Unit 106**
**Huntington Beach, CA 92648-2459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cleveland Early Education Center**
**19031 W. Strathern St.**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Columbia Plaza Early Childhood Ctr**
**12830 Columbia Way**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comayagua Henriquez Family CC**
**21022 Dupont St.**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.180**  **Nonpriority creditor's name and mailing address**
**Come and See Preschool and After**
**184 S. Harvard Blvd.**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  QSLA provider

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181**  **Nonpriority creditor's name and mailing address**
**Complete Document Solutions**
**20410 Earl St.**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182**  **Nonpriority creditor's name and mailing address**
**Compton College Child Dev. Day Care**
**1111 E. Artesia Blvd.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  QSLA provider

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183**  **Nonpriority creditor's name and mailing address**
**Compton Montessori Academy**
**1007 N. Long Beach Blvd.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  QSLA provider

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**  **Nonpriority creditor's name and mailing address**
**Compton Unified School District**
**501 S. Santa Fe Ave.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  QSLA provider

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185**  **Nonpriority creditor's name and mailing address**
**Coresite, LP**
**1001 17th Street, Suite 500**
**Denver, CO 80202-2461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,655.64**

---

**3.186**  **Nonpriority creditor's name and mailing address**
**Corinne Murphy**
**15545 Nalin Pl**
**Los Angeles, CA 90077-1809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Cortez Child Development Center**
**1300 N. Dudley St.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Cortez Family CC**
**Attn Erica Cortez**
**9524 Loch Avon Dr.**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Covina Educational Ctr State Presch**
**160 N. Barranca Ave.**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Covina Valley Children's Center**
**4400 N. Rosburgh**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Crescent Heights Early Education Ct**
**1700 Alvira St.**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cristina Judith Gonzalez**
**7337 Kraft Ave**
**North Hollywood, CA 91605-3912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Crossroad Montessori CC Ctr**
**12900 Crossroad Pkwy South**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Cruz Family Child Care**
Attn:  Jessica Cruz
771 Aileron Ave.
La Puente, CA 91744

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,346.61** |
|---|---|---|---|

**Cybernet Communications, Inc.**
P.O. Box 573490
Tarzana, CA 91357

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dacotah St. Early Edu Ctr**
3142 Lydia Dr.
Los Angeles, CA 90023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniela Mancia**
3735 E 6th St
Los Angeles, CA 90023-1805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Roberti Early Education Ctr**
1156 E. Vernon Ave.
Los Angeles, CA 90011

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Davis Family Child Care**
Attn: Toimicia Davis
1941 W. 93rd St.
Los Angeles, CA 90047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Davis Family Day Care**
957 W. 12th St.
San Pedro, CA 90731

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dawn A Kurtz**
**13478 Misty Meadow Ct**
**Chino Hills, CA 91709-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daysha J'Niece Perkins Underwood**
**44332 Palo Verde St**
**Lancaster, CA 93536-6273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daysi Estefania Lopez**
**1238 E 34th St**
**Los Angeles, CA 90011-2122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dayton Heights Early Education Ctr.**
**3917 Clinton St.**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**De Anza Head Start/State Preschool**
**12820 E. Bess St.**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**De La Fuente Family Child Care**
**Attn: Rosalind de la Fuente**
**5806 Via Corona St.**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**De Leon Family Day Care**
**Attn: Brenda De Leon**
**5600 Harold Way**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,364.60**

**Dean Felton**
**1685 Roosevelt Ave.**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Deanna D. Robles**
**3581 Frazier St.**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Deleuw Family Child Care**
**Attn:  Tammy Deleuw**
**4720 W. Avenue J2**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denise Fonseca Barragan**
**3603 Anita Dr**
**Bell Gardens, CA 90201-3301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denise Gardiner**
**336 W Regent St  Apt 21**
**Inglewood, CA 90301-9136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denise Gomez**
**14913 La Salle Ave**
**Gardena, CA 90247-3127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dewey School - Head Start**
**525 Dewey Ave.**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|--------|--------|--------|--------|
| | Name | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|-----|-----|-----|

**Diamond Point Child Development Ctr**
**24150 Sunset Crossing Rd.**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,205.12** |
|-------|-----|-----|-----|

**Diane Gutierrez**
**3213 Geronimo Ave.**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|-------|-----|-----|-----|

**Diaz Family Child Care Home**
**Attn:  Laura Diaz**
**8621 California Ave.**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|-----|-----|-----|

**Dimple Gulrajani**
**525 S Ardmore Ave  Apt 106**
**Los Angeles, CA 90020-3303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|-------|-----|-----|-----|

**Dingman Family Child Care**
**Attn:  Sandy L. Dingman**
**8400 Winsford Ave.**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|-----|-----|-----|

**Discovery Time Children's Ctr.**
**406 S. 2nd St.**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|-----|-----|-----|

**Diva R Ramirez**
**2725 S Pacific Ave**
**San Pedro, CA 90731-6528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Los Angeles Universal Preschool dba Child360**                     Case number *(if known)* _____
             Name

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dixon Family Child Care**
**850 W. 9th St., Apt. 4**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dolores Street Early Education Ctr**
**22309 Catskill Ave.**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donna Escalante**
**10430 Dolan Ave**
**Downey, CA 90241-2616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Dorlus Family Child Care**
**Attn: Jessieka Denise Dorlus**
**839 E. 84th St.**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Drew Barrett**
**1011 Snapdragon Ct**
**Corona, CA 92878-7792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duarte Unified School District**
**1620 E. Huntington Dr.**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duarte USD - Andres Duarte**
**1433 Crestfield Dr.**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | **Nonpriority creditor's name and mailing address**
**Duarte USD - Beardslee**
**1212 Kellwil Way**
**Duarte, CA 91010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230** | **Nonpriority creditor's name and mailing address**
**Duarte USD - Maxwell Site**
**733 Euclid Ave.**
**Duarte, CA 91010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231** | **Nonpriority creditor's name and mailing address**
**Duckett Kidz Care, Inc.**
**Attn:  Yolanda Duckett**
**1338 East 49th Street**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.232** | **Nonpriority creditor's name and mailing address**
**Duff Head Start**
**Garvey School District**
**7830 E. Dorothy Ave.**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.233** | **Nonpriority creditor's name and mailing address**
**Dwaune D Moore**
**956 E 94th St**
**Los Angeles, CA 90002-1911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234** | **Nonpriority creditor's name and mailing address**
**Eagles Nest**
**Attn: Jackie & Gary Flower**
**14340 Valley View Ave.**
**La Mirada, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235** | **Nonpriority creditor's name and mailing address**
**Eagles Nest Preschool**
**Attn: CTR Inc.**
**10262 Colima Rd.**
**Whittier, CA 90603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Los Angeles Universal Preschool dba Child360**                          Case number *(if known)*  _____
_____
Name

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Eagles Nest Preschool**
**Attn:  Jackie & Gary Fowler**
**641 Sheldon St.**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Eagles Nest Preschool**
**CTR Incorporated**
**641 Sheldon St.**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**East LA Occ Ctr, Head Start**
**2100 Marengo St.**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**East Whittier Ctr**
**9951 S. Mills Ave.**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eastman Ave. Early Edu Ctr**
**1266 S. Gage Ave.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Echo Park Child Development Center**
**1010 Douglas St.**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ecole Clair Fontaine, Camper Campus**
**226 Westminster Ave.**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ecole Claire Fontaine, Abbot Kinney**
**1049-1051 Abbot Kinney Blvd**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ed Amoyo Sudario**
**5297 E Rural Ridge Cir**
**Anaheim, CA 92807-4619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Edgewood Academy**
**Bassett Unified School District**
**904 N. Willow Ave.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edgewood Academy, Head Start Presch**
**14135 Fairgrove Ave.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edison Head Start**
**625 Main Ave.**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Edison Head Start**
**Long Beach Unified School District**
**1260 E. 33rd St.**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edison Language Academy Preschool**
**2402 Virginia Ave.**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edith Geraldina Flores**
**1144 S Sierra Bonita Ave Apt 3**
**Los Angeles, CA 90019-2592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edith Marcel**
**10920 Waddell St**
**Whittier, CA 90606-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Edwards Family Child Care**
**Attn: Kenisha Edwards**
**709 S. Clymar Ave.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City School District**
**3540 Lexington Ave.**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Cherrylee**
**Head Start**
**5025 Buffington Rd.**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Columbia School**
**Head Start**
**3400 N. California Ave.**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Cortada El**
**3111 N. Potrero Ave.**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| | Name | | |

---

3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Gidley
Head Start
10226 E. Lower Azusa Ave
El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Le Gore
11121 E. Bryant Rd.
El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Mulhall School
Head Start
10900 Mulhall St.
El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, New Lexington El
10410 E. Bodger St.
El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Potrero School
Head Start
2611 N. Potrero Ave.
South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Rio Vista School
4300 N. Esto
El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Shirpser High Sch
4020 N. Gibson Rd.
El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**EL Monte City SD, Thompson School**
**4544 Maxson Rd.**
**El Monte, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Monte City SD, Wilkerson HS**
**2700 Doreen Ave.**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Proyecto CDC**
**9140 Van Nuys Blvd. #109 A, B, C**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Proyecto East LA CDC**
**4824 Civic Ctr Way**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Rancho Santa Gertrudes Center**
**9329 Alburtis St.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Sereno Early Edu Ctr**
**3092 Pueblo Ave.**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**El Sereno Head Start**
**5036 N. Huntington Dr.**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **Los Angeles Universal Preschool dba Child360**
　　　Name

Case number *(if known)* _____

| | |
|---|---|
| 3.271 | **$5,000.00** |

**Nonpriority creditor's name and mailing address**

**El Sereno Head Start**
**Plaza de la Raza CDC**
**13300 Crossroads Pkwy N. Suite 440**
**La Puente, CA 91746**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.272 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Eli Pessar**
**11274 Morrison St  Apt 10**
**North Hollywood, CA 91601-4460**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.273 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Elida Flores**
**2907 Hauser Blvd**
**Los Angeles, CA 90016-3207**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.274 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Elisa Gertudis Santiago**
**15258 Carla Ct**
**Canyon Country, CA 91387-1896**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Elizabeth Learning Center**
**4811 Elizabeth St.**
**Bell Gardens, CA 90201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.276 | **$52.82** |

**Nonpriority creditor's name and mailing address**

**Elsa Jacobsen**
**966 S. Bundy Dr.**
**Los Angeles, CA 90049**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.277 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Emerson Child Development Center**
**635 Lincoln Ave.**
**  OR 97166**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Los Angeles Universal Preschool dba Child360**                Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Emerson Head Start**
**7544 E. Emerson Place**                                        ☐ Contingent
**Rosemead, CA 91770**                                           ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim:  **QSLA provider**
Last 4 digits of account number _
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| 3.279 | |
|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Emerson State Preschool**
**1011 Caldwell St.**                                            ☐ Contingent
**Compton, CA 90221**                                            ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim:  **QSLA Provider**
Last 4 digits of account number _
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| 3.280 | |
|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Enevila K Smith**
**1633 W 84th Pl  Apt 1**                                        ☐ Contingent
**Los Angeles, CA 90047-5444**                                   ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim:  **Employee**
Last 4 digits of account number _
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| 3.281 | |
|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Enterprise Bank & Trust**
**888 W. 6th St.**                                               ☐ Contingent
**Los Angeles, CA 90017**                                        ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim: _
Last 4 digits of account number  **2258**
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| 3.282 | |
|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Erica Alejandra Salazar**
**6011 Bear Ave**                                                ☐ Contingent
**Huntington Park, CA 90255-3316**                               ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim:  **Employee**
Last 4 digits of account number _
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| 3.283 | |
|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Escalante Early Edu Ctr, So Reg #1**
**7221 S. Atlantic Blvd.**                                       ☐ Contingent
**Bell Gardens, CA 90201**                                       ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim:  **QSLA provider**
Last 4 digits of account number _
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| 3.284 | |
|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$1,000.00**
**Escalante Family CC**
**Attn: Yesmin Escalante**                                       ☐ Contingent
**378 Douglas St.**                                              ☐ Unliquidated
**Los Angeles, CA 90026**                                        ☐ Disputed
Date(s) debt was incurred _
                                                                 Basis for the claim:  **QSLA provider**
Last 4 digits of account number _
                                                                 Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Espinoza Family CC**
Attn: Cecilia Amaro
5844 Lewis Ave.
Long Beach, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Esquer Family CC**
Attn:  Diana & Alberto Esquer
1259 S. Kern Ave.
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estefani Marin**
5303 Palo Verde Rd
Irvine, CA 92617-3001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$621.14**

**Esther Miranda**
3570 Randolph Pl.
Bell Gardens, CA 90201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estrada Head Start**
1320 Concord Ave.
Los Angeles, CA 90023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Estrada Head Start**
**Foundation for Early Childhood Edu**
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estrella Early Education Center**
**Central Region #1**
Los Angeles, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ethel Bradley Early Edu Ctr**
**10925 S. Central**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Euclid Head Start**
**817 S. Euclid Ave.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Euclid Head Start**
**Foundation for Early Childhood Edu**
**3450 E. Sierra Madre Blvd.**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Evans Head Start State Preschool**
**717 N. Figueroa St.**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Evelin Denise Rivera**
**3124 Stockbridge Ave**
**Los Angeles, CA 90032-2923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Evelyn Garcia**
**201 W El Repetto Dr**
**Monterey Park, CA 91754-5535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Evergreen Early Edu Ctr.**
**1027 N. Evergreen Ave.**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.299** | **Nonpriority creditor's name and mailing address**
**Evergreen Heights Head Start Presch**
**2923 2nd St.**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.300** | **Nonpriority creditor's name and mailing address**
**Exposition Park Montessory CC**
**1024 W. 38th St.**
**Los Angeles, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.301** | **Nonpriority creditor's name and mailing address**
**Fair Ave. Early Edu Ctr.**
**11300 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302** | **Nonpriority creditor's name and mailing address**
**FedEx**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$555.00**

---

**3.303** | **Nonpriority creditor's name and mailing address**
**Felicia Lopez Gomez**
**10607 Hickory St**
**Los Angeles, CA 90002-3747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304** | **Nonpriority creditor's name and mailing address**
**Felton State Preschool**
**10417 Felton Ave.**
**Inglewood, CA 90304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305** | **Nonpriority creditor's name and mailing address**
**Fergeson Elementary School**
**State Preschool**
**22215 Ealine Ave.**
**Hawaiian Gardens, CA 90716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fernando Almodovar**
**c/o Wayfinder Family**
**5300 Angeles Vista Blvd**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Finster Family CC**
**Attn: Natasha Finister**
**4630 W. 140th St.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$673,235.00** |
|---|---|---|---|

**First 5 LA, Finance**
**Attn Faustino Genio, Acct. Mgr**
**750 N. Alameda St, Suite 300**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/21/2022__

**Basis for the claim:** __Grant and Repayment Plan Agreement re unused funds__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.96** |
|---|---|---|---|

**First Choice Services**
**10907 Painter Ave.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Flaharty Family Child Care**
**Attn: Araceli Flaharty**
**2828 Hope St.**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flanner**
**1314 N. Leborgne Ave.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flor M Hernandez**
**7020 Mountain View Ave  Apt A**
**Huntington Park, CA 90255-5091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Florence-Firestone CC**
**7217 S. Mace Place**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Flores De Valle**
**225 N. Avenue 25**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Flores Family Child Care**
**Attn:  Justine Flores**
**653 Simmons Ave.**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Flores Family Child Care**
**Attn:  Pauly Flores**
**13208 Bombay St.**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Foster Road State Preschool**
**13980 Foster Rd.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Foster State Preschool**
**1620 N. Pannes St.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Foundation for Early Childhood Edu**
**3450 E Sierra Madre Blvd**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

**3.320**

**Nonpriority creditor's name and mailing address**
**Fountain Avenue Head Start**
**5636 Fountain Ave.**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321**

**Nonpriority creditor's name and mailing address**
**Fourth St. Early Edu Ctr**
**421 S. Hillview Ave**
**Los Angeles, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.322**

**Nonpriority creditor's name and mailing address**
**Franklin Roosevelt/Kit Carson Presc**
**Lawndale School Dist.**
**3530 W. 145th St.**
**Lawndale, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.323**

**Nonpriority creditor's name and mailing address**
**Franklin State Preschool**
**2400 Montana Ave.**
**Santa Monica, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.324**

**Nonpriority creditor's name and mailing address**
**Fredy Ruiz**
**7825 Yolanda Ave.**
**Reseda, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

**$122.97**

---

**3.325**

**Nonpriority creditor's name and mailing address**
**Fuentes Family Child Care**
**Attn:  Elsa Fuentes**
**1029 West L Street**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

**3.326**

**Nonpriority creditor's name and mailing address**
**Gabriela Arroyo**
**631 S Bonnie Brae St Unit 100**
**Los Angeles, CA 90057-3709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gaines State Preschool**
**7340 E. Jackson St.**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Galvez Family CC**
**Attn: Norman Galvez**
**6151 Burwood Ave.**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Garcia Family CC**
**Attn:  Claudia Garcia**
**13224 S. St. Andrews Pl.**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Garcia Family Child Care**
**13224 S. St. Andres Place**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Garden of Progress Head Start**
**360 S. Gless St.**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gardena Early Edu Ctr.**
**1350 W. 177th St.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Garfield Head Start**
**2240 Baltic Ave.**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Los Angeles Universal Preschool dba Child360**_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

---

**3.334**

**Nonpriority creditor's name and mailing address**
**Garvey School District**
**2730 Del Mar Ave.**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335**

**Nonpriority creditor's name and mailing address**
**Gates St. Early Edu Ctr**
**2306 Thomas St.**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336**

**Nonpriority creditor's name and mailing address**
**Geddes**
**14600 Cavette Pl.**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.337**

**Nonpriority creditor's name and mailing address**
**Gilbert A. Cedillo Head Start**
**2141 Workman Ave.**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338**

**Nonpriority creditor's name and mailing address**
**Gilbert A. Cedillo Head Start**
**Plaza de la Raza CDC**
**13300 Crossroads Pkwy N.**
**Suite 440**
**La Puente, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.339**

**Nonpriority creditor's name and mailing address**
**Giovanna Aguilar**
**943 Ericksen Dr.**
**Pomona, CA 91768-2135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340**

**Nonpriority creditor's name and mailing address**
**Glassell Park Early Education Ctr**
**3003 N. Carlyle St.**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.341** | **Nonpriority creditor's name and mailing address**

**Glazier Elementary School**
**10932 E. Escelsior Dr.**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342** | **Nonpriority creditor's name and mailing address**

**Gledhill St. Early Edu Ctr**
**16058 Gledhill St.**
**North Hills, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343** | **Nonpriority creditor's name and mailing address**

**Glendale CC Child Dev Ctr**
**Glendale Community College**
**1500 N. Verdugo Rd.**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.344** | **Nonpriority creditor's name and mailing address**

**Glendale Preschool & Kindergarten**
**Attn:  Irene Zukas Barcci**
**225 S. Verdugo Rd.**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.345** | **Nonpriority creditor's name and mailing address**

**Glendale Sharon Preschool**
**626 N. Pacific Ave.**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346** | **Nonpriority creditor's name and mailing address**

**Glenfeliz Blvd. Early Edu Ctr**
**3745 Dover Place**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.347** | **Nonpriority creditor's name and mailing address**

**Glenn Family Child Care**
**Attn:  LaFrunde Glenn**
**2007 W. 83rd St.**
**Los Angeles, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.348**

**Nonpriority creditor's name and mailing address**
**Golden Springs Child Devel. Ctr.**
**245 S. Ballena Dr.**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.349**

**Nonpriority creditor's name and mailing address**
**Gomez & Urquiza Family CC**
**Attn: I. Gomez & A. Urquiza**
**901 E. Barbara Ave.**
**West Covina, CA 91790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.350**

**Nonpriority creditor's name and mailing address**
**Gonzalez Family CC**
**Attn:  Guadalupe Gonzalez**
**8903 S. La Puebla Ave.**
**Whittier, CA 90605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.351**

**Nonpriority creditor's name and mailing address**
**Good Beginnings Head Start**
**1839 S. Hoover St.**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.352**

**Nonpriority creditor's name and mailing address**
**Good Beginnings Head Start**
**21503 Prospect Ave.**
**Long Beach, CA 90810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.353**

**Nonpriority creditor's name and mailing address**
**Good Beginnings Head Start**
**Volunteers of America of LA**
**11243 Kittridge St.,**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.354**

**Nonpriority creditor's name and mailing address**
**Graham Early Edu Ctr**
**8332 S. Elm St.**
**Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **Los Angeles Universal Preschool dba Child360**

Case number *(if known)* _____

Name

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Grandview Elementary School**
**795 N. Grandview Ave.**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Grant St. Early Edu. Ctr**
**1559 N. Saint Andrews Pl.**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gratts Early Education Center**
**1415 5th Street**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.66** |

**Gregory Loar**
**15484 Pearmain St.**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gregory Park Head Start Preschool**
**5807 Gregory Ave.**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gricelda Gomez Mondragon**
**10533 Montgomery Ave**
**Granada Hills, CA 91344-7035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Griggs-Smith Family CC**
**Attn:  Vickie Griggs-Smith**
**750 E. Pine St.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Growing Years Children's Academy**
Attn:  Nicole Lee
211 S. Pacific Ave.
Glendale, CA 91204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Guadalupe Mendez-Duran**
10540 Cayuga Ave
Pacoima, CA 91331-3011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Guan Family Child Care**
Attn:  Wendy Guan
1986 Tambor Ct.
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Guardian Angel Academy**
Attn:  Diane Hazel Ferguson
13413 Bradley Ave.
Sylmar, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,640.00**

**Guzman Translation and Interpreting**
P.O. Box 362
La Mirada, CA 90637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Gwendolyn Comeaux Family Child Care**
1619 W. 134th St.
Compton, CA 90222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Gwennies Learning & Loving CC**
Attn: Gwendolyn Comeaux
1619 W. 134th St.
Compton, CA 90222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Haber Family Child Care**
Attn: Margo Haber
9238 Coachman Ave.
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hacienda La Puente Preschool**
Valinda
1030 Indian Summer Ave.
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00**

**Hacienda La Puente USD**
15959 East GAle Ave.
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hacienda Montessori Academy**
15694 Tetley St.
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Haddon Avenue Early Education Ctr.**
10085 Haddon Ave.
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Harrison/Child Development Center**
425 E. Harrison Ave.
Pomona, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hart Village Early Edu Ctr.**
21702 Hart St.
Canoga Park, CA 91303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawaaian Ave. Early Edu Ctr**
**501 Hawaiian Ave.**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawaiian State Preschool**
**12350 E. 226th St.**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hawlawn**
 **Venice Family Clinics**
**4754 W. 120th St.**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heather Marie Harris**
**9181 Bloomfield Ave  Unit F**
**Cypress, CA 90630-2420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helen Fawaz**
**907 Mariposa St Apt B**
**Glendale, CA 91205-2890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hellen Keller Preschool**
**3521 Palm Avenue**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hendrickson & Wright Family CC**
**7867 Crenshaw Blvd.**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Hendy Family CC**
Attn:  Triana Gabrielle Hendy
10327 S. Wilton Pl.
Los Angeles, CA 90047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Hernandez Family CC**
Attn:  Norma Hernandez
1100 E. Truman Place
West Covina, CA 91790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Hernandez Family CC**
Attn:  Sonia Hernandez Zazueta
13135 Cranston Ave.
Sylmar, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Herrera Family CC**
1717 W. 83rd St.
Los Angeles, CA 90047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hi Fi Preschool**
25227 Narbonne Ave.
Lomita, CA 90717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hi Fi Preschool & Infant Ctr**
25527-25537 Narbonne Ave.
Lomita, CA 90717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Highland Park Head Start**
5443 Ash St.
Los Angeles, CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Highland State Preschool**
**Inglewood USD**
**430 Venice Way**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hillary Broadous Early Education Ct**
**11736 Bromont Ave**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hillcrest Country Day School**
**Hillcrest Congregational Church**
**2000 West Road**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  2000 West Road**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hillcrest Head Start**
**Garvey School District**
**795 Pepper St.**
**Monterey Park, CA 91755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  2000 West Road**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Hilltop Nursery School**
**Attn:  Maria Rayas**
**5702 Crest Rd.**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hobart Early Edu Ctr**
**982 S. Serrano Ave.**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hollydale Preschool**
**5511 Century Blvd.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Holmes Avenue Early Edu Ctr**
**1810 E. 52nd St.**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hooper Ave. Early Edu Ctr**
**1224 E. 52nd St.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Horace Mann Preschool Ctr**
**3401 Scott Rd.**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Houston Family CC**
**Attn: Nikita Houston**
**336 W. 62nd St.**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Howard Family CC**
**Attn:  Edna H. Howard**
**44822 16th St. East**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HSA Bell Gardens LAUP**
**6800 Florence Ave.**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HSA Pasitos Head Start Preschool**
**8692 Virginia Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.404** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Huerta Elementary**
**15415 S. Pioneer Blvd.**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Human Services Association**
**6800 Florence Ave.**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,752.00**

**Humanity**
**2121 N California Blvd., Suite 290**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Huntington Park Rita**
**6420 Rita Ave.**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hyde Park Early Edu Ctr**
**6428 11th Ave.**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ilan Ramon Day School**
**27400 Canwood St.**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ines Arredondo Leighton**
**3595 Santa Fe Ave  SPC 292**
**Long Beach, CA 90810-4380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | | | Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Inglewood Avenue Preschool Academy**
**Tajauta Enterprises, Inc.**
**2201 Westwind Way**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Inglewood Unified School District**
**401 S. Inglewood Ave.**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Inglewood USD Child Dev Ctr**
**10409 10th Ave.**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,130.23**

**Insight**
**P.O. Box 731072**
**Dallas, TX 75373-1072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,961.66**

**iPinwheel**
**11956 Bernardo Plaza Dr., #406**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,362.20**

**Iron Mountain Inc.**
**P.O. Box 601002**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Isabella Rose Tedesco**
**22640 Califa St**
**Woodland Hills, CA 91367-4417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Jackson Family Child Care**
Attn:  Kerisha Lynn Jackson
13917 Arcturus Ave.
Gardena, CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jaimee Watson**
23352 Brightwater Pl
Harbor City, CA 90710-1103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jasmin Contreras**
1349 Hewitt St
San Fernando, CA 91340-3913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jefferson State Preschool**
2508 E. 133rd St.
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jefferson State Preschool**
10203 Firmona Ave.
Inglewood, CA 90304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jeffrey Foundation Multipurpose Ctr
Preschool**
5464-5470 W. Washington Blvd.
Los Angeles, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jenifer Fernandez**
9613 Surfside St
Bakersfield, CA 93313-6119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page **61** of 146

Debtor  **Los Angeles Universal Preschool dba Child360**                Case number *(if known)* _____
         Name

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Elizabeth Castaneda-Pacheo**
**11408 Sheffield Rd**
**Fontana, CA 92337-9014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Employee **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Hernandez**
**12016 Long Beach Blvd   Apt A**
**Lynwood, CA 90262-3888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Employee **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Marie Saenz**
**2538 Cedar Ave**
**Long Beach, CA 90806-2807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Employee **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jessica Geovana Sotelo**
**4546 W 147th St**
**Lawndale, CA 90260-1325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Employee **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jessica Martinez**
**1014 S Marengo Ave  Unit 3**
**Alhambra, CA 91803-2074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Employee **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Jex Family Child Day Care Services**
**14321 Osborne St.**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade debt **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Jeyana Phillips**
**10349 Monterey St.**
**Bellflower, CA 90706-6733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade debt **

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.432** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Joan Kim
13147 Crewe St
North Hollywood, CA 91605-4727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jocelyn Rivera
1035 Fraser Ave
Los Angeles, CA 90022-3821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jocelyn X Arteaga
12002 Old River School Rd
Downey, CA 90242-2113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Johanna J Hernandez
2471 Santa Ana N
Los Angeles, CA 90059-2146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Johanna Pelayo
7829 Benares St
Downey, CA 90241-6005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.437** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

John Adams Child Dev Ctr
2320 17th St.
Santa Monica, CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280,942.00**

John Hancock Life Insurance Co. USA
Attn:  Property Manager
515 S. Figueroa St., Suite 320
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 31, 2017**

**Basis for the claim:**  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.439**

**Nonpriority creditor's name and mailing address**

**Johnson Family Child Care**
**Attn:  Marilyn Johnson**
**3125 W. 77th St.**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.440**

**Nonpriority creditor's name and mailing address**

**Johnson Family Child Care**
**Attn:  Tiffany Johnson**
**11714 Truro Ave., Atp. A**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.441**

**Nonpriority creditor's name and mailing address**

**Johnston Elementary School**
**13421 S. FAirford Ave.**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Jonthan Club**
**545 S. Figueroa St.**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,880.93**

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Joyland Preschool**
**Shelco Enterprise LLC**
**12645 Pioneer Blvd.**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Judy Cuevas**
**11226 Runnymede St**
**Sun Valley, CA 91352-4742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445**

**Nonpriority creditor's name and mailing address**

**Just Plane Kids**
**LA Air Route Traffic**
**2555 E. Avenue P**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|--------|-----|-----|-----|
| | Name | | |

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**K-Step Montessori**
**3400 Aerojet Ave.**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kadijah Simone Williams**
**1832 E Avenue J2  Apt 2**
**Lancaster, CA 93535-4408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karen A Bradford**
**850 Iris Way Unit D**
**Azusa, CA 91702-7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karina Cota**
**1010 Lagoon Ave Apt 203**
**Wilmington, CA 90744-3463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karina White**
**9313 Millergrove Dr**
**Santa Fe Springs, CA 90670-2357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karla Antonieta Martinez**
**901 E 49th Pl**
**Los Angeles, CA 90011-4103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katerina Rose Bails**
**5316 E Anaheim Rd**
**Long Beach, CA 90815-4305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Katherine Leon**
**4949 Placidia Ave**
**North Hollywood, CA 91601-4835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kellogg Polytechnic Child Dev Ctr**
**610 Medina St.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kelly State Preschool**
**2320 E. Alondra Blvd.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenia Mendez**
**9070 Imperial Hwy  Apt 17**
**Downey, CA 90242-2746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kennedy Head Start**
**17500 S. Belshire Ave.**
**Artesia, CA 90701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Ortiz**
**3523 Ash St**
**Lake Elsinore, CA 92530-1876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kiddie Academy of Glendora**
**1339 S. Grand Ave.**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| | Name | | |

---

**3.460**

**Nonpriority creditor's name and mailing address**

**Kiddie Academy of Pasadena**
**169 N. Halstead St.**
**Pasadena, CA 91107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.461**

**Nonpriority creditor's name and mailing address**

**Kids Korner Children's Center**
**Attn:  Keyla Bell**
**1905 20th St.**
**Santa Monica, CA 90404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.462**

**Nonpriority creditor's name and mailing address**

**Kids Korner Preschool Inc.**
**9757 Arleta Avenue**
**Pacoima, CA 91331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.463**

**Nonpriority creditor's name and mailing address**

**Kidtopia Family Child Care**
**Attn:  J. Bonseigneur**
**1325 W. 65th Pl.**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

**3.464**

**Nonpriority creditor's name and mailing address**

**Kidz Korner Children's Center**
**Attn: Keyla Bell**
**1905 20th St.**
**Santa Monica, CA 90404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

**3.465**

**Nonpriority creditor's name and mailing address**

**Kimitra N Robinson**
**27955 Firebrand Dr**
**Castaic, CA 91384-3592**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.466**

**Nonpriority creditor's name and mailing address**

**King San Pedro Child Dev Ctr**
**3817 S. San Pedro St.**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**King State Preschool**
**2270 E. 122nd St.**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kingsley Child Dev Ctr**
**1170 Washington St.**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Klaudia O Renteria**
**10456 Rose Hedge Dr**
**Whittier, CA 90606-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kosal Kat-Lim**
**1217 W Carlton Ave**
**West Covina, CA 91790-1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristin Feltz**
**920 Enterprise Ave Apt 2**
**Inglewood, CA 90302-8320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristin Marie Ornelas**
**2722 Kendall St**
**La Verne, CA 91750-3716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**LA Area Chamber of Commerce**
**350 S. Bixel St.**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Los Angeles Universal Preschool dba Child360**                     Case number *(if known)* _____
        <sub>Name</sub>

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**La Casa Community Ctr.**
**La Casa de San Gabrial Community Ct**
**203 E. Mission Rd.**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,793,881.00** |
|---|---|---|---|

**LA County Office of Education**
**9300 Imperial Hwy**
**Downey, CA 90242-2890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

Last 4 digits of account number

Basis for the claim:  **Provider Incentives**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**La Esperanza Head Start**
**11329 Valerio St.**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**La Mirada Head Start**
**5637 La Mirada Ave.**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**La Mirada Head Start**
**Foundation for Early Childhood Edu**
**3450 E. Sierra Madre**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235.05** |
|---|---|---|---|

**LA Tax Collector**
**P.O. Box 54027**
**Los Angeles, CA 90054-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LA Trade Tech College CDC**
**2021 S. Olive St.**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**LAC + USC Employees' Child Ctr**
**1401 N. Mission Rd.**
**Los Angeles, CA 90033**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address** | **$487.88** |

**Lakeshore**
**2695 E. Dominguez St.**
**Carson, CA 90895**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.483 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Lakeview**
**11500 Joslin St.**
**Santa Fe Springs, CA 90670**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.484 | **Nonpriority creditor's name and mailing address** | **$3,000.00** |

**Lakeview**
**Plaza de la Raza CDS**
**13300 Crossroads Pkwy N, Suite 440**
**La Puente, CA 91746**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.485 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Lakewood Child Dev Ctr.**
**5225 Hayter Ave.**
**Lakewood, CA 90712**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.486 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Latona Ave Elementary School**
**5225 Hayter Ave.**
**Lakewood, CA 90712**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Launch Pad Learning**
**4141 El Segundo Blvd.**
**Hawthorne, CA 90250**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laura Angeli Mejia**
**2500 Missouri Ave**
**South Gate, CA 90280-3939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laura Fonseca**
**13733 Ramona Pkwy**
**Baldwin Park, CA 91706-4020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laura J Earley**
**1554 Prospect Ave Apt C**
**San Gabriel, CA 91776-3488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laurel Early Education Ctr.**
**8023 Willoughby Ave.**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laurel State Preschool**
**1321 W. Laurel St.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lawndale School District**
**4161 West 147th St.**
**Lawndale, CA 90260-1709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lemay Street Early Edu Ctr**
**17553 Lemay St.**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.495** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Lennox School District**
**10319 Fimona Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Leona Cox State Preschool**
**18643 Oakmoor St.**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Leonor E Vasquez**
**130 S Sepulveda Blvd   Unit 207**
**Los Angeles, CA 90049-3152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Leslie Andrews**
**5030 Riverton Ave Apt 5**
**North Hollywood, CA 91601-3965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Leslie Ann Alvis**
**7602 Wellman St**
**Los Angeles, CA 90040-3316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Leticia Malvaez**
**14811 Brink Ave**
**Norwalk, CA 90650-5809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Lewis Family Child Care**
**7823 S. Denker Ave.**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lexington Child Devel Ctr**
**550 W. Lexington Ave.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lilian Anabell Gutierrez**
**14522 Fidel Ave**
**Norwalk, CA 90650-5116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liliana Baez**
**1035 N Sunset Ave**
**Azusa, CA 91702-1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liliana Contreras**
**13017 Corcoran St**
**San Fernando, CA 91340-1514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lincoln Center**
**12620 Broadway**
**Whittier, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Lincoln Child Development Ctr.**
**Pomona USD**
**1460 E. Holt Ave.**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Linda Vista Children's Ctr.**
**1259 Linda Vista Ave.**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.509**

**Nonpriority creditor's name and mailing address**

**Lindbergh Children's Center**
**12120 Lindbergh Ave.**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.510**

**Nonpriority creditor's name and mailing address**

**Little Friends Head Start**
**707 E. Kensington Rd.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.511**

**Nonpriority creditor's name and mailing address**

**Little Scholars Academy LLC**
**4168 Slauson Avenue**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.512**

**Nonpriority creditor's name and mailing address**

**Little Sprouts Preschool**
**1921 N. Gaffey Street, Ste. A**
**San Pedro, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.513**

**Nonpriority creditor's name and mailing address**

**Little Star**
**12322 Pellissier Blvd.**
**Whittier, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514**

**Nonpriority creditor's name and mailing address**

**Little Stars Learning Center**
**Attn: Darlene S. and Luis E. Morale**
**4103 W. Adams Blvd.**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.515**

**Nonpriority creditor's name and mailing address**

**Little Treehouse Academy**
**Attn: Teremok**
**18510 Plummer Street**
**Northridge, CA 91324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Los Angeles Universal Preschool dba Child360**          Case number *(if known)* _____

_____
Name

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.516**

**Nonpriority creditor's name and mailing address**
**Lizbet Hernandez**
**12162 Crystal Ave**
**Chino, CA 91710-2347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Employee **

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.517**

**Nonpriority creditor's name and mailing address**
**Lizet Valencia**
**8520 Calmada Ave**
**Whittier, CA 90605-1521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Employee **

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.518**

**Nonpriority creditor's name and mailing address**
**Locke Early Education Center**
**320 E. 111th. Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider **

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.519**

**Nonpriority creditor's name and mailing address**
**Logan Early Education Center**
**1712 W. Montana Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider **

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.520**

**Nonpriority creditor's name and mailing address**
**Long Beach Child Development Center**
**2222 Olive Avenue**
**Long Beach   90806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider **

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.521**

**Nonpriority creditor's name and mailing address**
**Long Beach Community Improvement League**
**2399 California Ave. Suite A**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider **

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.522**

**Nonpriority creditor's name and mailing address**
**Long Beach Day Nursery**
**1548 Chestnut Ave.**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt **

Is the claim subject to offset? ■ No ☐ Yes

$10,710.00

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,710.00** |
|---|---|---|---|
| | **Long Beach Day Nursery**<br>**3965 Bellflower Blvd.**<br>**Long Beach, CA 90808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Long Beach Unified School District**<br>**1515 Hughes Way**<br>**Long Beach, CA 90810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Longfellow State Preschool**<br>**1101 S. Dwight Street**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lopez Child Development Center**<br>**701 S. White Avenue**<br>**Pomona, CA 91766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **Lopez Family Child Care**<br>**Attn:  Adriana Lopez**<br>**1166 Mirasol St.**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **Lopez Family Day Care**<br>**Attn:  Aida D. Lopez**<br>**1220 E. Avenue R-3**<br>**Palmdale, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,772.80** |
|---|---|---|---|
| | **Lorena Batres**<br>**6723 Keltonview Dr.**<br>**Pico Rivera, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Employee__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Los Angeles Unified School District**
**333 S. Beaudry Ave.**
**Los Angeles, CA 90017-1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lourdes Montoya**
**13602 Mar Vista St  Apt 6**
**Whittier, CA 90602-2307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lucy Annette Placencia**
**640 W Lambert Rd  Unit 42**
**La Habra, CA 90631-1587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lugo Preschool**
**4345 Pendleton Street**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luz Nallely Arriaga**
**25501 Harbor Village Pl Apt B**
**Harbor City, CA 90710-5206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lynwood Unified School District**
**11321 Bullis Rd**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Mack Family Child Care**
**Attn:  Adrienne Mack**
**5875 S. Verdun Avenue**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____
          Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mack Family Child Care (Adrienne)**
**Attn: Adrienne Mack**
**5875 South Verdun Avenue**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Madison/Child Development Center**
**1351 S. Main Street**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Magnolia**
**Plaza de la Raza Child Development**
**13300 Crossroads Pkwy N. Suite 440**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Malone Family Child Care**
**Attn: Malone, Janquil and Marvin**
**37723 Giavon St.**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Manuel Family Child Care (Giuliana)**
**15717 Eastwood Ave.**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Manuel Ramos Antonio**
**3018 Potomac Ave**
**Los Angeles, CA 90016-4131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MAOF Child Care Center Telegraph**
**4457 Telegraph Road**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Los Angeles Universal Preschool dba Child360** |
| | Name |

Case number *(if known)* _____

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Margo Haber**
**9238 Coachman Ave.**
**Whittier, CA 90605**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Concepcion Espinoza**
**1123` California Ave**
**Lynwood, CA 90262-3303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria D Villar**
**13103 Bona Vista Ln**
**La Mirada, CA 90638-1807**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Del Carmen Garcia-Lopez**
**12040 Sheldon St  Apt B19**
**Sun Valley, CA 91352-1968**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Edy Williams**
**8181 Grove Ave**
**Rancho Cucamonga, CA 91730-3112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Elena Bustamante**
**3411 W 113th St**
**Inglewood, CA 90303-2245**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Elizabeth Ferrette**
**14752 Crenshaw Blvd  Unit 476**
**Gardena, CA 90249-3602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Maria Teresa Solorzano**
**861 Magnolia Ave**
**Long Beach, CA 90813-6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marian Gindi**
**7220 Finevale Dr**
**Downey, CA 90240-2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Maricruz Hernandez**
**10433 Mary Ave**
**Los Angeles, CA 90002-3544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mariel Kyger Doerfel**
**2003 S Holt Ave**
**Los Angeles, CA 90034-1410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marife Adriano**
**14824 1/2 Chatsworth Dr**
**Mission Hills, CA 91345-1617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marilyn Garcia**
**1109 Palo Verde Rd  Unit 1109**
**Irvine, CA 92617-4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Marin Family Child Care**
**Attn:  Mayra Marin**
**428 S Hoover Street**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com |

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

**3.558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marina Early Education Center**
**4908 Westlawn Avenue**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mark Twain Pre-school**
**12315 Thornson Avenue**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mark Twain Preschool**
**Lawndale School District**
**3728 W. 154th St.**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marlene E Alfaro -Ashouri**
**5903 Arabella St**
**Lakewood, CA 90713-1203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Martha Fierro**
**5136 Cecilia St**
**Bell Gardens, CA 90201-6006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Martha L Majano**
**1104 Walnut St**
**Inglewood, CA 90301-3836**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marvin Early Education Center**
**2341 S Curson Avenue**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __QSLA provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor __Los Angeles Universal Preschool dba Child360__ Case number *(if known)* _____
<br>Name

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maryvale**
**7600 Graves Ave**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maryvale (Los Angeles Orphan Asylum**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maryvale Day Care Center**
**7600 E. Graves Avenue**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maryvale Early Education Center**
**2502 Huntington Drive**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Mathison Family Child Care**
**Attn:  Carolina Mathison**
**42801 Mohican Drive**
**Lake Hughes, CA 93532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matilde Morales**
**2083 W 28th St**
**Los Angeles, CA 90018-3020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maywood Child Development Center**
**4801 East 58th Street**
**Maywood, CA 90270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Los Angeles Universal Preschool dba Child360**                                  Case number *(if known)*  _____
_____
Name

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McAuliffe Early Education Center**
**8914 Hunt Ave #2**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**McCray Family Child Care**
**Attn: Valjean McCray**
**1041 S Harlan Avenue**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McKinley Montessori Academy**
**217 E. McKinley Avenue**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McKinley State Preschool**
**14431 S. Stanford Avenue**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**MDBB, Inc.**
**Risingstars Child Development Cente**
**762 W. 130th St.**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Medina Family Child Care (Maria M.)**
**Attn: Maria Medina**
**2547 Floradale Avenue**
**El Monte, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Mejia Family Child Care**
**Attn: Cintia Mejia**
**1921 Chariton Street**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melbourne Head Start/State Preschoo**
21314 Claretta Avenue
Lakewood, CA 90715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melissa Ledezma**
240 W 66th St
Los Angeles, CA 90003-1813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mendoza Child Development Center**
851 S. Hamilton Avenue
Pomona, CA 91768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Mendoza Family Child Care**
Attn: Claudia Mendoza
2517 S. Batson Avenue
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Mendoza Family Child Care**
Attn: Rosa Mendoza
15053 Lindhall Way
Whittier, CA 90604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Mendoza Family Child Care**
Attn: Roxana Mendoza
422 North Forest Avenue
Los Angeles, CA 90033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meridian Early Education Center**
6124 Ruby Place
Los Angeles, CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.586** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Merwin**
**16125 Cypress Street**
**Irwindale, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mexican American Opportunity Found.**
**401 N. Garfield Ave.**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michal J Pena**
**12400 Cypress Ave  SPC 63**
**Chino, CA 91710-2814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421.23**

**Microsoft Azure**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Miles Ave. Early Education Center**
**2855 Saturn Avenue**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Miramonte Early Education Center**
**1341 East 70th. Street**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Moffett State Preschool**
**11050 Larch Avenue**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Momentum PTN
(FKA)- United Cerebral Palsy/Spasti
1815 W. 213th St. #100
Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monte Vista Early Education Center
5509 Ash Street
Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Monterey Infant Center
Burbank USD
1915 Monterey Avenue
Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monterey Vista Head Start
901 E. Graves Avenue
Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montessori Academy of La Puente
846 N. Orange Avenue
La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montessori Academy of West Covina
1030 E. Merced Avenue
West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montessori Association of Covina
5119 N Valley Center Av
Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Montiel Family Child Care**<br>**Attn: Miriam & Hector Montiel**<br>**8611 Beverly Road**<br>**Pico Rivera, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Montvue Child Development Center**<br>**1440 San Bernardino Avenue**<br>**Pomona, CA 91767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Moore Family Child Care**<br>**Attn:  Adrianne M. Moore**<br>**14326 Osborne St.**<br>**Panorama City, CA 91402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Moore Family Child Care (Adrianne)**<br>**Attn: Adrianne Moore**<br>**3014 12th Avenue**<br>**Los Angeles, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Mora Family Child Care**<br>**Attn:  Adriana Mora**<br>**14326 Osborne St.**<br>**Panorama City, CA 91402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
| | **Morales Family Child Care**<br>**Attn: Darlene and Luis Morales**<br>**2943 Hillcrest Drive**<br>**Los Angeles, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Mothers Club Family Learning Center**<br>**Families Forward**<br>**980 N. Fair Oaks Avenue**<br>**Pasadena, CA 91103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __QSLA provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Los Angeles Universal Preschool dba Child360**                          Case number *(if known)* _____
_____
Name

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Motta Child Care**
**Olivia and Jennifer Motta**
**11435 Rincon Dr.**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mountainview Fun for Fours**
**22201 W. Cypress Place**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mrittika Chakrobortty**
**3011 W 4th St Apt 204**
**Los Angeles, CA 90020-1133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ms. Milka's Kids Family Child Care**
**10333 Aldrich St.**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ms. Milka's Kids FCC**
**(Bustos Family Child Care)**
**Attn: Milka Bustos**
**10333 Aldrich Street**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mt. San Antonio Community College**
**District**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Mt. View Preschool**
**Claremont USD**
**170 W. San Jose Ave., Suite 300**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number (if known) _____
    _____
    Name

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Mulberry Tree Preschool**
**Clover Educational Services, Inc.**
**13841 E. Christine Drive**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Munoz Family Child Care**
**Attn: Edith Munoz**
**440446 Glenraven Road**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Murchison Street Early Edu Ctr**
**1537 Murchison St.**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Myranda Munoz**
**23645 Meadowridge Dr  Apt 157**
**Newhall, CA 91321-4231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Naaman Karl Cordova-Muenzberg**
**4951 Cahuenga Blvd**
**North Hollywood, CA 91601-4745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Nasir Family Child Care (Shahina)**
**Attn: Shahina Nasir**
**4831 W. 116th St.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Nassar Family Child Care**
**Attn: Maria Luz Nassar**
**8209 Capistrano Avenue**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| | Name | | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Natalia Edwards** | ☐ Contingent | |
| | **37342 Wisteria Dr** | ☐ Unliquidated | |
| | **Palmdale, CA 93551-6163** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Employee__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Natalie Darlene Lopez** | ☐ Contingent | |
| | **5823 5th Ave** | ☐ Unliquidated | |
| | **Los Angeles, CA 90043-3228** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Employee__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Nataly Rivera** | ☐ Contingent | |
| | **125 W 52nd St** | ☐ Unliquidated | |
| | **Long Beach, CA 90805-5819** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Employee__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Natasha Butcher** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| | **Nature's Edge Child Devel Ctr** | ☐ Contingent | |
| | **Attn Kapila & Jayanthi Wimalaratne** | ☐ Unliquidated | |
| | **2700 East 7th Street** | ☐ Disputed | |
| | **Long Beach, CA 90804** | **Basis for the claim:** __QSLA provider__ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Nelson Elementary** | ☐ Contingent | |
| | **330 California Avenue** | ☐ Unliquidated | |
| | **La Puente, CA 91744** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __QSLA provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Nerrad's House, Inc.** | ☐ Contingent | |
| | **1909 W. Imperial Highway** | ☐ Unliquidated | |
| | **Los Angeles, CA 90047** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Newhall Elementary Preschool**
24607 N. Walnut Street
Newhall, CA 91321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Newhall School District**
26730 Old Rock Road
Stevenson Ranch, CA 91381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Newton Academy**
1035 Fedora Street
Los Angeles, CA 90006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nex-Gen Preschool, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,538.00 |
|---|---|---|---|

**Next Level Cleaning Services**
37234 Little Sycamore St.
Palmdale, CA 93552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicholas Austin Nilam-Hall**
1824 Calamar Ave
Torrance, CA 90501-4711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicole Claudette Meighan**
7608 Walnut Grove Ave
Corona, CA 92880-9050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)*  _____
           Name

| | | |
|---|---|---|
| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.635 | **Nonpriority creditor's name and mailing address**<br>**Nicole D Romero**<br>**2067 N Palm Ave**<br>**Upland, CA 91784-1417**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Employee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.636 | **Nonpriority creditor's name and mailing address**<br>**Niemes Head Start/State Preschool**<br>**16715 S. Jersey Avenue**<br>**Artesia, CA 90701**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **QSLA provider**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.637 | **Nonpriority creditor's name and mailing address**<br>**Ninety-Fifth Street Early Education Center**<br>**1027 W. 96th. Street**<br>**Los Angeles, CA 90044**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **QSLA provider**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.638 | **Nonpriority creditor's name and mailing address**<br>**Ninety-Seventh Street Early Education Center**<br>**430 W. Colden Avenue**<br>**Los Angeles, CA 90003**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **QSLA provider**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.639 | **Nonpriority creditor's name and mailing address**<br>**NLMUSD Head Start/State PS/New River Elementary**<br>**13432 S. Halcourt Avenue**<br>**Norwalk, CA 90650**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **QSLA provider**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.640 | **Nonpriority creditor's name and mailing address**<br>**NLMUSD Preschool Programs-Gallatin Center**<br>**9001 Paramount Blvd.**<br>**Downey, CA 90240**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **QSLA provider**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.641 | **Nonpriority creditor's name and mailing address**<br>**Noble Avenue Early Education Center**<br>**8315 Noble Avenue**<br>**North Hills, CA 91343**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **QSLA provider**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.642**

**Nonpriority creditor's name and mailing address**

**Noelle Vargas Banuelos**
**991 S Idado St Unit 113**
**La Habra, CA 90631-6647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.643**

**Nonpriority creditor's name and mailing address**

**Noorzay Family Child Care**
**Attn: Ramzia and Mohammad Noorzay**
**8428 Topanga Canyon**
**Canoga Park, CA 91304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.644**

**Nonpriority creditor's name and mailing address**

**Norma Griselda Llamas**
**10050 Wisner Ave**
**Mission Hills, CA 91345-3037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.645**

**Nonpriority creditor's name and mailing address**

**Normandie Avenue Early Education Center**
**4407 Raymond Avenue**
**Los Angeles, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.646**

**Nonpriority creditor's name and mailing address**

**Normont Early Education Center**
**25028 Petroleum Avenue**
**Harbor City, CA 90710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.647**

**Nonpriority creditor's name and mailing address**

**Northridge Early Education Center**
**18050 Chase Street**
**Northridge, CA 91325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.648**

**Nonpriority creditor's name and mailing address**

**Northrup**
**409 S. Atlantic Blvd.**
**Alhambra, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____
_____
Name

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Norwalk Child Development Center**
**14000 San Antonio Drive**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Norwalk-La Mirada  USD**
**13323 S. Goller Avenue**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Notre Dame Infant Center**
**21704 W. Golden Triangle Road, #120**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nueva Maravilla Child Development Center**
**4909 E. Cesar Chavez Avenue**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nuffer Elementary**
**14821 S. Jersey Avenue**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Ocab Family Child Care**
**Attn: Jesusa Calesin Ocab**
**1515 Second Avenue**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Ochoa Family Child Care**
**Attn:  Maria and Elpidia Ochoa**
**13911 Lomitas Avenue**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |

**Olivares Family Child Care**
**Attn: Francisca Oliveres**
**459 N. Chester Avenue**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |

**Olive View Infant - Child Devel Ctr**
**Child Devel Consortium of LA**
**14445 Olive View Drive, Bldg 120**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Olivia & Jennifer Motta**
**11435 Rincon Drive**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**One Hundred Second Street Early**
**Education Center**
**1925 E. 102 Street**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**One Hundred Twelfth Street**
**Early Education Center**
**1319 E. 112th Street**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |

**Outfront**
**405 Lexington Ave., 14th Fl.**
**Tax Dept.**
**New York, NY 10174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**PACE - St. John Head Start Center**
**14517 Crenshaw Blvd.**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Los Angeles Universal Preschool dba Child360**

<u>Name</u>

Case number (*if known*) _____

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacific Asian Consortium
in Employment
1055 Wilshire Blvd. #1475
Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacific Clinics Glendale Avenue
Head Start
616 N. Glendale Avenue
Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacific Clinics Head Start/Early
Head Start
2415 W. Ave 30
Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacific Clinics Lexington
Head Start
735 Lexington Drive
Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Pacific Clinics Nesbitt Early HS
171 N. Altadena Drive, Suite 101
Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacific Clinics Verdugo
Head Start
1003 S. Verdugo Road
Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacific Friends School
6210 Temple City Blvd.
Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Pacific Palisades Presbyterian Preschool**
15821 W. Sunset Blvd.
Pacific Palisades, CA 90272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacoima Charter School**
11016 Norris Avenue
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pacoima Early Education Center**
11059 Herrick Street
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Palm Elementary School**
14740 W. Palm Avenue
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Palms State Preschool**
12445 E. 207th Street
Lakewood, CA 90715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pamela Arciaga**
206 1/2 E Maple St
Glendale, CA 91205-2110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Pan Family Child Care**
Attn:  Yanquin Pan
3327 Bent Twig lane
Diamond Bar, CA 91765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Los Angeles Universal Preschool dba Child360**                          Case number (*if known*)
_____                _____
Name

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Para Los Ninos**
**5000 Hollywood Blvd.**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Para Los Ninos (Caruso)**
**833-845 E 6th Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Para Los Ninos - Cypress**
**1145 Cypress Avenue**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Para Los Ninos - East Los Angeles**
**Child Development**
**4824 Civic Center Way**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Para Los Ninos Head Start -**
**Hollywood**
**5000 Hollywood Blvd.**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Para Los Ninos Head Start Magnolia**
**2828 W. Magnolia Blvd.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Park Place**
**2630 E. 7th St.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| | Name | | |

---

**3.684**

**Nonpriority creditor's name and mailing address**

**Park Western Place Early
Education Center
1220 Park Western Place
San Pedro, CA 90732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.685**

**Nonpriority creditor's name and mailing address**

**Parker Family Child Care
Attn:  Alexis Parker
10962 Atkinson Ave.
Inglewood, CA 90303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __QSLA provider__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.686**

**Nonpriority creditor's name and mailing address**

**Parks Huerta Early Education Center
1020 W. 58th Place
Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.687**

**Nonpriority creditor's name and mailing address**

**Pasitos Miles Pre-Kindergarten
Academy
6720 Miles Avenue
Huntington Park, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.688**

**Nonpriority creditor's name and mailing address**

**Pathway (Carcamo Family Child Care)
325 Wilshire Blvd  #1100
Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.689**

**Nonpriority creditor's name and mailing address**

**Pathways Child Development Center
Eagle Rock
4824 Eagle Rock Blvd.
Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __QSLA Provider__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.690**

**Nonpriority creditor's name and mailing address**

**Patricia Salmeron
1748 S Catalina St
Los Angeles, CA 90006-4423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Patrick Family Child Care**
**10508 Poinciana Street**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Patrick Sean Butler**
**251 S Walnut Ave**
**San Dimas, CA 91773-3073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Payne State Preschool**
**Inglewood USD**
**215 W. 94th St.**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Pediatric Therapy Network**
**1406 Obispo Ave.**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Penny and Peggy Nairn 24-Hour**
**Childcare, Inc.**
**Attn:  Penny and Peggy Nairn**
**10036 Old Depot Plaza Road**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perez Family Child Care**
**11903 Carmenita Road**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perla Villanueva**
**6304 California Ave**
**Bell Gardens, CA 90201-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| | Name | | |

---

**3.698**

**Nonpriority creditor's name and mailing address**

**Petra Cervantes**
**13271 Kagel Canyon St**
**Pacoima, CA 91331-3928**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.699**

**Nonpriority creditor's name and mailing address**

**Phillips Family Child Care**
**Attn:  Jeyana Phillips**
**10349 Monterey St.**
**Bellflower, CA 90706**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.700**

**Nonpriority creditor's name and mailing address**

**Pico Garden**
**1500 E. 4th Street**
**Los Angeles, CA 90033**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.701**

**Nonpriority creditor's name and mailing address**

**Pico Garden**
**Foundation for Early Childhood Edu**
**3450 E. Sierra Madre Blvd.**
**Pasadena, CA 91107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.702**

**Nonpriority creditor's name and mailing address**

**Pico Union Preschool Center/**
**Para Los Ninos (Keck)**
**1521 W. 3rd Street**
**Los Angeles, CA 90026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703**

**Nonpriority creditor's name and mailing address**

**Pinetree Preschool**
**Attn:  ZHHL Corp.**
**311 S. Normandie Avenue**
**Los Angeles, CA 90020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.704**

**Nonpriority creditor's name and mailing address**

**Pinewood Avenue Early Education**
**Center**
**7051 Valmont Street**
**Tujunga, CA 91042**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pinocchio Child Care Center, Inc.**
**401 1/2 S. Berendo Street**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pio Pico Center**
**4211 S. Columbia Avenue**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pitney Bowes**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Placido Saldivar Contreras Jr**
**7439 Wish Ave**
**Van Nuys, CA 91406-2534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Plascencia Family Child Care**
**Attn:  S., M. and V. Plascencia**
**4155 Harlon Avenue**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Plascencia Family Child Care**
**234 Pamela Road**
**Monrovia, CA 91017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Play Factory**
**Attn:  Playfactory Pre-School**
**9723 Garibaldi Avenue**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Play Preschool**
**2828 Glendale Blvd.**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Plaza de al Reza-Maizeland**
**7601 Cord Avenue**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pomona Unified School District**
**Child Development**
**1460 E. Holt Ave. Suite 174**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pomona USD Child Dev. Dept.**
**Decker Elementery School**
**20 Village Loop Road**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pueblo Child Development, HS**
**1460 E. Hold Avenue**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pulido Coutino Family Child Care**
**548 S. Spring St., Unit 1013**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Children's Services**
**6108 Innovation Way**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.04 |
|---|---|---|---|

**Queen Szanice Calaguas Flores**
**2378 Fenton Pkwy., Apt. 112**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Queen Szanice Calaguas Flores**
**1851 Sky Harbor Rd**
**San Diego, CA 92139-1021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rafael A Folgar**
**4829 S Slauson Ave Apt 3**
**Culver City, CA 90230-5650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raieka Kianian**
**125 Cherry Ave  Apt 7**
**Long Beach, CA 90802-6166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rainbow Child Development Center**
**938 S. Menlo Avenue**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Rainbow in a Cloud Child**
**Development Center**
**1800 East Anaheim Street**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Ramirez Family Child Care**
**Attn:  Michelle Ramirez**
**2509 Clarendon Avenue**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.726**

**Nonpriority creditor's name and mailing address**

**Ramona Head Start**
**2755 Lancaster Avenue**
**Los Angeles, CA 90033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.727**

**Nonpriority creditor's name and mailing address**

**Ramona Head Start**
**Foundation for Early Childhood Edu**
**3450 E. Sierra Madre Blvd.**
**Pasadena, CA 91107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.728**

**Nonpriority creditor's name and mailing address**

**Ramona School**
**14616 Dinard Avenue**
**Norwalk, CA 90650**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729**

**Nonpriority creditor's name and mailing address**

**Ranch Hills Child Development**
**Center**
**2 Trabuco Place**
**Pomona, CA 91766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730**

**Nonpriority creditor's name and mailing address**

**Raquel Hernandez**
**1168 McFarland Ave**
**Wilmington, CA 90744-3630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.731**

**Nonpriority creditor's name and mailing address**

**Raymond Antonio Almonte**
**7632 Topanga Canyon Blvd Apt 208**
**Canoga Park, CA 91304-5540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.732**

**Nonpriority creditor's name and mailing address**

**Razuri Family Child Care**
**Attn:  Violeta Razuri**
**17183 Donmetz Street**
**Granada Hills, CA 91344**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Ready Set Grow**
Attn: Samantha De Silva
525 S. Stewart Drive
Covina, CA 91723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Reed-Charles Family Child Care**
Attn: Keisha Reed-Charles
1040 W. 103rd St.
Los Angeles, CA 90044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** QSLA provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Resurrection Pre K**
Archdiocese of LA Edu & Welfare
3360 Opal St.
Los Angeles, CA 90023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** QSLA provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Reyes Family Child Care Home**
Attn: Aurora P. Reyes
4330 10th Ave.
Los Angeles, CA 90008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** QSLA provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reyna C Resendez**
15445 Cobalt St  SPC 19
Sylmar, CA 91342-0593

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Reynolds Family Child Care**
Attn: Elma Reynolds
13709 S Wilkie Avenue
Gardena, CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rice Head Start**
2150 Angelus Avenue
Rosemead, CA 91770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricio Mariel Lagunas**
**13163 Splendora Ave**
**Whittier, CA 90605-4126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rios & Robles Mesa Family Child**
**Care  Attn:**
**Jennifer Rios & Jose Robles Mesa**
**14321 Osborne Street**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rising Stars Academy**
**Attn:  Nerrad's House, Inc.**
**1909 W. Imperial Hwy**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rising Stars Academy**
**Attn: Rising Stars Academy Flagship**
**Inc.**
**13703 Praire Avenue**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rising Stars Academy (LA, Inc.)**
**1851 W. Imperial Hwy**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rising Stars Academy Flagship**
**13703 Prairie Ave.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rising Stars Academy LA, Inc.**
**1851 W. Imperial Hwy**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.747** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Rising Stars Child Development
Center
Attn:  MDBB, Inc.
762 W. 130th Street
Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Robert Lazo
3732 Ellis Ln
Rosemead, CA 91770-2129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Robinson Family Child Care
3140 Butterfield Ave.
La Verne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Robles Family Child Care
Attn:  Deanna Coronado Robles
3581 Frazier Street
Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Robles-Martinez Family Child Care
Attn: Elizabeth Robles-Martinez
23720 Enola Avenue
Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**Rodriguez Family Child Care
Attn: Angelica Rodriguez
904 W. 53rd St.
Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Rodriguez Family Child Care
Attn: Rebeca & Mariana Rodriguez
3738 Siskiyou Street
Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rodriguez Family Child Care**
Attn:  Angelica Rodriguez
904 W. 53rd Street
Los Angeles, CA 90037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Roenne's School**
Attn:  Roenne's School Inc.
4701-4703 W. Washington Blvd.
Los Angeles, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Roosevelt Head Start**
700 N Bradfield Avenue
Compton, CA 90221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roosevelt Preschool**
10835 Mallison Avenue
Lynwood, CA 90262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roosevelt State Preschool**
700 N Bradfield Avenue
Compton, CA 90221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosa B Castellanos**
14328 S Corlett Ave
Compton, CA 90220-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosa Laura Ramirez**
7924 Calobar Ave
Whittier, CA 90606-2517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.761** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rosa Maria Valdes**
**6847 Duchess Dr**
**Whittier, CA 90606-1623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.762** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rosa Parks Pre-School**
**3900 Agnes Avenue**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.763** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rosalina Najar**
**8991 Burke Ave  Apt C**
**South Gate, CA 90280-3454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Rose & Alex Pilibos Preschool**
**1611 N. Kenmore Street**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.765** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rosecrans State Preschool**
**1301 N. Acacia Street**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.766** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rosemary Hernandez**
**2116 Abrazo Dr**
**West Covina, CA 91791-4090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.767** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rosemont Early Education Center**
**430 North Rosemont Avenue**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Los Angeles Universal Preschool dba Child360**          Case number *(if known)* _____
_____
Name

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rowe Family Child Care**
**Attn: Latoya K Rowe**
**239 W 91st Street**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roxanne Chenet**
**9531 Helena Ave**
**Montclair, CA 91763-2209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Royal Learning Center**
**Attn:  Ndidi Duruhesie**
**10206 S. Denker Avenue**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Rozassa Family Child Care**
**Attn: Leslie Yolanda Rozassa**
**20856 Alaminos Drive**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rubio Family Child Care**
**8923 Hooper Avenue**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Russell Family Child Care**
**43809 Rucker Street**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruth M Aleman**
**8491 Ventura Canyon Ave Apt 203**
**Panorama City, CA 91402-3936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Saakyan Family Child Care**
**Attn: Astghik Saakyan**
**233 S. Greenwood Ave.**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SAGA Child Development Learning**
**Academy Inc.**
**3801 Cortland Street**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,125.00** |
|---|---|---|---|

**Salazar Family Child Care**
**637 E. 95th St.**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,125.00** |
|---|---|---|---|

**Salazar FCC**
**5246 Windermere Ave.**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Salemi Galindo-Cruz**
**1900 S Campus Ave  Apt 36B**
**Ontario, CA 91761-5477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sally Ann Grimaldi**
**12208 Whitley St**
**Whittier, CA 90601-2723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samantha Anne Cenzon Schneider**
**16211 High Vista Ln**
**Chino Hills, CA 91709-2378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**San Antonio Child Development Center**
855 E. Kingsley Avenue
Pomona, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**San Fernando Early Education Center**
1204 Woodworth Street
San Fernando, CA 91340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**San German Family Child Care**
Attn: Maria and Gerardo San German
12002 Roscoe Blvd.
North Hollywood, CA 91605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**San Jose Child Dev Ctr**
Pomona USD
1460 E. Holt Ave., Suite 1176
Pomona, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**San Jose/Child Development Center**
2015 Cadillac Drive
Pomona, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sanchez Head Start**
8470 E. Fern Avenue
Rosemead, CA 91770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.788** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Sandoval Family Child Care**
Attn: Claudia Sandoval
403 E. Vernon Avenue
Los Angeles, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Los Angeles Universal Preschool dba Child360**
Name

Case number (*if known*)

| 3.789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandra Y Figueroa**
**2444 Riverside Pl**
**Los Angeles, CA 90039-4010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Sandres Family Child Care**
**Attn: Siria Sandres**
**1312 W. 96th St.**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _QSLA provider_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Clarita State Preschool**
**27177 Seco Canyon Road**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _QSLA Provider_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Monica-Mailbu USD/Muir**
**H.S/S.P**
**2526 Sixth Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _QSLA Provider_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Monica-Malibu Unified School**
**District**
**1651 16th St.**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _QSLA Provider_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Monica-Malibu USD-**
**Grant H.S./S.P.**
**2368 Pearl Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _QSLA Provider_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Monica-Malibu USD/Lincoln**
**Child Dev./H.S./S.P.**
**1532 California Avenue**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _QSLA Provider_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Monica-Malibu USD/McKinley H.S./S.P**
**2401 Santa Monica Blvd.**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Santa Monica-Malibu USD/Rogers H.S./S.P**
**2401 14th Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Santana Family Child Care**
**Attn:  Marta L. Santana**
**12806 Norris Avenue**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sapeins Family Child Care**
**805 E 20th Street**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sara Megan Rowley**
**1155 Electric St**
**Gardena, CA 90248-3345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saugus Union School District**
**24930 Avenue Stanford**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schellee Y Rocher**
**3908 2nd Ave**
**Los Angeles, CA 90008-2702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Scott Family Child Care**
**Attn:  Angela Scott**
**7623 Gretna Ave.**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Selby Grove Center**
**8110 Paramount Blvd.**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Seventy-Fifth Street Early**
**Education Center**
**242 W. 75th St.**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shanda Brittany Gulickson**
**4497 Bonnie Brae St  Apt 1**
**Montclair, CA 91763-1829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shannon K Jones**
**3024 Madison Ave**
**San Diego, CA 92116-3203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shawna Marie Gipson**
**535 W El Segundo Blvd  Apt 319**
**Los Angeles, CA 90061-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shenandoah Early Education Center**
**8861 Beverlywood Street**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Shepard of the Valley Luthern
Church
23838 Kittridge Street
West Hills, CA 91307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Sherie Cigar-James
8816 South 5th Ave.
Inglewood, CA 90305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Signal Hill Head Start
Long Beach USD
1260 E. 33rd St.
Signal Hill, CA 90755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Siria Sandres
1312 W 96th Street
Los Angeles, CA 90044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sixty-Sixth Street Early Education
Center
405 E. 67th Street
Los Angeles, CA 90003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Slauson Center
4743 Slauson Avenue
Maywood, CA 90270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  QSLA Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.00 |
|---|---|---|---|

Smarthire
4650 Arrow Highway, #E2
Montclair, CA 91763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.817** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sonia Catalina Lopez**
**10810 Elliott Ave**
**South El Monte, CA 91733-2341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sonia Martinez**
**4715 Santa Anita Ave  Apt 3**
**El Monte, CA 91731-1332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sonia Soto**
**1312 E 56th St**
**Los Angeles, CA 90011-4833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sos Rene Nazaryan**
**7050 Owens St**
**Tujunga, CA 91042-1424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Soto Head Start Preschool**
**2616 East 7th Street**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**South Central Los Angeles**
**Ministry Project Inc.**
**892 E. 48th Street**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**South Region Early Education**
**Center (McAuliffe)**
**8914 Hunt Avenue**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

**3.824** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Southeast Rio Vista YMCA -
Rio Vista Preschool
3355 Gage Avenue
Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.825** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**Spectrum
5000 E. Spring St., #360
Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.826** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**St. Mary's Armenian School
St. Mary's Armenian Apostolic Churc
Church
1200 E. Carlton Drive
Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.827** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**St. Timothy's Episcopal Church
and Day School
312 S. Oleander Avenue
Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.828** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Staci Davis
816 Cherry Way
Upland, CA 91786-8451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.829** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stacy Mery Becerra
3820 W 111th St
Inglewood, CA 90303-2130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.830** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$587.76**

**Staples Contract & Commercial LLC
P.O. Box 105638
Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **Los Angeles Universal Preschool dba Child360**   Case number *(if known)* _____
         Name

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State Street Early Education Center**
**3210 Broadway Avenue**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stem Starters LLC**
**4141 W. El Segundo Blvd.**
**  CA 90205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie Aguilar**
**11500 Gwynne Ave**
**Norwalk, CA 90650-1819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie Nova-Calderon**
**855 S Ardmore Ave  Apt 202**
**Los Angeles, CA 90005-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stericycle, Inc.**
**28883 Network Pl.**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sulphur Springs Union School Distri**
**16400 Sierra Highway**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Sunkist Head Start/State Preschool Bassett USD**
**904 N. Willow Ave.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Sunny West Child Development Center**
**1664 West Adams Blvd.**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Susan Mandel PHD Early Head Start**
**Pacific Clinics**
**171 N. Altadena Dr., Suite 101**
**Glendale, CA 91201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susana Yasmin Contreras**
**4518 1/2 Eagle St**
**Los Angeles, CA 90022-1868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sylvan Park Early Education Center**
**15011 Delano Street**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sylvia Liliana Figueroa**
**332 W Markland Dr**
**Monterey Park, CA 91754-7117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,406.31** |
|---|---|---|---|

**Synoptek LLC**
**19520 Jamboree Rd., Suite 110**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Tapia Family Child Care**
**Attn: Martha Tapia**
**1231 Thompson Avenue**
**Glendale, CA 91201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.845**

**Nonpriority creditor's name and mailing address**

**Tate Family Child Care**
**3065 San Luis Drive**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.846**

**Nonpriority creditor's name and mailing address**

**Tate Family Child Care**
**Attn: Valencia Tate**
**1988 N. San Antonio Ave.**
**Pomona, CA 91767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.847**

**Nonpriority creditor's name and mailing address**

**Teachstone, Inc.**
**675 Peter Jefferson Pkwy, Suite 400**
**Charlottesville, VA 22911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,535.59**

---

**3.848**

**Nonpriority creditor's name and mailing address**

**Telfair Avenue Early Education Cent**
**10915 Telfair Avenue**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**

**Nonpriority creditor's name and mailing address**

**Telstar Montessori Child Care Cente**
**9320 Telstar Avenue**
**El Monte, CA 91731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.850**

**Nonpriority creditor's name and mailing address**

**Teni Babayan**
**1699 Amberwood Dr  Apt 102**
**South Pasadena, CA 91030-1921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851**

**Nonpriority creditor's name and mailing address**

**Terrazas and Ruiz Family Child Care**
**Attn:  A. Terrazas and F. Ruiz**
**14978 Astoria St.**
**Sylmar, CA 91342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor  **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**3.852**

**Nonpriority creditor's name and mailing address**
**Terrie Anne Mogg**
**6642 Centralia St**
**Lakewood, CA 90713-2735**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.853**

**Nonpriority creditor's name and mailing address**
**The Almansor Center**
**211 Pasadena Ave.**
**South Pasadena, CA 91030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854**

**Nonpriority creditor's name and mailing address**
**The Children's Center, Inc.**
**2419 Griffith Avenue**
**Los Angeles, CA 90011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855**

**Nonpriority creditor's name and mailing address**
**The Village Agape Enrichment Center**
**522 W Vernon Avenue**
**Los Angeles, CA 90037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856**

**Nonpriority creditor's name and mailing address**
**Thirty-Sixth Street Early Education**
**3556 S. Saint Andrews Place**
**Los Angeles, CA 90018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857**

**Nonpriority creditor's name and mailing address**
**Thurgood Marshall Pre-school**
**3593 Martin Luther King Jr. Blvd.**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858**

**Nonpriority creditor's name and mailing address**
**Tibby State Preschool**
**1400 W. Popular Street**
**Compton, CA 90220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____
        <sub>Name</sub>

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tiffany Joy Carey**
**2332 Crestview Ave**
**Upland, CA 91784-8627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tiffany Lanette Malone**
**3229 Hollypark Dr  Apt 3**
**Inglewood, CA 90305-4916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tiffany Severijn**
**2940 W Carson St  Unit 235**
**Torrance, CA 90503-6088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Toddler Tech Univ., Inst. of Early**
**Flora McGregory**
**7861 S. Normandie Avenue**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toi Angel Bridges**
**14255 Delano St Apt 202**
**Van Nuys, CA 91401-3051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toluca Lake Early Education Center**
**4915 Strohm Avenue**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,803.84** |
|---|---|---|---|

**TORSH**
**701 Loyola Ave.**
**New Orleans, LA 70152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Los Angeles Universal Preschool dba Child360**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

---

3.866 | **Nonpriority creditor's name and mailing address**

**Tracy School Head Start/State Presc**
**13350 Tracy Avenue**
**Baldwin Park, CA 91706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.867 | **Nonpriority creditor's name and mailing address**

**Transamerica Life Insurance Company**
**6400 C Street SW**
**P55**
**Cedar Rapids, IA 52499-0003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,313.37**

---

3.868 | **Nonpriority creditor's name and mailing address**

**Trello**
**55 Broadway, 25th Fl.**
**New York, NY 10006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,559.87**

---

3.869 | **Nonpriority creditor's name and mailing address**

**Trinity**
**13118 Rainer Street**
**Whittier, CA 90605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.870 | **Nonpriority creditor's name and mailing address**

**Trinity Street Early Education Cent**
**3816 Trinity Street**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.871 | **Nonpriority creditor's name and mailing address**

**Tseng Family Child Care**
**Wendy Tseng**
**107 N. Hidalgo Avenue**
**Alhambra, CA 91801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

3.872 | **Nonpriority creditor's name and mailing address**

**Tunai Alease Anderson**
**272 E 69th Way**
**Long Beach, CA 90805-1240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Tupper Tobias Village CC Ctr
Around the Corner Ctr
9757 Arleta Ave.
Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tupper Tobias Village Child Care Ce
9273 Tobias Avenue
Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tweedy Pasitos School Readiness
9724 Pinehurst Avenue
South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Twenty-Eighth Street Early Educatio
747 E. 28th Street
Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Twenty-Fourth Street Early Educatio
2101 W. 24th. Street
Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Tyes Tiny Tots - Parker Family
10962 Atkinson Ave.
Inglewood, CA 90303-2421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Un Mundo De Amigos Preschool
1480 Long Beach Blvd.
Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.880**

**Nonpriority creditor's name and mailing address**
**Un Mundo de Amigos Preschool - DTLB**
**241 Cedar Avenue**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.881**

**Nonpriority creditor's name and mailing address**
**Union Pacific CDC/YWCA of Greater L**
**4315 Union Pacific Avenue**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.882**

**Nonpriority creditor's name and mailing address**
**Union Station Gateway Child Develop**
**1 Gateway Plaza 99-PL-7**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.883**

**Nonpriority creditor's name and mailing address**
**United Methodist Church**
**6440 Paramount Blvd.**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.884**

**Nonpriority creditor's name and mailing address**
**V.O.A.-Corazon De La Familia**
**7625 Lankershim Blvd.**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.885**

**Nonpriority creditor's name and mailing address**
**Valenzuela Family Child Care**
**Rosa Valenzuela**
**4051 Olive St.**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.886**

**Nonpriority creditor's name and mailing address**
**Van Nuys Early Education Center Pre**
**14350 Sylvan Street**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.887** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Van Wig Head Start/State Preschool**
**1151 Van Wig Avenue**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Vanalden Ave Early Education Center**
**6212 Vanalden Avenue**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Vance and Henderson Family Child Ca**
**1100 E 150th Street**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Vaughn Street Early Education Cente**
**11480 Herrick Avenue**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00**

**Vazquez Family Child Care**
**Sylvia Vasquez**
**12011 Magnolia Street**
**El Monte, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Vejar/Child Development Center**
**1381 South White Avenue**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

**Velasco Family Child Care**
**Deserie Velasco & Angela Casillas**
**3918 Monterey Avenue**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,067.53** |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Via Verde Montessori School Corp**
**1190 Via Verde**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Villagran Family Child Care**
**Celest Villagran**
**11023 Bullis Road**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vine Street Early Education Center**
**6312 Eleanor Avenue**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vineland School Head Start/State Pr**
**3609 North Vineland Avenue**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vista del Valle State Preschool**
**550 Vista Drive**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.73** |
|---|---|---|---|

**Viviana Longoria**
**3812 Riverview Ave.**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.901** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Vizcaino Family Child Care**
**Mayra Vizcaino**
**10839 Colima Road**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA Grantee/Carriso Park Head Start**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA Grantee/Dolores Huerta Head Sta**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA Grantee/Martin Luther King Head**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA Grantee/North Walnut Head Start**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA Grantee/Pacoima Head Start**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.907** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA Grantee/Pierce Park Head Start**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.908** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA/Cesar Chavez Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**VOA/El Centro de Los Ninos, Sylmar**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**VOA/El Jardin de Ninos Head Start**
**11510 Valerio Street**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA/La Escuelita Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**VOA/Maud Booth Family Center**
**11243 Kittridge Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**VOA/Plainview Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VOA/Robert F. Kennedy**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| --- | --- | --- | --- |

**VOA/Strathern Park Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| --- | --- | --- | --- |

**VOA/The Learning Center Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| --- | --- | --- | --- |

**VOALA El Caminito Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| --- | --- | --- | --- |

**VOALA Hawthorne Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| --- | --- | --- | --- |

**VOALA Little Steps Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| --- | --- | --- | --- |

**VOALA Santa Cruz Head Start**
**11243 Kittridge St.**
**San Pedro, CA 90731**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| --- | --- | --- | --- |

**VOALA/Los Colores Head Start**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Los Angeles Universal Preschool dba Child360**                Case number *(if known)* _____

Name

| | |
|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America - Mar Vista H** |
| | **11815 Allin Street** |
| | **Culver City, CA 90230** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America of Los Angele** |
| | **541 Crocker Street** |
| | **Los Angeles, CA 90013** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.924 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America Paramount HS** |
| | **13100 S. Avalon Blvd.** |
| | **Los Angeles, CA 90061** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| | |
|---|---|
| 3.925 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America So. Downey Rd** |
| | **11243 Kittridge St.** |
| | **North Hollywood, CA 91606** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

| | |
|---|---|
| 3.926 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America, Abbot Head S** |
| | **13101 S. Avalon Blvd.** |
| | **Los Angeles, CA 90061** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| | |
|---|---|
| 3.927 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America, Azteca Head** |
| | **522 Dangler Avenue** |
| | **Los Angeles, CA 90022** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.928 | **Nonpriority creditor's name and mailing address** |
| | **Volunteers of America, Bright Stars** |
| | **13101 S. Avalon Blvd.** |
| | **Los Angeles, CA 90061** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.929** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Volunteers of America, Centro Aztla**
**1120 South McDonnell Avenue**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Volunteers of America, Chester Head**
**13100 S. Avalon Blvd.**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Volunteers of America, Commerce Hea**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Volunteers of America, Greater Emma**
**13100 S. Avalon Blvd.**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Volunteers of America, Happy Days H**
**13100 S. Avalon Blvd.**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.934** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Volunteers of America, Humphreys He**
**211 N. Hunphreys Avenue**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Volunteers of America, Mona House H**
**13100 S. Avalon Blvd.**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Volunteers of America, Salazar Park**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA  provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Volunteers of America, Santa Clarit**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Volunteers of America, Silva Head S**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Volunteers of America, Small World**
**13100 S. Avalon Blvd.**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Volunteers of America, Sunol Head S**
**133 N. Sunol Avenue**
**Los Angeles, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Volunteers of America, Sunshine Hea**
**11243 Kittridge St.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Volunteers of America, Wiley Canyon**
**12502 Van Nuys Blvd., Suite 220**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Volunteers of America/Pueblo De Nin**
**11630 Hesby Street**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wadsworth Avenue Early Education Ce**
**1047 East 41st Street**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Walker Family Child Care**
**Verlinda Walker**
**1238 E. 33rd Street**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walnut School Head Start/State Pres**
**4701 Walnut Street**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wanda A. Mikes Early Education Cent**
**7720 S. Vermont Avenue**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Washington Center**
**7804 S. Thornlake Avenue**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Washington Child Development Center**
**975 E. Ninth Avenue**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Los Angeles Universal Preschool dba Child360**
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.950 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Washington Children's Center**
**2207 W. Winona Avenue**
**Burbank, CA 91504**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.951 **Nonpriority creditor's name and mailing address**
**Washington Family Child Care**
**Natasha N. Washington**
**3679 2nd Avenue**
**Los Angeles, CA 90018**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

3.952 **Nonpriority creditor's name and mailing address**
**Washington Preschool**
**4225 Sandborn Avenue**
**Lynwood, CA 90262**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.953 **Nonpriority creditor's name and mailing address**
**Washington School - Bellflower USD**
**9725 E. Jefferson Street**
**Bellflower, CA 90706**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.954 **Nonpriority creditor's name and mailing address**
**Washington State Preschool**
**1421 N. Wilmington Avenue**
**Compton, CA 90220**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.955 **Nonpriority creditor's name and mailing address**
**Weathers Family Child Care**
**14004 Doty Avenue, Unit 103**
**Hawthorne, CA 90250**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.956 **Nonpriority creditor's name and mailing address**
**Webster Head Start**
**1755 West 32nd Way**
**Long Beach, CA 90810**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QSLA provider**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**West Side**
**9200 State Street**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**West Whittier**
**6411 Norwalk Blvd.**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Westminster Avenue Early Education**
**1010 Main Street**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Westmont/Child Development Center**
**1780 W. Ninth Street**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$232.80** |

**Wex Health, Inc.**
**P.O. Box 9528**
**Fargo, ND 58106-9528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Whelan State Preschool**
**4125 West 105th Street**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Whitewood Child Development Center**
**5511 Whitewood Avenue**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Whittier Christian School**
**Denise Campos**
**6525 Norwalk Blvd., #F**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Whittier Head Start**
**Long Beach USD**
**1260 E. 33rd St.**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Willard Head Start**
**3152 N. Willard Avenue**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Willard Head Start**
**11250 Duncan Avenue**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Anderson Preschool**
**Lawndale School District**
**4130 W. 154th St.**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Awad**
**18021 Arline Ave**
**Artesia, CA 90701-4106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Green Preschool**
**Lawndale School District**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor   **Los Angeles Universal Preschool dba Child360**                      Case number *(if known)* _____

‎                 Name

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**William Mead Head Start/Start Presc
Foundation for Early Childhood Edu
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William R. Anton Early Education Ce
831 N. Bonnie Beach Place
Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Sperling
8153 La Milla, #8761
Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Williams Head Start
2444 No. Del Mar Avenue
Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Willow Head Start
11733 E. 205th Street
Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wilmington Park Early Education Cen
1419 Young Street
Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wilson Preschool
11700 School Street
Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   QSLA provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (*if known*) | |
| | Name | | |

---

**3.978** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wilton Place Early Education Center**
**4030 Leeward Avenue**
**Los Angeles, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Wonderland Angels Early Learning Ce**
**Monique C. Fordham**
**15208 S. Avalon Blvd.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.980** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Wonderland Montessori**
**624 N. Anaheim Blvd.**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Wonderland Montessori Preschool**
**10440 Artesia Blvd.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Woods Family Child Care**
**1900 W. 41st Dr.**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Woods Family Child Care (God's Gift**
**Caroll Wood**
**1227 W 84th Street**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Workman Elementary School**
**16000 Workman Street**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QSLA provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Worthington State Preschool**
**Inglewood USD**
**11102 Yukon Ave.**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA GLB Creative Beginnings Presch**
**5610 Linden Avenue**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA GLB Fairfield 70th Street Pres**
**700 70th Street**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA GLB First Friendships State Pr**
**6650Orange Avenue**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA GLB Mayne St. State Preschool**
**9630 Mayne Street**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA GLB Play & Learn Preschool**
**2179 Pacific Avenue**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __QSLA provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA of Greater Long Beach**
**3605 Long Beach Blvd., Suite 210**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __YMCA of Greater Long Beach__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____

Name

---

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YMCA of Greater Whittier**
**15740 Starbuck Street**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**YMCA of Greater Whittier Hadley St**
**Curt Skotnick**
**12510 Hadley Street**
**Whittier, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**YMCA Sunshine P/S Starbuck Site**
**15740 Hadley St.**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yvette Fabiola Martin**
**8339 Arrington Ave**
**Pico Rivera, CA 90660-5120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YWCA Infant Learning Center**
**11133 Omelveny Street. Bung AA 939**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**YWCA Infant Learning Ctr**
**YWCA of Greater LA**
**1020 S. Olive St, 7th Fl.**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YWCA North Valley Child Development**
**1200 N. Maclay Street**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____
_____
Name

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YWCA of Greater Los Angeles - Compt**
**1600 E. Compton Blvd.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YWCA of LA/Day Care Center Preschoo**
**2519 W. Vernon Avenue**
**Los Angeles, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**YWCA/Greater LA - Walnut Park CDC**
**7515 Pacific Blvd.**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Zakevosyan Family Child Care**
**Margarit Zakevosyan**
**6229 Fair Avenue**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zamboni Preschool**
**15733 Orange Avenue**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Zamora Family Child Care**
**Laina Zamora**
**5546 Adele Avenue**
**Whittier, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **QSLA provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.23** |
|---|---|---|---|

**Zappia, Christopher**
**1219 S. Alta Vista Ave., Apt. 231**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allen-Williams Family Child Care**<br>**Attn: Katrina Allen Williams**<br>**3541 E. Curry St.**<br>**Long Beach, CA 90805** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bonseigneur Family Child Care**<br>**Attn: J. Bonseigneur**<br>**1326 W. 65th Pl.**<br>**Los Angeles, CA 90044** | Line **3.463**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Comeaux Family Child Care**<br>**Attn: Gwendolyn Comeaux**<br>**1619 W. 134th St.**<br>**Compton, CA 90222** | Line **3.368**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Duckett Family Child Care**<br>**Attn: Yoland Duckett**<br>**1338 East 49th**<br>**Los Angeles, CA 90011** | Line **3.231**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Guerrero Family CC**<br>**Attn: Ceclia Amaro**<br>**5844 Lewis Ave.**<br>**Long Beach, CA 90805** | Line **3.285**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Kids Kastle**<br>**Attn: Natasha Y. Butcher**<br>**2126 S. Highland Ave.**<br>**Los Angeles, CA 90016** | Line **3.117**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Kids Story, Inc.**<br>**25527-25537 Narbonne Ave.**<br>**Lomita, CA 90717** | Line **3.388**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Legacy Builders Day Care**<br>**Attn: Jessieka Denise Dorlus**<br>**839 E. 84th St.**<br>**Los Angeles, CA 90001** | Line **3.225**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Little Seedlings**<br>**Attn: Sherie Cigar-James**<br>**8816 South 5th Ave.**<br>**Inglewood, CA 90305** | Line **3.165**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Little Thinkers Family Day Care**<br>**Attn: Kenisha Edwards**<br>**709 S. Clymar Ave.**<br>**Compton, CA 90220** | Line **3.252**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Roots Family Child Care**<br>**Attn: Reyna Abarca**<br>**Pacoima, CA 91331** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Los Angeles Universal Preschool dba Child360** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | **Urban Cano Family Child Care**<br>**Attn: Marta Urbano**<br>**2854 Virginia Rd.**<br>**Los Angeles, CA 90016** | Line __3.126__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Williams Family Child Care**<br>**Attn: Latrice Williams**<br>**3919 Carlin Avenue**<br>**Lynwood, CA 90262** | Line __3.45__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,811,512.06 |
| 5c. Total of Parts 1 and 2<br>  Lines 5a + 5b = 5c. | 5c. | $ | 3,811,512.06 |

**Fill in this information to identify the case:**

Debtor name **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| | State the term remaining | **n/a** | **AIG** |
| | List the contract number of any government contract | | **175 Water St.** **New York, NY 10038** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| | State the term remaining | **Until 6/30/2022** | **Best Starts-SEM** |
| | List the contract number of any government contract | | **5000 Hollywood Blvd.** **Los Angeles, CA 90071** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| | State the term remaining | **Until 6/30/2022** | **Best Starts-SLA** |
| | List the contract number of any government contract | | **5000 Hollywood Blvd.** **Los Angeles, CA 90071** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| | State the term remaining | **Until 12/31/2022** | **California Community Foundation** |
| | List the contract number of any government contract | | **221 S Figueroa St** **Los Angeles, CA 90012** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Los Angeles Universal Preschool dba Child360** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 8/31/2022** | **Conrad M. Hilton Foundation** |
| | List the contract number of any government contract | | **1 Dole Drive, Westlake Village, CA Thousand Oaks, CA 91362** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 6/30/2022** | **CSPP (LACOE)** |
| | List the contract number of any government contract | | **9300 Imperial Highway Downey, CA 90242-2890** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 6/30/2022** | **Dual Language Learner (Expansion)** |
| | List the contract number of any government contract | | **750 N Alameda Street, Suite 300 Los Angeles, CA 90012** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 6/30/2022** | **EHS** |
| | List the contract number of any government contract | | **750 N Alameda Street, Suite 300 Los Angeles, CA 90012** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 6/30/2022** | **Expansion (LACOE)** |
| | List the contract number of any government contract | | **9300 Imperial Highway Downey, CA 90242-2890** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Replayment Plan Agreement for return of unspent funds per Grant Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 3/15/2023** | **First 5 LA, Finance Attn Faustino Genio, Acct. Mgr 750 N. Alameda St, Suite 300 Los Angeles, CA 90012** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Los Angeles Universal Preschool dba Child360**                     Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

| <span style="background:#3d0033;color:#3d0033">████</span> | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 3/15/2023** | **Homer** |
| | List the contract number of any government contract | | **121 Varick St.** |
| | | | **New York, NY 10013** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 6/30/2022** | **Impact (LACOE)** |
| | List the contract number of any government contract | | **9300 Imperial Highway** |
| | | | **Downey, CA 90242-2890** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Premises at 515 S. Figueroa St., 9th Floor, Los Angeles, CA** | |
|---|---|---|---|
| | State the term remaining | **74 months** | **John Hancock Life Insurance Company** |
| | List the contract number of any government contract | | **515 S. Figueroa St., Suite 320** |
| | | | **Los Angeles, CA 90071** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 6/30/2022** | **LACOE-PDGR** |
| | List the contract number of any government contract | | **9300 Imperial Highway** |
| | | | **Downey, CA 90242-2890** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
|---|---|---|---|
| | State the term remaining | **Until 4/30/2022** | **Munzer (ECE Prov)** |
| | List the contract number of any government contract | | **3450 Spring St. #216** |
| | | | **Long Beach, CA 90806** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Grant** | **Parson (Parent Portal)** |
|---|---|---|---|
| | | | **888 W 6th Street, 7rh Floor** |
| | | | **Los Angeles, CA 90017** |

| Debtor 1 | **Los Angeles Universal Preschool dba Child360** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| State the term remaining | **Until 8/31/2022** | |
| List the contract number of any government contract | _____ | |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| State the term remaining | **Until 6-30-2022** | **QCC (LACOE)** |
| List the contract number of any government contract | _____ | **9300 Imperial Highway**<br>**Downey, CA 90242-2890** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| State the term remaining | **Until 3/31/2023** | **Stein (Child Dev.)** |
| List the contract number of any government contract | _____ | **221 S Figueroa St., Suite 400,**<br>**Los Angeles, CA 90012** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest | **Grant** | |
| State the term remaining | **Until 7/31/2022** | **VIQI** |
| List the contract number of any government contract | _____ | **200 Vesey Street**<br>**New York, NY 10281** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State      Zip Code | | |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State      Zip Code | | |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State      Zip Code | | |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State      Zip Code | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **2/01/2021** to **1/31/2022** | ■ Operating a business<br>■ Other   **Grants** | **$7,908,384.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Aegis Networks**<br>**2010 W. 29th St.**<br>**Los Angeles, CA 90018** | **3/10/2022**<br>**4/1/2022**<br>**4/29/2022** | **$47,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2.  **Amazon Capital Services, Inc.** **P.O. Box 035184** **Seattle, WA 98124-5184** | **2/25/2022** **3/10/2022** **4/1/2022** | **$12,557.30** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3.  **ASG Strategy Consulting Inc.** **3585 Division St.** **Los Angeles, CA 90065** | **2/25/2022** **4/1/2022** | **$40,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.4.  **Avantiico Inc.** **600 B Street, Suite 300** **San Diego, CA 92101** | **2/14/2022** **3/10/2022** **4/29/2022** | **$7,667.20** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.5.  **BDO USA, LLP** **515 Flower St., 47th Floor** **Los Angeles, CA 90071** | **2/14/2022** | **$37,780.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.6.  **Century Group Professionals, LLC** | **2/14/2022** **3/10,2022** **4/1/2022** **4/26/2022** | **$103,356.76** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.7.  **Heartland Solutions, Inc.** | **4/8/2022** | **$25,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.8.  **John Hancock Life Insurance Co. USA** **Attn:  Property Manager** **515 S. Figueroa St., Suite 320** **Los Angeles, CA 90071** | **3/10/2022** | **$35,515.14** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ Rent for premises _ |
| 3.9.  **Insperity COBRA Administration** | **2/18/2022** **2/21/2022** **2/25/2022** **3/10/2022** | **$43,541.52** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

Debtor    **Los Angeles Universal Preschool dba Child360**                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10.  **Long Beach Day Nursery**<br>1548 Chestnut Ave.<br>Long Beach, CA 90813 | 4/1/2022 | $10,710.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Meza Mental Health Services, Inc.** | 4/8/2022 | $11,640.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  **Outfront Media Sports**<br>405 Lexington Ave., 14th Fl.<br>Tax Dept.<br>New York, NY 10174 | 4/14/2022 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.  **Synoptek LLC**<br>19520 Jamboree Rd., Suite 110<br>Irvine, CA 92612 | 2/14/2022 | $25,518.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number *(if known)* | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Best Best & Krieger LLP**<br>**18101 Von Karman Avenue**<br>**Suite 1000**<br>**Irvine, CA 92612-0164** | **Attorney Fees** | **5/6/2022** | **$15,000.00** |
| | Email or website address<br>**caroline.djang@bbklaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | Los Angeles Universal Preschool dba Child360 | | Case number *(if known)* | |

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Addresses and contact information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Newport** | EIN: |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Los Angeles Universal Preschool dba Child360                    Case number *(if known)* _____

Has the plan been terminated?

■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Paypal, Inc.**<br>**Attn: Legal Specialists, Re:**<br>**Bankruptcy**<br>**PO Box 45950**<br>**Omaha, NE 68145-0950** | **XXXX-4FZY** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Merchant account** | | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**8700 Mercury Lane**<br>**Pico Rivera, CA 90660** | **Karen A Bradford, Office Manager**<br>**850 Iris Way Unit D**<br>**Azusa, CA 91702-7105** | **Business files, 1,193 boxes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**6935 Flanders Dr.**<br>**San Diego, CA 92121** | **Karen A Bradford, Office Manager**<br>**850 Iris Way Unit D**<br>**Azusa, CA 91702-7105** | **Business files, 33 boxes** | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | Los Angeles Universal Preschool dba Child360 | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|

---

Debtor    **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Dawn A Kurtz**<br>**13478 Misty Meadow Ct**<br>**Chino Hills, CA 91709-1224** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **BDO**<br>**515 Flower St., 47th Floor**<br>**Los Angeles, CA 90071** | **2018-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **JLK Rosenberger**<br>**Attn: Daryl Luna CPA**<br>**2601 Main Street, Suite 580**<br>**Irvine, CA 92614** | **2018-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alexander, Francie** | **HMH Intervention Solutions Group**<br>**3 Park Ave., 21st Fl.**<br>**New York, NY 10016** | **Board of Directors, Board Chair** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nixon, Chris** | **AIG Consumer Insurance**<br>**21650 Oxnard St., Suite 750**<br>**Woodland Hills, CA 91367** | **Board of Directors, Vice Chair** | |

Debtor   **Los Angeles Universal Preschool dba Child360**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Malaske-Samu, Kathleen** | **14044 Bermax Ave Sylmar, CA 91342** | **Board of Directors, Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pastor Arizmendi, Rachelle S.** | **Mayor Pro Tem City of Sierra Madre 501 N. Baldwin Ave Glendale, CA 91204** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gruber, Tilmann** | **Fox Corporation 1201 W. Pico Blvd Los Angeles, CA 90064** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Martinez, Richard** | **Pomona Unified School District 800 S. Garey Ave Pomona, CA 91766** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Schoenbaum, Karen** | **American Business Bank 400 S. Hope St., Suite 300 Los Angeles, CA 90071** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shabazian, Ani** | **School of Education, Assoc Professor Loyola Marymount University One LMU Dr Los Angeles, CA 90045-2569** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Traube, Dorian** | **University of Southern California 669 W. 34th St. Los Angeles, CA 90089-0411** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Villa, Jose** | **Sensis 818 S. Broadway, Suite 100 Los Angeles, CA 90014** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vu, Liem** | **Pariveda Solutions 2 Hitching Post Dr Palos Verdes Peninsula, CA 90274** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Johnson, Ashley Wiley** | **L.A. Speect & Language Therapy Ctr 5761 Buckingham Pkwy Culver City, CA 90230** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dawn A. Kurtz, Ph.D.** | **13478 Misty Meadow Ct Chino Hills, CA 91709** | **Executive Leadership Team, Interim Acting CEO** | |

Debtor   **Los Angeles Universal Preschool dba Child360**

Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Schelee Y. Rocher | 3908 2nd Ave Los Angeles, CA 90008 | **Executive Leaderhip Team member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Angel Waters | 1325 Marianna Rd Pasadena, CA 91105 | **Executive Leadership Team member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ed Sudario | 5297 E. Rural Ridge Cir Anaheim, CA 92807 | **Executive Leadership Team member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kim Robinson | 27955 Firebrand Dr Castaic, CA 91384 | **Executive Leadership Team member** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Sperling | 8153 La Milla, #8761 Rancho Santa Fe, CA 92067 | Former CEO | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Fernando Almodovar | c/o Wayfinder Family 5300 Angeles Vista Blvd Los Angeles, CA 90043 | Former CFO | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **William Sperling** 8153 La Milla, #8761 Rancho Santa Fe, CA 92067 | | **4/30/2022** | **Final pay, including salary and PTO payout** |
| | **Relationship to debtor** **Former CEO** | | | |

Debtor    **Los Angeles Universal Preschool dba Child360**                              Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Fernando Almodovar** **c/o Wayfinder Family** **5300 Angeles Vista Blvd** **Los Angeles, CA 90043** | | | **Final pay, including salary and PTO payout** |
| **Relationship to debtor** **Former CFO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2022**

**/s/ Tilmann Gruber**                                         **Tilmann Gruber**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member, Board of Directors**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Fill in this information to identify the case:

Debtor name    **Los Angeles Universal Preschool dba Child360**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2022**

Signature of individual signing on behalf of the debtor

**Tilmann Gruber**
Printed name

Position or relationship to debtor    **Member, Board of Directors**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Los Angeles Universal Preschool dba Child360** _____   Case No. _____

_____   Chapter   **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____**15,000.00**

    Prior to the filing of this statement I have received _____   $ _____**15,000.00**

    Balance Due _____   $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 18, 2022** _____        **/s/ Caroline R. Djang** _____
_Date_                                                 **Caroline R. Djang**
                                                       _Signature of Attorney_
                                                       **Best Best & Krieger LLP**
                                                       **18101 Von Karman Avenue**
                                                       **Suite 1000**
                                                       **Irvine, CA 92612-0164**
                                                       **(951) 263-2600   Fax: (951) 260-0972**
                                                       **caroline.djang@bbklaw.com**
                                                       _Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Caroline R. Djang**<br>**18101 Von Karman Avenue**<br>**Suite 1000**<br>**Irvine, CA 92612-0164**<br>**(951) 263-2600 Fax: (951) 260-0972**<br>California State Bar Number: **216313 CA**<br>**caroline.djang@bbklaw.com** | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Los Angeles Universal Preschool dba Child360**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **131**  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 18, 2022**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 18, 2022**

/s/ Caroline R. Djang

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

Los Angeles Universal Preschool dba Child360
515 S. Figueroa St., Suite 900
Los Angeles, CA 90071


Caroline R. Djang
Best Best & Krieger LLP
18101 Von Karman Avenue
Suite 1000
Irvine, CA 92612-0164


37th Street Early Education Center
1204 W. 36th Place
Los Angeles, CA 90007


A Place Two Grow, Inc.
Attn: Rachelle Carson
3770 Santa Rosalia Drive
Los Angeles, CA 90008


A.J. Padelford Child Development
11922 169th Street
Artesia, CA 90701


A.R.S. Nairy Day Care Center
505 N. Morris Place
Montebello, CA 90640


Abarca Family Child Care
Attn: Reyna Abarca
9537 Laurel Canyon Blvd., #101
Pacoima, CA 91331


Abbott Preschool
5260 E. Clark Street
Lynwood, CA 90262

ABC Unified School District
16700 Norwalk Blvd
Cerritos, CA 90703


Absorb
685 Centre St., #2500
Calgary, AB T2G 1S5 CANADA


Acacia Montessori School Covina Inc
450 W. Rowland Avenue
Covina, CA 91723


Adam Lyons
1147 N 4th St Unit 4C
Philadelphia, PA 19123-1582


Adrianne M. Moore
14326 Osborne St.
Panorama City, CA 91402


Aegis Networks
2010 W. 29th St.
Los Angeles, CA 90018


Aeolian
11600 1/2 East Aeolian Street
Whittier, CA 90606


AFLAC
Wolrdwide Headquarters
Columbus, GA 31999

Aguirre Family Child Care
8834 Laurel Avenue
Whittier, CA 90605


AIG
175 Water St.
New York, NY 10038


Aileen Vazquez
8421 Garden View Ave
South Gate, CA 90280-2210


Akitoi Learning Center
1824 Central Avenue
South El Monte, CA 91733


Alameda Head Start
600 Alameda St.
Compton, CA 90221


Alatorre Head Start
5480 Huntginton Dr.
Los Angeles, CA 90032


Albion Street Early Education Cente
348 South Avenue 18
Los Angeles, CA 90031


Alcott/Child Development Center
1600 South Towne Avenue
Pomona, CA 91766

Aldama
6310 Aldama St.
Los Angeles, CA 90042


Alejandra Castellanos
1205 S Garfield Ave
Alhambra, CA 91801-5037


Alejandra Portillo
1019 S Del Mar Ave
San Gabriel, CA 91776-3032


Alex Bermudez
1821 Vine St Apt 8
Alhambra, CA 91801-6604


Alexandria Early Education Center
4304 Rosewood Avenue
Los Angeles, CA 90004


Alkhateeb Family Child Care
9711 Stamps Avenue
Downey, CA 90240


Allcey Castellanos
940 E Haltern St
Azusa, CA 91702-3950


Allen-Williams Family Child Care
Attn: Katrina Allen Williams
3541 E. Curry St.
Long Beach, CA 90805

Allies for Every Child, Inc.
12120 Wagner Street
Culver City, CA 90230


Allison Child Development Center
1011 Russell Place
Pomona, CA 91767


ALMA Family Service Preschool Ctr
4701 E. Cesar Chavez Avenue
Los Angeles, CA 90022


Aloha Head Start/State Preschool
11737 E. 214th Street
Lakewood, CA 90715


Alondra Preschool
16200 S Downey Avenue
Paramount, CA 90723


Altadena Children's Center
Attn: Angela Scott
7623 Gretna Ave.
Whittier, CA 90606


Alvarez Family Child Care
2351 Birkfale St.
Los Angeles, CA 90031


Alvarez Family Child Care
Attn: Johana Alvarez
749 E. 92nd St.
Los Angeles, CA 90002

Amanda Rebecca Twomey
10948 Manchester St
Rancho Cucamonga, CA 91701-7613


Amar Children's Center
1000 N. California Avenue
La Puente, CA 91744


Amazon Capital Services, Inc.
P.O. Box 035184
Seattle, WA 98124-5184


Ana Silvia Sencion
4031 Maxson Rd  Apt A
El Monte, CA 91732-2470


Anderson State Preschool
2210 E. 130th St.
Compton, CA 90220


Andrea Carolina Del Valle
20600 Oleander Ave
Perris, CA 92570-6686


Andrews, Leslie
5030 Riverton Ave., Apt. 5
North Hollywood, CA 91601


Angel N Walters
1325 Marianna Rd
Pasadena, CA 91105-2746

Angel's Nest Preschool
Attn:  Latrice Williams
3919 Carlin Ave.
Lynwood, CA 90262


Angelica Villa
12657 Glynn Ave
Downey, CA 90242-3801


Anilu Sanchez
14166 Foothill Blvd  Apt 110
Sylmar, CA 91342-7573


Anissa M Newman
4541 Utah St  Apt 3
San Diego, CA 92116-3194


Anne Maureen Quinn
255 Sequoia Ct  Apt 26
Thousand Oaks, CA 91360-3884


Annex Montessori Child Care
3400 Aerojet Avenue
El Monte, CA 91731


Apollo Center
7850 Quill Drive
Monterey Park, CA 91754


Apollo Center
Plaza De La Raza Child Dev Svcs
13300 Crossroads Pkwy N., Suite 400
La Puente, CA 91746

Apostol Family Child Care
Attn:  Sheila Apostol
8926 Natick Ave.
Panorama City, CA 91402


Araujo Family Child Care
Attn:  Maria Arauja
13909 Osborne St.
Pacoima, CA 91331


Ariella Simone Butcher
2090 Bridgewood Way
Upland, CA 91784-7917


Arminta St. Early Education Center
7911 Goll Avenue
North Hollywood, CA 91605


Arnold Family Child Care
Attn:  Shirlet M. Arnold
2102 West Avenue K4
Lancaster, CA 93536


Around the Korner for School Age
13939 Nordhoff Street
Pacoima, CA 91331


Around the Korner Infant and Toddle
Around the Korner Ctr for School
9757 Arleta Ave.
Pacoima, CA 91331


Around the Korner Infant Toddler
8800 Woodman Ave.
Pacoima, CA 91331

Arroyo/Child Development Center
1605 W. Arroyo Ave.
Pomona, CA 91768


Arte Printing
829 Washington Blvd.
Montebello, CA 90640


Artesia Child Development Ctr.
18730 Clarkdale Avenue
Artesia, CA 90701


Artesia High School Children's Cent
20651 Norwalk Blvd.
Lakewood, CA 90715


Articulate
244 5th Avenue, Suite 2960
New York, NY 10001


ASG Strategy Consulting Inc.
3585 Division St.
Los Angeles, CA 90065


Ashley Thompson
1024 Atchison St
Pasadena, CA 91104-1317


Asia Yvonne Simon
900 S Dwight Ave  Apt 112
Compton, CA 90220-4588

AT&T Emergency Phone Line
P.O. Box 6463
Carol Stream, IL 60197-6463


ATT
P.O. Box 6463
Carol Stream, IL 60197-6463


Atwater Park Center
3370 Perlita Ave.
Los Angeles, CA 90039


Avantiico Inc.
600 B Street, Suite 300
San Diego, CA 92101


Avison Young
515 S. Figueroa St., Suite 320
Los Angeles, CA 90071


Ayala Family Child Care
Attn: Donielle Feline Ayala
1629 East 220th Street
Carson, CA 90745


Azusa Discovery Center
155 W. Arrow Hwy
Azusa, CA 91702


Azusa Montessori Academy/Montessori
405 N. Azusa Ave.
Azusa, CA 91702

Baby Geniuses Preschool
Attn: Sheriah Smith
15328 S. Vermont Avenue
Gardena, CA 90247


Baby on Wheels Family Child Care
Attn: Katrina Allen-Williams
3541 E. Curry St.
Long Beach, CA 90805


Baldwin Park Children's Center
13529 Francisquito Avenue
Baldwin Park, CA 91706


Baldwin Park USD
3699 Holly Ave.
Baldwin Park, CA 91706


Bank of America
Bankruptcy Noticing
P.O. Box 982284
El Paso, TX 79998


Barfield/Child Development Center
2181 N. San Antonio Avenue
Pomona, CA 91767


Bassett USD
904 Willow Ave
La Puente, CA 91746


Batres Family Child Care
Attn: S. Batres & E. Salmeron
6500 Satsuma Avenue
North Hollywood, CA 91606

Bazan Family Child Care
Attn: Patricia Bazan
2672 Independence Ave.
Huntington Park, CA 90255


Beach Moms Child Development Center
Attn: Celia Fisher
1720 Broadway Ave.
Santa Monica, CA 90403


Beatrice Orozco
706 W Duarte Rd  Unit B
Monrovia, CA 91016-6360


Beginning Montessori Academy
3970 Maine Avenue
Baldwin Park, CA 91706


Bell Family CC
Attn: Keyla R. Bell
1917 20th St.
Santa Monica, CA 90404


Bellflower I Child Development Ctr.
9447 Flower Street
Bellflower, CA 90706


Bellflower II Child Development Ctr
14523 Bellflower Blvd.
Bellflower, CA 90706


Bellflower III Child Devel. Ctr.
14527 S. Bellflower Blvd.
Bellflower, CA 90706

Bellflower U.S.D. Ernie Pyle School
14500 S. Woodruff Ave.
Bellflower, CA 90706


Bellflower USD
16703 South Clark Ave.
Bellflower, CA 90706


Bellflower USD - Las Flores School
10039 E. Palm St.
Bellflower, CA 90706


Bellflower USD, Williams CC Ctr
6144 Clark Ave.
Lakewood, CA 90712


Bellflower USD, Woodruff School
15332 S. Eucalyptus Ave.
Bellflower, CA 90706


Benjamin John Bove
15838 Hartland St
Van Nuys, CA 91406-5015


Bennett-Kew State Preschool
Inglewood USD
11710 S. Cherry Ave.
Inglewood, CA 90303


Bernasconi Family Child Care
Attn:  Leidy M. Bernasconi
3755 East Avenue Q12
Palmdale, CA 93550

Best Starts-SEM
5000 Hollywood Blvd.
Los Angeles, CA 90071


Best Starts-SLA
5000 Hollywood Blvd.
Los Angeles, CA 90071


Bethel Lutheran Early Childhood Ed.
17i500 Burbank Blvd.
Encino, CA 91436


Bill Cruz Early Education Center
1020 S. Valencia St.
Los Angeles, CA 90015


Bitely Head Start
7501 E. Fern Avenue
Rosemead, CA 91770


Bloomfield Center
11015 Bloomfield Avenue
Santa Fe Springs, CA 90670


Boniadi Family Child Care
7114 Greeley Street
Tujunga, CA 91042


Bonseigneur Family Child Care
Attn: J. Bonseigneur
1326 W. 65th Pl.
Los Angeles, CA 90044

BPUSD - North Park High School
4600 N. Bogart Avenue
Baldwin Park, CA 91706


BPUSD,Charles Bursch Elem School
4245 N. Merced Ave.
Baldwin Park, CA 91706


BPUSD-Kenmore Elementary School
3823 Kenmore Avenue
Baldwin Park, CA 91706


Bright Kids Montessori Academy
4434 Santa Anita Avenue
El Monte, CA 91731


Brooklyn Avenue Early Education Ctr
329 N. Arizona Avenue
Los Angeles, CA 90022


Brown Family CC
Attn: Maisha Brown
1136 E. 118th St.
Los Angeles, CA 90059


Brown Family Child Care
1411 Claressa Ave.
Norwalk, CA 90650


Buffum Head Start
2350 Ximeno Ave.
Long Beach, CA 90815

Buford State Preschool
10915 Felton Avenue
Inglewood, CA 90304


Burbank USD
1900 W. Olive Ave.
Burbank, CA 91506


Bursch State Preschool
2505 W. 156th St.
Compton, CA 90220


Butcher Family Child Care
Attn: Natasha Y. Butcher
2126 S. Highland Avenue
Los Angeles, CA 90016


Butler Family Child Care
4261 S. Noron Ave.
Los Angeles, CA 90008


Cabrillo Avenue Early Education Ctr
741 W. 8th St.
San Pedro, CA 90731


Cai Family Child Care
Attn: Feng Si Cai
13241 Dart St.
Baldwin Park, CA 91706


California Community Foundation
221 S Figueroa St
Los Angeles, CA 90012

California Dept. of Tax & Fee Admin
Re: Sales and Use Tax
Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029


Camille Lee
27921 Camp Plenty Rd
Canyon Country, CA 91351-2011


Camino Nuevo Charter Academy
661 S. Burlington Avenue
Los Angeles, CA 90057


Campos Family Child Care
Attn: Denise Campos
11802 Grayling Ave.
Whittier, CA 90604


Candida Y Figueroa
2422 Wabash Ave
Los Angeles, CA 90033-2510


Cann Academy Preschool
Attn: Ronnie Cann-Duah
3081 W. 132nd St.
Hawthorne, CA 90250


Cano Family Child Care
Attn: Marta Urbano
2854 Virginia Rd.
Los Angeles, CA 90016


Canoga Park Early Early Education C
7355 Vassar Ave.
Canoga Park, CA 91304

Canyon Springs State Preschool
19059 Vicci St.
Canyon Country, CA 91351

Carillo-Canche Family CC
Attn: Dalia Carolina Carillo Canche
536 W. 41st St.
Whittier, CA 90604

Carmelitos Head Start
5250 Via Pasillo
Long Beach, CA 90805

Carolina Mendez
11651 Rincon Ave
Sylmar, CA 91342-5454

Carrillo and Sajche Family CC
Attn:  Rodin Carillo & Tania Sajche
155 W. 59th Place
Long Beach, CA 90805

Carrillo Family Child Care
15902 Norcrest Dr.
Whittier, CA 90604

Carver Head Start State Preschool
19200 Ely Street
Cerritos, CA 90703

Carver State Preschool
1425 W. 120th St.
Los Angeles, CA 90059

Castanon Family Child Care
Attn: Vilma Castanon
3455 Atlantic St.
Los Angeles, CA 90023


Castelar Early Education Center
840 Yale St.
Los Angeles, CA 90012


Castillo Family Child Care
Attn: Patricia Castillo
13905 Inglewood Ave.
Hawthorne, CA 90250


Castro Family Child Care
Attn: Sandra Castro
13812 Vanowen St., #218
Van Nuys, CA 91405


CDCLA Grace Lino Children's Center
231 E. Third St.
Los Angeles, CA 90013


CDCLA, Tiny Dots Early Edu. Ctr
100 South Main St.
Los Angeles, CA 90012


CDCLA-Chinatown Svc. Ctr. Children
521 W. Cesar E. Chavez Ave.
Los Angeles, CA 90012


Cecilia Verduzco
1320 Rio Vista Ave Apt 2402
Los Angeles, CA 90023-2683

Ceja Family Child Care
Attn: Garciela Ceja
443 E. 83rd St.
Los Angeles, CA 90003


Ceja Family Child Care
Attn: Graciela Ceja
521 W. Cesar E. Chavez Ave.
Los Angeles, CA 90003


Century Alameda Children's Ctr.
Para Los Ninos (Eisner)
1617 E. 7th St.
Los Angeles, CA 90021


Century Group Professionals, LLC
222 Pacific Coast Hwy, Suite 2150
El Segundo, CA 90245


Ceravantes, Petra
13271 Kagel Canyon St.
Pacoima, CA 91331


Cerritos College Child Devel. Ctr.
11110 Alondra Blvd.
Norwalk, CA 90650


Cerritos Community College
11110 Alondra Blvd.,
Norwalk, CA 90650


Chantal Angini Garcia
5601 E 23rd St  Apt 2
Long Beach, CA 90815-2009

Charter Oak USD
20240 E. Cienega Ave.
Covina, CA 91724-1227


Charter Oak USD Dev. Ctr. Preschool
1505 S. Sunflower AVe.
Glendora, CA 91740


Chase Early Education Ctr.
8635 N. Colbath Avenue
Panorama City, CA 91402


Child Dev. Consortium of LA, Inc.
14445 Olive View Dr.
Sylmar, CA 91342


Child Development Center
1100 N. Grand Ave.
Walnut, CA 91789


Child Plus Software
303 Perimeter Center North, Suite 4
Atlanta, GA 30346-2487


Children's Bureau Family Ctr. at
Magnolia Place
1910 Magnolia Avenue
Los Angeles, CA 90007


Children's Bureau of Southern Calif
1910 Magnolia Ave.
Los Angeles, CA 90007

Children's Hospital Child Devel Ctr
4601 Sunset Blvd.
Los Angeles, CA 90027


Children's Hospital Child Devl Ctr
1300 N. Vermont Ave.
Los Angeles, CA 90027


Children's Hospital of Los Angeles
4650 Sunset Boulevard
Los Angeles, CA 90027


Chinchilla Family Child Care
Attn: Gladys Chinchilla
11665 Emery St.
El Monte, CA 91732


Christopher Michael Zappia
1219 S Alta Vista Ave Apt 220
Monrovia, CA 91016-4052


Cibrian Family CC
Attn: Maria Cibrian
3535 Santa Ana St.
Huntington Park, CA 90255


Cigar-James Family CC
8816 S. 5th Ave.
Inglewood, CA 90305


Cindy E Esquivel
7023 Petaluma Dr
Fontana, CA 92336-1447

Cindy Oropeza
10522 Nashville Ave
Whittier, CA 90604-1452


City Terrace
3260 Marengo St.
Los Angeles, CA 90063


Claremont Presbyterian Church Child
1111 N. Mountain Ave.
Claremont, CA 91711


Claremont USD
170 West San Jose Ave.
Claremont, CA 91711


Claremont USD
Sumner/Danbury State Preschool
1745 Lynoak Dr.
Claremont, CA 91711


Claudia Benavides
3014 8th Ave
Los Angeles, CA 90018-3303


Claudia Galvan
5502 Citronell Ave
Pico Rivera, CA 90660-2710


Claudia Velasco
18600 Collins St  Apt 101
Tarzana, CA 91356-2133

Clementina Marisol Soukeris
7492 Seabluff Dr  Unit 106
Huntington Beach, CA 92648-2459


Cleveland Early Education Center
19031 W. Strathern St.
Reseda, CA 91335


Columbia Plaza Early Childhood Ctr
12830 Columbia Way
Downey, CA 90242


Comayagua Henriquez Family CC
21022 Dupont St.
Chatsworth, CA 91311


Come and See Preschool and After
184 S. Harvard Blvd.
Los Angeles, CA 90004


Comeaux Family Child Care
Attn: Gwendolyn Comeaux
1619 W. 134th St.
Compton, CA 90222


Complete Document Solutions
20410 Earl St.
Torrance, CA 90503


Compton College Child Dev. Day Care
1111 E. Artesia Blvd.
Compton, CA 90221

Compton Montessori Academy
1007 N. Long Beach Blvd.
Compton, CA 90221


Compton Unified School District
501 S. Santa Fe Ave.
Compton, CA 90221


Conrad M. Hilton Foundation
1 Dole Drive, Westlake Village, CA
Thousand Oaks, CA 91362


Coresite, LP
1001 17th Street, Suite 500
Denver, CO 80202-2461


Corinne Murphy
15545 Nalin Pl
Los Angeles, CA 90077-1809


Cortez Child Development Center
1300 N. Dudley St.
Pomona, CA 91768


Cortez Family CC
Attn Erica Cortez
9524 Loch Avon Dr.
Pico Rivera, CA 90660


Covina Educational Ctr State Presch
160 N. Barranca Ave.
Covina, CA 91723

Covina Valley Children's Center
4400 N. Rosburgh
Covina, CA 91722


Crescent Heights Early Education Ct
1700 Alvira St.
Los Angeles, CA 90035


Cristina Judith Gonzalez
7337 Kraft Ave
North Hollywood, CA 91605-3912


Crossroad Montessori CC Ctr
12900 Crossroad Pkwy South
La Puente, CA 91746


Cruz Family Child Care
Attn: Jessica Cruz
771 Aileron Ave.
La Puente, CA 91744


CSPP (LACOE)
9300 Imperial Highway
Downey, CA 90242-2890


Cybernet Communications, Inc.
P.O. Box 573490
Tarzana, CA 91357


Dacotah St. Early Edu Ctr
3142 Lydia Dr.
Los Angeles, CA 90023

Daniela Mancia
3735 E 6th St
Los Angeles, CA 90023-1805


David Roberti Early Education Ctr
1156 E. Vernon Ave.
Los Angeles, CA 90011


Davis Family Child Care
Attn: Toimicia Davis
1941 W. 93rd St.
Los Angeles, CA 90047


Davis Family Day Care
957 W. 12th St.
San Pedro, CA 90731


Dawn A Kurtz
13478 Misty Meadow Ct
Chino Hills, CA 91709-1224


Daysha J'Niece Perkins Underwood
44332 Palo Verde St
Lancaster, CA 93536-6273


Daysi Estefania Lopez
1238 E 34th St
Los Angeles, CA 90011-2122


Dayton Heights Early Education Ctr.
3917 Clinton St.
Los Angeles, CA 90004

De Anza Head Start/State Preschool
12820 E. Bess St.
Baldwin Park, CA 91706


De La Fuente Family Child Care
Attn: Rosalind de la Fuente
5806 Via Corona St.
Los Angeles, CA 90022


De Leon Family Day Care
Attn: Brenda De Leon
5600 Harold Way
Los Angeles, CA 90028


Dean Felton
1685 Roosevelt Ave.
Altadena, CA 91001


Deanna D. Robles
3581 Frazier St.
Baldwin Park, CA 91706


Deleuw Family Child Care
Attn: Tammy Deleuw
4720 W. Avenue J2
Lancaster, CA 93536


Denise Fonseca Barragan
3603 Anita Dr
Bell Gardens, CA 90201-3301


Denise Gardiner
336 W Regent St  Apt 21
Inglewood, CA 90301-9136

Denise Gomez
14913 La Salle Ave
Gardena, CA 90247-3127


Dewey School - Head Start
525 Dewey Ave.
San Gabriel, CA 91776


Diamond Point Child Development Ctr
24150 Sunset Crossing Rd.
Diamond Bar, CA 91765


Diane Gutierrez
3213 Geronimo Ave.
Simi Valley, CA 93063


Diaz Family Child Care Home
Attn:  Laura Diaz
8621 California Ave.
Whittier, CA 90605


Dimple Gulrajani
525 S Ardmore Ave  Apt 106
Los Angeles, CA 90020-3303


Dingman Family Child Care
Attn:  Sandy L. Dingman
8400 Winsford Ave.
Los Angeles, CA 90045


Discovery Time Children's Ctr.
406 S. 2nd St.
Alhambra, CA 91801

Diva R Ramirez
2725 S Pacific Ave
San Pedro, CA 90731-6528


Dixon Family Child Care
850 W. 9th St., Apt. 4
Los Angeles, CA 90044


Dolores Street Early Education Ctr
22309 Catskill Ave.
Carson, CA 90745


Donna Escalante
10430 Dolan Ave
Downey, CA 90241-2616


Dorlus Family Child Care
Attn: Jessieka Denise Dorlus
839 E. 84th St.
Los Angeles, CA 90001


Drew Barrett
1011 Snapdragon Ct
Corona, CA 92878-7792


Dual Language Learner (Expansion)
750 N Alameda Street, Suite 300
Los Angeles, CA 90012


Duarte Unified School District
1620 E. Huntington Dr.
Duarte, CA 91010

Duarte USD - Andres Duarte
1433 Crestfield Dr.
Duarte, CA 91010


Duarte USD - Beardslee
1212 Kellwil Way
Duarte, CA 91010


Duarte USD - Maxwell Site
733 Euclid Ave.
Duarte, CA 91010


Duckett Family Child Care
Attn: Yoland Duckett
1338 East 49th
Los Angeles, CA 90011


Duckett Kidz Care, Inc.
Attn: Yolanda Duckett
1338 East 49th Street
Los Angeles, CA 90011


Duff Head Start
Garvey School District
7830 E. Dorothy Ave.
Rosemead, CA 91770


Dwaune D Moore
956 E 94th St
Los Angeles, CA 90002-1911


Eagles Nest
Attn: Jackie & Gary Flower
14340 Valley View Ave.
La Mirada, CA 90638

Eagles Nest Preschool
Attn: CTR Inc.
10262 Colima Rd.
Whittier, CA 90603


Eagles Nest Preschool
Attn:  Jackie & Gary Fowler
641 Sheldon St.
El Segundo, CA 90245


Eagles Nest Preschool
CTR Incorporated
641 Sheldon St.
El Segundo, CA 90245


East LA Occ Ctr, Head Start
2100 Marengo St.
Los Angeles, CA 90033


East Whittier Ctr
9951 S. Mills Ave.
Whittier, CA 90604


Eastman Ave. Early Edu Ctr
1266 S. Gage Ave.
Los Angeles, CA 90023


Echo Park Child Development Center
1010 Douglas St.
Los Angeles, CA 90026


Ecole Clair Fontaine, Camper Campus
226 Westminster Ave.
Venice, CA 90291

Ecole Claire Fontaine, Abbot Kinney
1049-1051 Abbot Kinney Blvd
Venice, CA 90291

Ed Amoyo Sudario
5297 E Rural Ridge Cir
Anaheim, CA 92807-4619

Edgewood Academy
Bassett Unified School District
904 N. Willow Ave.
La Puente, CA 91746

Edgewood Academy, Head Start Presch
14135 Fairgrove Ave.
La Puente, CA 91746

Edison Head Start
625 Main Ave.
Long Beach, CA 90802

Edison Head Start
Long Beach Unified School District
1260 E. 33rd St.
Signal Hill, CA 90755

Edison Language Academy Preschool
2402 Virginia Ave.
Santa Monica, CA 90404

Edith Geraldina Flores
1144 S Sierra Bonita Ave Apt 3
Los Angeles, CA 90019-2592

Edith Marcel
10920 Waddell St
Whittier, CA 90606-3001


Edwards Family Child Care
Attn: Kenisha Edwards
709 S. Clymar Ave.
Compton, CA 90220


EHS
750 N Alameda Street, Suite 300
Los Angeles, CA 90012


El Monte City School District
3540 Lexington Ave.
El Monte, CA 91731


El Monte City SD, Cherrylee
Head Start
5025 Buffington Rd.
El Monte, CA 91731


El Monte City SD, Columbia School
Head Start
3400 N. California Ave.
El Monte, CA 91731


El Monte City SD, Cortada El
3111 N. Potrero Ave.
El Monte, CA 91731


El Monte City SD, Gidley
Head Start
10226 E. Lower Azusa Ave
El Monte, CA 91731

```
El Monte City SD, Le Gore
11121 E. Bryant Rd.
El Monte, CA 91731


El Monte City SD, Mulhall School
Head Start
10900 Mulhall St.
El Monte, CA 91731


El Monte City SD, New Lexington El
10410 E. Bodger St.
El Monte, CA 91731


El Monte City SD, Potrero School
Head Start
2611 N. Potrero Ave.
South El Monte, CA 91733


El Monte City SD, Rio Vista School
4300 N. Esto
El Monte, CA 91731


El Monte City SD, Shirpser High Sch
4020 N. Gibson Rd.
El Monte, CA 91731


EL Monte City SD, Thompson School
4544 Maxson Rd.
El Monte, CA 91732


El Monte City SD, Wilkerson HS
2700 Doreen Ave.
South El Monte, CA 91733
```

El Proyecto CDC
9140 Van Nuys Blvd. #109 A, B, C
Panorama City, CA 91402


El Proyecto East LA CDC
4824 Civic Ctr Way
Los Angeles, CA 90022


El Rancho Santa Gertrudes Center
9329 Alburtis St.
Santa Fe Springs, CA 90670


El Sereno Early Edu Ctr
3092 Pueblo Ave.
Los Angeles, CA 90032


El Sereno Head Start
5036 N. Huntington Dr.
Los Angeles, CA 90032


El Sereno Head Start
Plaza de la Raza CDC
13300 Crossroads Pkwy N. Suite 440
La Puente, CA 91746


Eli Pessar
11274 Morrison St Apt 10
North Hollywood, CA 91601-4460


Elida Flores
2907 Hauser Blvd
Los Angeles, CA 90016-3207

Elisa Gertudis Santiago
15258 Carla Ct
Canyon Country, CA 91387-1896


Elizabeth Learning Center
4811 Elizabeth St.
Bell Gardens, CA 90201


Elsa Jacobsen
966 S. Bundy Dr.
Los Angeles, CA 90049


Emerson Child Development Center
635 Lincoln Ave.
OR 97166


Emerson Head Start
7544 E. Emerson Place
Rosemead, CA 91770


Emerson State Preschool
1011 Caldwell St.
Compton, CA 90221


Enevila K Smith
1633 W 84th Pl  Apt 1
Los Angeles, CA 90047-5444


Enterprise Bank & Trust
888 W. 6th St.
Los Angeles, CA 90017

Erica Alejandra Salazar
6011 Bear Ave
Huntington Park, CA 90255-3316


Escalante Early Edu Ctr, So Reg #1
7221 S. Atlantic Blvd.
Bell Gardens, CA 90201


Escalante Family CC
Attn: Yesmin Escalante
378 Douglas St.
Los Angeles, CA 90026


Espinoza Family CC
Attn: Cecilia Amaro
5844 Lewis Ave.
Long Beach, CA 90805


Esquer Family CC
Attn:  Diana & Alberto Esquer
1259 S. Kern Ave.
Compton, CA 90220


Estefani Marin
5303 Palo Verde Rd
Irvine, CA 92617-3001


Esther Miranda
3570 Randolph Pl.
Bell Gardens, CA 90201


Estrada Head Start
1320 Concord Ave.
Los Angeles, CA 90023

Estrada Head Start
Foundation for Early Childhood Edu
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107


Estrella Early Education Center
Central Region #1
Los Angeles, CA 90011


Ethel Bradley Early Edu Ctr
10925 S. Central
Los Angeles, CA 90059


Euclid Head Start
817 S. Euclid Ave.
Los Angeles, CA 90023


Euclid Head Start
Foundation for Early Childhood Edu
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107


Evans Head Start State Preschool
717 N. Figueroa St.
Los Angeles, CA 90012


Evelin Denise Rivera
3124 Stockbridge Ave
Los Angeles, CA 90032-2923


Evelyn Garcia
201 W El Repetto Dr
Monterey Park, CA 91754-5535

Evergreen Early Edu Ctr.
1027 N. Evergreen Ave.
Los Angeles, CA 90033


Evergreen Heights Head Start Presch
2923 2nd St.
Los Angeles, CA 90033


Expansion (LACOE)
9300 Imperial Highway
Downey, CA 90242-2890


Exposition Park Montessory CC
1024 W. 38th St.
Los Angeles, CA 90037


Fair Ave. Early Edu Ctr.
11300 Kittridge St.
North Hollywood, CA 91606


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Felicia Lopez Gomez
10607 Hickory St
Los Angeles, CA 90002-3747


Felton State Preschool
10417 Felton Ave.
Inglewood, CA 90304

Fergeson Elementary School
State Preschool
22215 Ealine Ave.
Hawaiian Gardens, CA 90716


Fernando Almodovar
c/o Wayfinder Family
5300 Angeles Vista Blvd
Los Angeles, CA 90043


Finster Family CC
Attn: Natasha Finister
4630 W. 140th St.
Hawthorne, CA 90250


First 5 LA, Finance
Attn Faustino Genio, Acct. Mgr
750 N. Alameda St, Suite 300
Los Angeles, CA 90012


First 5 LA, Finance
Attn Faustino Genio, Acct. Mgr
750 N. Alameda St, Suite 300
Los Angeles, CA 90012


First Choice Services
10907 Painter Ave.
Santa Fe Springs, CA 90670


Flaharty Family Child Care
Attn: Araceli Flaharty
2828 Hope St.
Huntington Park, CA 90255


Flanner
1314 N. Leborgne Ave.
La Puente, CA 91746

Flor M Hernandez
7020 Mountain View Ave  Apt A
Huntington Park, CA 90255-5091


Florence-Firestone CC
7217 S. Mace Place
Los Angeles, CA 90001


Flores De Valle
225 N. Avenue 25
Los Angeles, CA 90031


Flores Family Child Care
Attn:  Justine Flores
653 Simmons Ave.
Los Angeles, CA 90022


Flores Family Child Care
Attn:  Pauly Flores
13208 Bombay St.
Sylmar, CA 91342


Foster Road State Preschool
13980 Foster Rd.
La Mirada, CA 90638


Foster State Preschool
1620 N. Pannes St.
Compton, CA 90221


Foundation for Early Childhood Edu
3450 E Sierra Madre Blvd
Pasadena, CA 91107

Fountain Avenue Head Start
5636 Fountain Ave.
Los Angeles, CA 90028


Fourth St. Early Edu Ctr
421 S. Hillview Ave
Los Angeles, CA 90022


Franklin Roosevelt/Kit Carson Presc
Lawndale School Dist.
3530 W. 145th St.
Lawndale, CA 90260


Franklin State Preschool
2400 Montana Ave.
Santa Monica, CA 90403


Fredy Ruiz
7825 Yolanda Ave.
Reseda, CA 91335


Fuentes Family Child Care
Attn: Elsa Fuentes
1029 West L Street
Wilmington, CA 90744


Gabriela Arroyo
631 S Bonnie Brae St Unit 100
Los Angeles, CA 90057-3709


Gaines State Preschool
7340 E. Jackson St.
Paramount, CA 90723

Galvez Family CC
Attn: Norman Galvez
6151 Burwood Ave.
Los Angeles, CA 90042


Garcia Family CC
Attn: Claudia Garcia
13224 S. St. Andrews Pl.
Gardena, CA 90249


Garcia Family Child Care
13224 S. St. Andres Place
Gardena, CA 90249


Garden of Progress Head Start
360 S. Gless St.
Los Angeles, CA 90033


Gardena Early Edu Ctr.
1350 W. 177th St.
Gardena, CA 90248


Garfield Head Start
2240 Baltic Ave.
Long Beach, CA 90810


Garvey School District
2730 Del Mar Ave.
Rosemead, CA 91770


Gates St. Early Edu Ctr
2306 Thomas St.
Los Angeles, CA 90031

Geddes
14600 Cavette Pl.
Baldwin Park, CA 91706


Gilbert A. Cedillo Head Start
2141 Workman Ave.
Los Angeles, CA 90031


Gilbert A. Cedillo Head Start
Plaza de la Raza CDC
13300 Crossroads Pkwy N.
Suite 440
La Puente, CA 91746


Giovanna Aguilar
943 Ericksen Dr.
Pomona, CA 91768-2135


Glassell Park Early Education Ctr
3003 N. Carlyle St.
Los Angeles, CA 90065


Glazier Elementary School
10932 E. Escelsior Dr.
Norwalk, CA 90650


Gledhill St. Early Edu Ctr
16058 Gledhill St.
North Hills, CA 91343


Glendale CC Child Dev Ctr
Glendale Community College
1500 N. Verdugo Rd.
Glendale, CA 91205

Glendale Preschool & Kindergarten
Attn: Irene Zukas Barcci
225 S. Verdugo Rd.
Glendale, CA 91205


Glendale Sharon Preschool
626 N. Pacific Ave.
Glendale, CA 91203


Glenfeliz Blvd. Early Edu Ctr
3745 Dover Place
Los Angeles, CA 90039


Glenn Family Child Care
Attn: LaFrunde Glenn
2007 W. 83rd St.
Los Angeles, CA 90047


Golden Springs Child Devel. Ctr.
245 S. Ballena Dr.
Diamond Bar, CA 91765


Gomez & Urquiza Family CC
Attn: I. Gomez & A. Urquiza
901 E. Barbara Ave.
West Covina, CA 91790


Gonzalez Family CC
Attn: Guadalupe Gonzalez
8903 S. La Puebla Ave.
Whittier, CA 90605


Good Beginnings Head Start
1839 S. Hoover St.
Los Angeles, CA 90006

Good Beginnings Head Start
21503 Prospect Ave.
Long Beach, CA 90810


Good Beginnings Head Start
Volunteers of America of LA
11243 Kittridge St.,
North Hollywood, CA 91606


Graham Early Edu Ctr
8332 S. Elm St.
Los Angeles, CA 90001


Grandview Elementary School
795 N. Grandview Ave.
La Puente, CA 91744


Grant St. Early Edu. Ctr
1559 N. Saint Andrews Pl.
Los Angeles, CA 90028


Gratts Early Education Center
1415 5th Street
Los Angeles, CA 90017


Gregory Loar
15484 Pearmain St.
Adelanto, CA 92301


Gregory Park Head Start Preschool
5807 Gregory Ave.
Los Angeles, CA 90038

Gricelda Gomez Mondragon
10533 Montgomery Ave
Granada Hills, CA 91344-7035


Griggs-Smith Family CC
Attn: Vickie Griggs-Smith
750 E. Pine St.
Compton, CA 90221


Growing Years Children's Academy
Attn: Nicole Lee
211 S. Pacific Ave.
Glendale, CA 91204


Guadalupe Mendez-Duran
10540 Cayuga Ave
Pacoima, CA 91331-3011


Guan Family Child Care
Attn: Wendy Guan
1986 Tambor Ct.
Rowland Heights, CA 91748


Guardian Angel Academy
Attn: Diane Hazel Ferguson
13413 Bradley Ave.
Sylmar, CA 91342


Guerrero Family CC
Attn: Ceclia Amaro
5844 Lewis Ave.
Long Beach, CA 90805


Guzman Translation and Interpreting
P.O. Box 362
La Mirada, CA 90637

Gwendolyn Comeaux Family Child Care
1619 W. 134th St.
Compton, CA 90222


Gwennies Learning & Loving CC
Attn: Gwendolyn Comeaux
1619 W. 134th St.
Compton, CA 90222


Haber Family Child Care
Attn: Margo Haber
9238 Coachman Ave.
La Puente, CA 91744


Hacienda La Puente Preschool
Valinda
1030 Indian Summer Ave.
La Puente, CA 91744


Hacienda La Puente USD
15959 East GAle Ave.
Hacienda Heights, CA 91745


Hacienda Montessori Academy
15694 Tetley St.
Hacienda Heights, CA 91745


Haddon Avenue Early Education Ctr.
10085 Haddon Ave.
Pacoima, CA 91331


Harrison/Child Development Center
425 E. Harrison Ave.
Pomona, CA 91767

Hart Village Early Edu Ctr.
21702 Hart St.
Canoga Park, CA 91303


Hawaaian Ave. Early Edu Ctr
501 Hawaiian Ave.
Wilmington, CA 90744


Hawaiian State Preschool
12350 E. 226th St.
Hawaiian Gardens, CA 90716


Hawlawn
 Venice Family Clinics
4754 W. 120th St.
Hawaiian Gardens, CA 90716


Heather Marie Harris
9181 Bloomfield Ave  Unit F
Cypress, CA 90630-2420


Helen Fawaz
907 Mariposa St Apt B
Glendale, CA 91205-2890


Hellen Keller Preschool
3521 Palm Avenue
Lynwood, CA 90262


Hendrickson & Wright Family CC
7867 Crenshaw Blvd.
Los Angeles, CA 90043

Hendy Family CC
Attn:  Triana Gabrielle Hendy
10327 S. Wilton Pl.
Los Angeles, CA 90047


Hernandez Family CC
Attn:  Norma Hernandez
1100 E. Truman Place
West Covina, CA 91790


Hernandez Family CC
Attn:  Sonia Hernandez Zazueta
13135 Cranston Ave.
Sylmar, CA 91342


Herrera Family CC
1717 W. 83rd St.
Los Angeles, CA 90047


Hi Fi Preschool
25227 Narbonne Ave.
Lomita, CA 90717


Hi Fi Preschool & Infant Ctr
25527-25537 Narbonne Ave.
Lomita, CA 90717


Highland Park Head Start
5443 Ash St.
Los Angeles, CA 90042


Highland State Preschool
Inglewood USD
430 Venice Way
Inglewood, CA 90302

Hillary Broadous Early Education Ct
11736 Bromont Ave
Pacoima, CA 91331


Hillcrest Country Day School
Hillcrest Congregational Church
2000 West Road
La Habra, CA 90631


Hillcrest Head Start
Garvey School District
795 Pepper St.
Monterey Park, CA 91755


Hilltop Nursery School
Attn: Maria Rayas
5702 Crest Rd.
Rancho Palos Verdes, CA 90275


Hobart Early Edu Ctr
982 S. Serrano Ave.
Los Angeles, CA 90006


Hollydale Preschool
5511 Century Blvd.
South Gate, CA 90280


Holmes Avenue Early Edu Ctr
1810 E. 52nd St.
Los Angeles, CA 90058


Homer
121 Varick St.
New York, NY 10013

Hooper Ave. Early Edu Ctr
1224 E. 52nd St.
Los Angeles, CA 90011


Horace Mann Preschool Ctr
3401 Scott Rd.
Burbank, CA 91504


Houston Family CC
Attn: Nikita Houston
336 W. 62nd St.
Los Angeles, CA 90003


Howard Family CC
Attn:  Edna H. Howard
44822 16th St. East
Lancaster, CA 93535


HSA Bell Gardens LAUP
6800 Florence Ave.
Bell Gardens, CA 90201


HSA Pasitos Head Start Preschool
8692 Virginia Ave.
South Gate, CA 90280


Huerta Elementary
15415 S. Pioneer Blvd.
Norwalk, CA 90650


Human Services Association
6800 Florence Ave.
Bell Gardens, CA 90201

Humanity
2121 N California Blvd., Suite 290
Walnut Creek, CA 94596


Huntington Park Rita
6420 Rita Ave.
Huntington Park, CA 90255


Hyde Park Early Edu Ctr
6428 11th Ave.
Santa Monica, CA 90403


Ilan Ramon Day School
27400 Canwood St.
Agoura Hills, CA 91301


Impact (LACOE)
9300 Imperial Highway
Downey, CA 90242-2890


Ines Arredondo Leighton
3595 Santa Fe Ave  SPC 292
Long Beach, CA 90810-4380


Inglewood Avenue Preschool Academy
Tajauta Enterprises, Inc.
2201 Westwind Way
Signal Hill, CA 90755


Inglewood Unified School District
401 S. Inglewood Ave.
Inglewood, CA 90301

Inglewood USD Child Dev Ctr
10409 10th Ave.
Inglewood, CA 90303


Insight
P.O. Box 731072
Dallas, TX 75373-1072


Insperity
19001 Crescent Springs Dr
Kingwood, TX 77339


iPinwheel
11956 Bernardo Plaza Dr., #406
San Diego, CA 92128


Iron Mountain Inc.
P.O. Box 601002
Pasadena, CA 91189


Isabella Rose Tedesco
22640 Califa St
Woodland Hills, CA 91367-4417


Jackson Family Child Care
Attn: Kerisha Lynn Jackson
13917 Arcturus Ave.
Gardena, CA 90249


Jaimee Watson
23352 Brightwater Pl
Harbor City, CA 90710-1103

Jasmin Contreras
1349 Hewitt St
San Fernando, CA 91340-3913


Jefferson State Preschool
2508 E. 133rd St.
Compton, CA 90220


Jefferson State Preschool
10203 Firmona Ave.
Inglewood, CA 90304


Jeffrey Foundation Multipurpose Ctr
Preschool
5464-5470 W. Washington Blvd.
Los Angeles, CA 90016


Jenifer Fernandez
9613 Surfside St
Bakersfield, CA 93313-6119


Jennifer Elizabeth Castaneda-Pacheo
11408 Sheffield Rd
Fontana, CA 92337-9014


Jennifer Hernandez
12016 Long Beach Blvd  Apt A
Lynwood, CA 90262-3888


Jennifer Marie Saenz
2538 Cedar Ave
Long Beach, CA 90806-2807

Jessica Geovana Sotelo
4546 W 147th St
Lawndale, CA 90260-1325


Jessica Martinez
1014 S Marengo Ave  Unit 3
Alhambra, CA 91803-2074


Jex Family Child Day Care Services
14321 Osborne St.
Panorama City, CA 91402


Jeyana Phillips
10349 Monterey St.
Bellflower, CA 90706-6733


Joan Kim
13147 Crewe St
North Hollywood, CA 91605-4727


Jocelyn Rivera
1035 Fraser Ave
Los Angeles, CA 90022-3821


Jocelyn X Arteaga
12002 Old River School Rd
Downey, CA 90242-2113


Johanna J Hernandez
2471 Santa Ana N
Los Angeles, CA 90059-2146

Johanna Pelayo
7829 Benares St
Downey, CA 90241-6005


John Adams Child Dev Ctr
2320 17th St.
Santa Monica, CA 90405


John Hancock Life Insurance Co. USA
Attn:  Property Manager
515 S. Figueroa St., Suite 320
Los Angeles, CA 90071


John Hancock Life Insurance Company
515 S. Figueroa St., Suite 320
Los Angeles, CA 90071


Johnson Family Child Care
Attn: Marilyn Johnson
3125 W. 77th St.
Los Angeles, CA 90043


Johnson Family Child Care
Attn:  Tiffany Johnson
11714 Truro Ave., Atp. A
Hawthorne, CA 90250


Johnston Elementary School
13421 S. FAirford Ave.
Norwalk, CA 90650


Jonthan Club
545 S. Figueroa St.
Los Angeles, CA 90071

Joyland Preschool
Shelco Enterprise LLC
12645 Pioneer Blvd.
Norwalk, CA 90650


Judy Cuevas
11226 Runnymede St
Sun Valley, CA 91352-4742


Just Plane Kids
LA Air Route Traffic
2555 E. Avenue P
Palmdale, CA 93550


K-Step Montessori
3400 Aerojet Ave.
El Monte, CA 91731


Kadijah Simone Williams
1832 E Avenue J2  Apt 2
Lancaster, CA 93535-4408


Karen A Bradford
850 Iris Way Unit D
Azusa, CA 91702-7105


Karina Cota
1010 Lagoon Ave Apt 203
Wilmington, CA 90744-3463


Karina White
9313 Millergrove Dr
Santa Fe Springs, CA 90670-2357

Karla Antonieta Martinez
901 E 49th Pl
Los Angeles, CA 90011-4103


Katerina Rose Bails
5316 E Anaheim Rd
Long Beach, CA 90815-4305


Katherine Leon
4949 Placidia Ave
North Hollywood, CA 91601-4835


Kellogg Polytechnic Child Dev Ctr
610 Medina St.
Pomona, CA 91768


Kelly State Preschool
2320 E. Alondra Blvd.
Compton, CA 90221


Kenia Mendez
9070 Imperial Hwy Apt 17
Downey, CA 90242-2746


Kennedy Head Start
17500 S. Belshire Ave.
Artesia, CA 90701


Kevin Ortiz
3523 Ash St
Lake Elsinore, CA 92530-1876

Kiddie Academy of Glendora
1339 S. Grand Ave.
Glendora, CA 91740


Kiddie Academy of Pasadena
169 N. Halstead St.
Pasadena, CA 91107


Kids Kastle
Attn: Natasha Y. Butcher
2126 S. Highland Ave.
Los Angeles, CA 90016


Kids Korner Children's Center
Attn: Keyla Bell
1905 20th St.
Santa Monica, CA 90404


Kids Korner Preschool Inc.
9757 Arleta Avenue
Pacoima, CA 91331


Kids Story, Inc.
25527-25537 Narbonne Ave.
Lomita, CA 90717


Kidtopia Family Child Care
Attn: J. Bonseigneur
1325 W. 65th Pl.
Los Angeles, CA 90044


Kidz Korner Children's Center
Attn: Keyla Bell
1905 20th St.
Santa Monica, CA 90404

Kimitra N Robinson
27955 Firebrand Dr
Castaic, CA 91384-3592


King San Pedro Child Dev Ctr
3817 S. San Pedro St.
Los Angeles, CA 90011


King State Preschool
2270 E. 122nd St.
Compton, CA 90222


Kingsley Child Dev Ctr
1170 Washington St.
Pomona, CA 91767


Klaudia O Renteria
10456 Rose Hedge Dr
Whittier, CA 90606-2517


Kosal Kat-Lim
1217 W Carlton Ave
West Covina, CA 91790-1635


Kristin Feltz
920 Enterprise Ave Apt 2
Inglewood, CA 90302-8320


Kristin Marie Ornelas
2722 Kendall St
La Verne, CA 91750-3716

LA Area Chamber of Commerce
350 S. Bixel St.
Los Angeles, CA 90017


La Casa Community Ctr.
La Casa de San Gabrial Community Ct
203 E. Mission Rd.
San Gabriel, CA 91776


LA County Office of Education
9300 Imperial Hwy
Downey, CA 90242-2890


La Esperanza Head Start
11329 Valerio St.
Sun Valley, CA 91352


La Mirada Head Start
5637 La Mirada Ave.
Los Angeles, CA 90038


La Mirada Head Start
Foundation for Early Childhood Edu
3450 E. Sierra Madre
Pasadena, CA 91107


LA Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


LA Trade Tech College CDC
2021 S. Olive St.
Los Angeles, CA 90007

LAC + USC Employees' Child Ctr
1401 N. Mission Rd.
Los Angeles, CA 90033


LACOE-PDGR
9300 Imperial Highway
Downey, CA 90242-2890


Lakeshore
2695 E. Dominguez St.
Carson, CA 90895


Lakeview
11500 Joslin St.
Santa Fe Springs, CA 90670


Lakeview
Plaza de la Raza CDS
13300 Crossroads Pkwy N, Suite 440
La Puente, CA 91746


Lakewood Child Dev Ctr.
5225 Hayter Ave.
Lakewood, CA 90712


Latona Ave Elementary School
5225 Hayter Ave.
Lakewood, CA 90712


Launch Pad Learning
4141 El Segundo Blvd.
Hawthorne, CA 90250

Laura Angeli Mejia
2500 Missouri Ave
South Gate, CA 90280-3939


Laura Fonseca
13733 Ramona Pkwy
Baldwin Park, CA 91706-4020


Laura J Earley
1554 Prospect Ave Apt C
San Gabriel, CA 91776-3488


Laurel Early Education Ctr.
8023 Willoughby Ave.
Los Angeles, CA 90046


Laurel State Preschool
1321 W. Laurel St.
Compton, CA 90220


Lawndale School District
4161 West 147th St.
Lawndale, CA 90260-1709


Legacy Builders Day Care
Attn: Jessieka Denise Dorlus
839 E. 84th St.
Los Angeles, CA 90001


Lemay Street Early Edu Ctr
17553 Lemay St.
Van Nuys, CA 91406

```
Lennox School District
10319 Fimona Ave
Inglewood, CA 90304


Leona Cox State Preschool
18643 Oakmoor St.
Canyon Country, CA 91351


Leonor E Vasquez
130 S Sepulveda Blvd  Unit 207
Los Angeles, CA 90049-3152


Leslie Andrews
5030 Riverton Ave Apt 5
North Hollywood, CA 91601-3965


Leslie Ann Alvis
7602 Wellman St
Los Angeles, CA 90040-3316


Leticia Malvaez
14811 Brink Ave
Norwalk, CA 90650-5809


Lewis Family Child Care
7823 S. Denker Ave.
Los Angeles, CA 90047


Lexington Child Devel Ctr
550 W. Lexington Ave.
Pomona, CA 91768
```

Lilian Anabell Gutierrez
14522 Fidel Ave
Norwalk, CA 90650-5116


Liliana Baez
1035 N Sunset Ave
Azusa, CA 91702-1924


Liliana Contreras
13017 Corcoran St
San Fernando, CA 91340-1514


Lincoln Center
12620 Broadway
Whittier, CA 90601


Lincoln Child Development Ctr.
Pomona USD
1460 E. Holt Ave.
Pomona, CA 91767


Linda Vista Children's Ctr.
1259 Linda Vista Ave.
Pasadena, CA 91103


Lindbergh Children's Center
12120 Lindbergh Ave.
Lynwood, CA 90262


Little Friends Head Start
707 E. Kensington Rd.
Los Angeles, CA 90026

Little Scholars Academy LLC
4168 Slauson Avenue
Los Angeles, CA 90043


Little Seedlings
Attn: Sherie Cigar-James
8816 South 5th Ave.
Inglewood, CA 90305


Little Sprouts Preschool
1921 N. Gaffey Street, Ste. A
San Pedro, CA 90731


Little Star
12322 Pellissier Blvd.
Whittier, CA 90601


Little Stars Learning Center
Attn: Darlene S. and Luis E. Morale
4103 W. Adams Blvd.
Los Angeles, CA 90018


Little Thinkers Family Day Care
Attn: Kenisha Edwards
709 S. Clymar Ave.
Compton, CA 90220


Little Treehouse Academy
Attn: Teremok
18510 Plummer Street
Northridge, CA 91324


Lizbet Hernandez
12162 Crystal Ave
Chino, CA 91710-2347

Lizet Valencia
8520 Calmada Ave
Whittier, CA 90605-1521


Locke Early Education Center
320 E. 111th. Street
Los Angeles, CA 90061


Logan Early Education Center
1712 W. Montana Street
Los Angeles, CA 90026


Long Beach Child Development Center
2222 Olive Avenue
Long Beach 90806


Long Beach Community Improvement
League
2399 California Ave. Suite A
Signal Hill, CA 90755


Long Beach Day Nursery
1548 Chestnut Ave.
Long Beach, CA 90813


Long Beach Day Nursery
3965 Bellflower Blvd.
Long Beach, CA 90808


Long Beach Unified School District
1515 Hughes Way
Long Beach, CA 90810

Longfellow State Preschool
1101 S. Dwight Street
Compton, CA 90220


Lopez Child Development Center
701 S. White Avenue
Pomona, CA 91766


Lopez Family Child Care
Attn: Adriana Lopez
1166 Mirasol St.
Los Angeles, CA 90023


Lopez Family Day Care
Attn: Aida D. Lopez
1220 E. Avenue R-3
Palmdale, CA 93550


Lorena Batres
6723 Keltonview Dr.
Pico Rivera, CA 90660


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027


Los Angeles Unified School District
333 S. Beaudry Ave.
Los Angeles, CA 90017-1466


Lourdes Montoya
13602 Mar Vista St Apt 6
Whittier, CA 90602-2307

Lucy Annette Placencia
640 W Lambert Rd  Unit 42
La Habra, CA 90631-1587


Lugo Preschool
4345 Pendleton Street
Lynwood, CA 90262


Luz Nallely Arriaga
25501 Harbor Village Pl Apt B
Harbor City, CA 90710-5206


Lynwood Unified School District
11321 Bullis Rd
Lynwood, CA 90262


Mack Family Child Care
Attn: Adrienne Mack
5875 S. Verdun Avenue
Los Angeles, CA 90043


Mack Family Child Care (Adrienne)
Attn: Adrienne Mack
5875 South Verdun Avenue
Los Angeles, CA 90043


Madison/Child Development Center
1351 S. Main Street
Pomona, CA 91766


Magnolia
Plaza de la Raza Child Development
13300 Crossroads Pkwy N. Suite 440
La Puente, CA 91746

Malone Family Child Care
Attn: Malone, Janquil and Marvin
37723 Giavon St.
Palmdale, CA 93552


Manuel Family Child Care (Giuliana)
15717 Eastwood Ave.
Lawndale, CA 90260


Manuel Ramos Antonio
3018 Potomac Ave
Los Angeles, CA 90016-4131


MAOF Child Care Center Telegraph
4457 Telegraph Road
Los Angeles, CA 90023


Margo Haber
9238 Coachman Ave.
Whittier, CA 90605


Maria Concepcion Espinoza
1123` California Ave
Lynwood, CA 90262-3303


Maria D Villar
13103 Bona Vista Ln
La Mirada, CA 90638-1807


Maria Del Carmen Garcia-Lopez
12040 Sheldon St  Apt B19
Sun Valley, CA 91352-1968

Maria Edy Williams
8181 Grove Ave
Rancho Cucamonga, CA 91730-3112


Maria Elena Bustamante
3411 W 113th St
Inglewood, CA 90303-2245


Maria Elizabeth Ferrette
14752 Crenshaw Blvd Unit 476
Gardena, CA 90249-3602


Maria Teresa Solorzano
861 Magnolia Ave
Long Beach, CA 90813-6421


Marian Gindi
7220 Finevale Dr
Downey, CA 90240-2014


Maricruz Hernandez
10433 Mary Ave
Los Angeles, CA 90002-3544


Mariel Kyger Doerfel
2003 S Holt Ave
Los Angeles, CA 90034-1410


Marife Adriano
14824 1/2 Chatsworth Dr
Mission Hills, CA 91345-1617

Marilyn Garcia
1109 Palo Verde Rd  Unit 1109
Irvine, CA 92617-4300


Marin Family Child Care
Attn: Mayra Marin
428 S Hoover Street
Los Angeles, CA 90020


Marina Early Education Center
4908 Westlawn Avenue
Los Angeles, CA 90066


Mark Twain Pre-school
12315 Thornson Avenue
Lynwood, CA 90262


Mark Twain Preschool
Lawndale School District
3728 W. 154th St.
Lawndale, CA 90260


Marlene E Alfaro -Ashouri
5903 Arabella St
Lakewood, CA 90713-1203


Martha Fierro
5136 Cecilia St
Bell Gardens, CA 90201-6006


Martha L Majano
1104 Walnut St
Inglewood, CA 90301-3836

Marvin Early Education Center
2341 S Curson Avenue
Los Angeles, CA 90016


Maryvale
7600 Graves Ave
Rosemead, CA 91770


Maryvale (Los Angeles Orphan Asylum


Maryvale Day Care Center
7600 E. Graves Avenue
Rosemead, CA 91770


Maryvale Early Education Center
2502 Huntington Drive
Duarte, CA 91010


Mathison Family Child Care
Attn: Carolina Mathison
42801 Mohican Drive
Lake Hughes, CA 93532


Matilde Morales
2083 W 28th St
Los Angeles, CA 90018-3020


Maywood Child Development Center
4801 East 58th Street
Maywood, CA 90270

McAuliffe Early Education Center
8914 Hunt Ave #2
South Gate, CA 90280


McCray Family Child Care
Attn: Valjean McCray
1041 S Harlan Avenue
Compton, CA 90220


McKinley Montessori Academy
217 E. McKinley Avenue
Pomona, CA 91767


McKinley State Preschool
14431 S. Stanford Avenue
Compton, CA 90220


MDBB, Inc.
Risingstars Child Development Cente
762 W. 130th St.
Gardena, CA 90247


Medina Family Child Care (Maria M.)
Attn: Maria Medina
2547 Floradale Avenue
El Monte, CA 91732


Mejia Family Child Care
Attn: Cintia Mejia
1921 Chariton Street
Los Angeles, CA 90034


Melbourne Head Start/State Preschoo
21314 Claretta Avenue
Lakewood, CA 90715

Melissa Ledezma
240 W 66th St
Los Angeles, CA 90003-1813


Mendoza Child Development Center
851 S. Hamilton Avenue
Pomona, CA 91768


Mendoza Family Child Care
Attn: Claudia Mendoza
2517 S. Batson Avenue
Rowland Heights, CA 91748


Mendoza Family Child Care
Attn: Rosa Mendoza
15053 Lindhall Way
Whittier, CA 90604


Mendoza Family Child Care
Attn: Roxana Mendoza
422 North Forest Avenue
Los Angeles, CA 90033


Meridian Early Education Center
6124 Ruby Place
Los Angeles, CA 90042


Merwin
16125 Cypress Street
Irwindale, CA


Mexican American Opportunity Found.
401 N. Garfield Ave.
Montebello, CA 90640

Michal J Pena
12400 Cypress Ave  SPC 63
Chino, CA 91710-2814


Microsoft Azure
One Microsoft Way
Redmond, WA 98052


Miles Ave. Early Education Center
2855 Saturn Avenue
Huntington Park, CA 90255


Miramonte Early Education Center
1341 East 70th. Street
Los Angeles, CA 90001


Moffett State Preschool
11050 Larch Avenue
Inglewood, CA 90304


Momentum PTN
(FKA)- United Cerebral Palsy/Spasti
1815 W. 213th St. #100
Torrance, CA 90501


Monte Vista Early Education Center
5509 Ash Street
Los Angeles, CA 90042


Monterey Infant Center
Burbank USD
1915 Monterey Avenue
Burbank, CA 91506

Monterey Vista Head Start
901 E. Graves Avenue
Monterey Park, CA 91754


Montessori Academy of La Puente
846 N. Orange Avenue
La Puente, CA 91744


Montessori Academy of West Covina
1030 E. Merced Avenue
West Covina, CA 91790


Montessori Association of Covina
5119 N Valley Center Av
Covina, CA 91724


Montiel Family Child Care
Attn: Miriam & Hector Montiel
8611 Beverly Road
Pico Rivera, CA 90660


Montvue Child Development Center
1440 San Bernardino Avenue
Pomona, CA 91767


Moore Family Child Care
Attn:  Adrianne M. Moore
14326 Osborne St.
Panorama City, CA 91402


Moore Family Child Care (Adrianne)
Attn: Adrianne Moore
3014 12th Avenue
Los Angeles, CA 90018

Mora Family Child Care
Attn: Adriana Mora
14326 Osborne St.
Panorama City, CA 91402


Morales Family Child Care
Attn: Darlene and Luis Morales
2943 Hillcrest Drive
Los Angeles, CA 90016


Mothers Club Family Learning Center
Families Forward
980 N. Fair Oaks Avenue
Pasadena, CA 91103


Motta Child Care
Olivia and Jennifer Motta
11435 Rincon Dr.
Whittier, CA 90606


Mountainview Fun for Fours
22201 W. Cypress Place
Santa Clarita, CA 91350


Mrittika Chakrobortty
3011 W 4th St Apt 204
Los Angeles, CA 90020-1133


Ms. Milka's Kids Family Child Care
10333 Aldrich St.
Whittier, CA 90606


Ms. Milka's Kids FCC
(Bustos Family Child Care)
Attn: Milka Bustos
10333 Aldrich Street
Whittier, CA 90606

Mt. San Antonio Community College
District

Mt. View Preschool
Claremont USD
170 W. San Jose Ave., Suite 300
Claremont, CA 91711

Mulberry Tree Preschool
Clover Educational Services, Inc.
13841 E. Christine Drive
Whittier, CA 90605

Munoz Family Child Care
Attn: Edith Munoz
440446 Glenraven Road
Lancaster, CA 93535

Munzer (ECE Prov)
3450 Spring St. #216
Long Beach, CA 90806

Murchison Street Early Edu Ctr
1537 Murchison St.
Los Angeles, CA 90033

Myranda Munoz
23645 Meadowridge Dr  Apt 157
Newhall, CA 91321-4231

Naaman Karl Cordova-Muenzberg
4951 Cahuenga Blvd
North Hollywood, CA 91601-4745

Nasir Family Child Care (Shahina)
Attn: Shahina Nasir
4831 W. 116th St.
Hawthorne, CA 90250


Nassar Family Child Care
Attn: Maria Luz Nassar
8209 Capistrano Avenue
Canoga Park, CA 91304


Natalia Edwards
37342 Wisteria Dr
Palmdale, CA 93551-6163


Natalie Darlene Lopez
5823 5th Ave
Los Angeles, CA 90043-3228


Nataly Rivera
125 W 52nd St
Long Beach, CA 90805-5819


Natasha Butcher


Nature's Edge Child Devel Ctr
Attn Kapila & Jayanthi Wimalaratne
2700 East 7th Street
Long Beach, CA 90804


Nelson Elementary
330 California Avenue
La Puente, CA 91744

Nerrad's House, Inc.
1909 W. Imperial Highway
Los Angeles, CA 90047


Newhall Elementary Preschool
24607 N. Walnut Street
Newhall, CA 91321


Newhall School District
26730 Old Rock Road
Stevenson Ranch, CA 91381


Newton Academy
1035 Fedora Street
Los Angeles, CA 90006


Nex-Gen Preschool, Inc.


Next Level Cleaning Services
37234 Little Sycamore St.
Palmdale, CA 93552


Nicholas Austin Nilam-Hall
1824 Calamar Ave
Torrance, CA 90501-4711


Nicole Claudette Meighan
7608 Walnut Grove Ave
Corona, CA 92880-9050

Nicole D Romero
2067 N Palm Ave
Upland, CA 91784-1417

Niemes Head Start/State Preschool
16715 S. Jersey Avenue
Artesia, CA 90701

Ninety-Fifth Street Early Education
Center
1027 W. 96th. Street
Los Angeles, CA 90044

Ninety-Seventh Street Early
Education Center
430 W. Colden Avenue
Los Angeles, CA 90003

NLMUSD Head Start/State PS/New
River Elementary
13432 S. Halcourt Avenue
Norwalk, CA 90650

NLMUSD Preschool Programs-Gallatin
Center
9001 Paramount Blvd.
Downey, CA 90240

Noble Avenue Early Education Center
8315 Noble Avenue
North Hills, CA 91343

Noelle Vargas Banuelos
991 S Idado St Unit 113
La Habra, CA 90631-6647

Noorzay Family Child Care
Attn: Ramzia and Mohammad Noorzay
8428 Topanga Canyon
Canoga Park, CA 91304


Norma Griselda Llamas
10050 Wisner Ave
Mission Hills, CA 91345-3037


Normandie Avenue Early Education
Center
4407 Raymond Avenue
Los Angeles, CA 90037


Normont Early Education Center
25028 Petroleum Avenue
Harbor City, CA 90710


Northridge Early Education Center
18050 Chase Street
Northridge, CA 91325


Northrup
409 S. Atlantic Blvd.
Alhambra, CA 91801


Norwalk Child Development Center
14000 San Antonio Drive
Norwalk, CA 90650


Norwalk-La Mirada  USD
13323 S. Goller Avenue
Norwalk, CA 90650

Notre Dame Infant Center
21704 W. Golden Triangle Road, #120
Santa Clarita, CA 91350

Nueva Maravilla Child Development
Center
4909 E. Cesar Chavez Avenue
Los Angeles, CA 90022

Nuffer Elementary
14821 S. Jersey Avenue
Norwalk, CA 90650

Ocab Family Child Care
Attn: Jesusa Calesin Ocab
1515 Second Avenue
Los Angeles, CA 90019

Ochoa Family Child Care
Attn:  Maria and Elpidia Ochoa
13911 Lomitas Avenue
La Puente, CA 91746

Olivares Family Child Care
Attn: Francisca Oliveres
459 N. Chester Avenue
Pasadena, CA 91106

Olive View Infant - Child Devel Ctr
Child Devel Consortium of LA
14445 Olive View Drive, Bldg 120
Sylmar, CA 91342

Olivia & Jennifer Motta
11435 Rincon Drive
Whittier, CA 90606

One Hundred Second Street Early
Education Center
1925 E. 102 Street
Los Angeles, CA 90002


One Hundred Twelfth Street
Early Education Center
1319 E. 112th Street
Los Angeles, CA 90059


Outfront
405 Lexington Ave., 14th Fl.
Tax Dept.
New York, NY 10174


PACE - St. John Head Start Center
14517 Crenshaw Blvd.
Gardena, CA 90249


Pacific Asian Consortium
in Employment
1055 Wilshire Blvd. #1475
Los Angeles, CA 90017


Pacific Clinics Glendale Avenue
Head Start
616 N. Glendale Avenue
Glendale, CA 91206


Pacific Clinics Head Start/Early
Head Start
2415 W. Ave 30
Los Angeles, CA 90065


Pacific Clinics Lexington
Head Start
735 Lexington Drive
Glendale, CA 91206

Pacific Clinics Nesbitt Early HS
171 N. Altadena Drive, Suite 101
Pasadena, CA 91107


Pacific Clinics Verdugo
Head Start
1003 S. Verdugo Road
Glendale, CA 91205


Pacific Friends School
6210 Temple City Blvd.
Temple City, CA 91780


Pacific Palisades Presbyterian
Preschool
15821 W. Sunset Blvd.
Pacific Palisades, CA 90272


Pacoima Charter School
11016 Norris Avenue
Pacoima, CA 91331


Pacoima Early Education Center
11059 Herrick Street
Pacoima, CA 91331


Palm Elementary School
14740 W. Palm Avenue
Hacienda Heights, CA 91745


Palms State Preschool
12445 E. 207th Street
Lakewood, CA 90715

Pamela Arciaga
206 1/2 E Maple St
Glendale, CA 91205-2110


Pan Family Child Care
Attn:  Yanquin Pan
3327 Bent Twig lane
Diamond Bar, CA 91765


Para Los Ninos
5000 Hollywood Blvd.
Los Angeles, CA 90027


Para Los Ninos (Caruso)
833-845 E 6th Street
Los Angeles, CA 90021


Para Los Ninos - Cypress
1145 Cypress Avenue
Los Angeles, CA 90065


Para Los Ninos - East Los Angeles
Child Development
4824 Civic Center Way
Los Angeles, CA 90022


Para Los Ninos Head Start -
Hollywood
5000 Hollywood Blvd.
Los Angeles, CA 90027


Para Los Ninos Head Start Magnolia
2828 W. Magnolia Blvd.
Burbank, CA 91505

Park Place
2630 E. 7th St.
Los Angeles, CA 90023


Park Western Place Early
Education Center
1220 Park Western Place
San Pedro, CA 90732


Parker Family Child Care
Attn: Alexis Parker
10962 Atkinson Ave.
Inglewood, CA 90303


Parks Huerta Early Education Center
1020 W. 58th Place
Los Angeles, CA 90044


Parson (Parent Portal)
888 W 6th Street, 7rh Floor
Los Angeles, CA 90017


Pasitos Miles Pre-Kindergarten
Academy
6720 Miles Avenue
Huntington Park, CA 90255


Pathway (Carcamo Family Child Care)
325 Wilshire Blvd #1100
Los Angeles, CA 90010


Pathways Child Development Center
Eagle Rock
4824 Eagle Rock Blvd.
Los Angeles, CA 90041

Patricia Salmeron
1748 S Catalina St
Los Angeles, CA 90006-4423


Patrick Family Child Care
10508 Poinciana Street
Whittier, CA 90606


Patrick Sean Butler
251 S Walnut Ave
San Dimas, CA 91773-3073


Payne State Preschool
Inglewood USD
215 W. 94th St.
Inglewood, CA 90301


Pediatric Therapy Network
1406 Obispo Ave.
Long Beach, CA 90804


Penny and Peggy Nairn 24-Hour
Childcare, Inc.
Attn:  Penny and Peggy Nairn
10036 Old Depot Plaza Road
Chatsworth, CA 91311


Perez Family Child Care
11903 Carmenita Road
Whittier, CA 90605


Perla Villanueva
6304 California Ave
Bell Gardens, CA 90201-1004

Petra Cervantes
13271 Kagel Canyon St
Pacoima, CA 91331-3928


Phillips Family Child Care
Attn:  Jeyana Phillips
10349 Monterey St.
Bellflower, CA 90706


Pico Garden
1500 E. 4th Street
Los Angeles, CA 90033


Pico Garden
Foundation for Early Childhood Edu
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107


Pico Union Preschool Center/
Para Los Ninos (Keck)
1521 W. 3rd Street
Los Angeles, CA 90026


Pinetree Preschool
Attn:  ZHHL Corp.
311 S. Normandie Avenue
Los Angeles, CA 90020


Pinewood Avenue Early Education
Center
7051 Valmont Street
Tujunga, CA 91042


Pinocchio Child Care Center, Inc.
401 1/2 S. Berendo Street
Los Angeles, CA 90020

Pio Pico Center
4211 S. Columbia Avenue
Pico Rivera, CA 90660


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887


Placido Saldivar Contreras Jr
7439 Wish Ave
Van Nuys, CA 91406-2534


Plascencia Family Child Care
Attn:  S., M. and V. Plascencia
4155 Harlon Avenue
Baldwin Park, CA 91706


Plascencia Family Child Care
234 Pamela Road
Monrovia, CA 91017


Play Factory
Attn:  Playfactory Pre-School
9723 Garibaldi Avenue
Temple City, CA 91780


Play Preschool
2828 Glendale Blvd.
Los Angeles, CA 90039


Plaza de al Reza-Maizeland
7601 Cord Avenue
Pico Rivera, CA 90660

Pomona Unified School District
Child Development
1460 E. Holt Ave. Suite 174
Pomona, CA 91767


Pomona USD Child Dev. Dept.
Decker Elementery School
20 Village Loop Road
Pomona, CA 91766


Pueblo Child Development, HS
1460 E. Hold Avenue
Pomona, CA 91767


Pulido Coutino Family Child Care
548 S. Spring St., Unit 1013
Los Angeles, CA 90013


QCC (LACOE)
9300 Imperial Highway
Downey, CA 90242-2890


Quality Children's Services
6108 Innovation Way
Carlsbad, CA 92009


Queen Szanice Calaguas Flores
2378 Fenton Pkwy, Apt. 112
San Diego, CA 92108


Queen Szanice Calaguas Flores
1851 Sky Harbor Rd
San Diego, CA 92139-1021

Rafael A Folgar
4829 S Slauson Ave Apt 3
Culver City, CA 90230-5650


Raieka Kianian
125 Cherry Ave  Apt 7
Long Beach, CA 90802-6166


Rainbow Child Development Center
938 S. Menlo Avenue
Los Angeles, CA 90006


Rainbow in a Cloud Child
Development Center
1800 East Anaheim Street
Long Beach, CA 90813


Ramirez Family Child Care
Attn: Michelle Ramirez
2509 Clarendon Avenue
Huntington Park, CA 90255


Ramona Head Start
2755 Lancaster Avenue
Los Angeles, CA 90033


Ramona Head Start
Foundation for Early Childhood Edu
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107


Ramona School
14616 Dinard Avenue
Norwalk, CA 90650

Ranch Hills Child Development
Center
2 Trabuco Place
Pomona, CA 91766


Raquel Hernandez
1168 McFarland Ave
Wilmington, CA 90744-3630


Raymond Antonio Almonte
7632 Topanga Canyon Blvd Apt 208
Canoga Park, CA 91304-5540


Razuri Family Child Care
Attn: Violeta Razuri
17183 Donmetz Street
Granada Hills, CA 91344


Ready Set Grow
Attn: Samantha De Silva
525 S. Stewart Drive
Covina, CA 91723


Reed-Charles Family Child Care
Attn: Keisha Reed-Charles
1040 W. 103rd St.
Los Angeles, CA 90044


Resurrection Pre K
Archdiocese of LA Edu & Welfare
3360 Opal St.
Los Angeles, CA 90023


Reyes Family Child Care Home
Attn: Aurora P. Reyes
4330 10th Ave.
Los Angeles, CA 90008

Reyna C Resendez
15445 Cobalt St SPC 19
Sylmar, CA 91342-0593

Reynolds Family Child Care
Attn: Elma Reynolds
13709 S Wilkie Avenue
Gardena, CA 90249

Rice Head Start
2150 Angelus Avenue
Rosemead, CA 91770

Ricio Mariel Lagunas
13163 Splendora Ave
Whittier, CA 90605-4126

Rios & Robles Mesa Family Child
Care Attn:
Jennifer Rios & Jose Robles Mesa
14321 Osborne Street
Panorama City, CA 91402

Rising Stars Academy
Attn: Nerrad's House, Inc.
1909 W. Imperial Hwy
Los Angeles, CA 90047

Rising Stars Academy
Attn: Rising Stars Academy Flagship
Inc.
13703 Praire Avenue
Hawthorne, CA 90250

Rising Stars Academy (LA, Inc.)
1851 W. Imperial Hwy
Los Angeles, CA 90047

Rising Stars Academy Flagship
13703 Prairie Ave.
Hawthorne, CA 90250


Rising Stars Academy LA, Inc.
1851 W. Imperial Hwy
Los Angeles, CA 90047


Rising Stars Child Development
Center
Attn: MDBB, Inc.
762 W. 130th Street
Gardena, CA 90247


Robert Lazo
3732 Ellis Ln
Rosemead, CA 91770-2129


Robinson Family Child Care
3140 Butterfield Ave.
La Verne, CA 91750


Robles Family Child Care
Attn:  Deanna Coronado Robles
3581 Frazier Street
Baldwin Park, CA 91706


Robles-Martinez Family Child Care
Attn: Elizabeth Robles-Martinez
23720 Enola Avenue
Carson, CA 90745


Rodriguez Family Child Care
Attn: Angelica Rodriguez
904 W. 53rd St.
Los Angeles, CA 90037

Rodriguez Family Child Care
Attn: Rebeca & Mariana Rodriguez
3738 Siskiyou Street
Los Angeles, CA 90023


Rodriquez Family Child Care
Attn: Angelica Rodriguez
904 W. 53rd Street
Los Angeles, CA 90037


Roenne's School
Attn: Roenne's School Inc.
4701-4703 W. Washington Blvd.
Los Angeles, CA 90016


Roosevelt Head Start
700 N Bradfield Avenue
Compton, CA 90221


Roosevelt Preschool
10835 Mallison Avenue
Lynwood, CA 90262


Roosevelt State Preschool
700 N Bradfield Avenue
Compton, CA 90221


Roots Family Child Care
Attn: Reyna Abarca
Pacoima, CA 91331


Rosa B Castellanos
14328 S Corlett Ave
Compton, CA 90220-1232

Rosa Laura Ramirez
7924 Calobar Ave
Whittier, CA 90606-2517


Rosa Maria Valdes
6847 Duchess Dr
Whittier, CA 90606-1623


Rosa Parks Pre-School
3900 Agnes Avenue
Lynwood, CA 90262


Rosalina Najar
8991 Burke Ave Apt C
South Gate, CA 90280-3454


Rose & Alex Pilibos Preschool
1611 N. Kenmore Street
Los Angeles, CA 90027


Rosecrans State Preschool
1301 N. Acacia Street
Compton, CA 90222


Rosemary Hernandez
2116 Abrazo Dr
West Covina, CA 91791-4090


Rosemont Early Education Center
430 North Rosemont Avenue
Los Angeles, CA 90026

Rowe Family Child Care
Attn: Latoya K Rowe
239 W 91st Street
Los Angeles, CA 90003


Roxanne Chenet
9531 Helena Ave
Montclair, CA 91763-2209


Royal Learning Center
Attn: Ndidi Duruhesie
10206 S. Denker Avenue
Los Angeles, CA 90047


Rozassa Family Child Care
Attn: Leslie Yolanda Rozassa
20856 Alaminos Drive
Santa Clarita, CA 91350


Rubio Family Child Care
8923 Hooper Avenue
Los Angeles, CA 90002


Russell Family Child Care
43809 Rucker Street
Lancaster, CA 93535


Ruth M Aleman
8491 Ventura Canyon Ave Apt 203
Panorama City, CA 91402-3936


Saakyan Family Child Care
Attn: Astghik Saakyan
233 S. Greenwood Ave.
Montebello, CA 90640

SAGA Child Development Learning
Academy Inc.
3801 Cortland Street
Lynwood, CA 90262


Salazar Family Child Care
637 E. 95th St.
Los Angeles, CA 90002


Salazar FCC
5246 Windermere Ave.
Los Angeles, CA 90041


Salemi Galindo-Cruz
1900 S Campus Ave  Apt 36B
Ontario, CA 91761-5477


Sally Ann Grimaldi
12208 Whitley St
Whittier, CA 90601-2723


Samantha Anne Cenzon Schneider
16211 High Vista Ln
Chino Hills, CA 91709-2378


San Antonio Child Development
Center
855 E. Kingsley Avenue
Pomona, CA 91767


San Fernando Early Education Center
1204 Woodworth Street
San Fernando, CA 91340

San German Family Child Care
Attn: Maria and Gerardo San German
12002 Roscoe Blvd.
North Hollywood, CA 91605


San Jose Child Dev Ctr
Pomona USD
1460 E. Holt Ave., Suite 1176
Pomona, CA 91767


San Jose/Child Development Center
2015 Cadillac Drive
Pomona, CA 91767


Sanchez Head Start
8470 E. Fern Avenue
Rosemead, CA 91770


Sandoval Family Child Care
Attn: Claudia Sandoval
403 E. Vernon Avenue
Los Angeles, CA 90011


Sandra Y Figueroa
2444 Riverside Pl
Los Angeles, CA 90039-4010


Sandres Family Child Care
Attn: Siria Sandres
1312 W. 96th St.
Los Angeles, CA 90044


Santa Clarita State Preschool
27177 Seco Canyon Road
Santa Clarita, CA 91350

Santa Monica-Mailbu USD/Muir
H.S/S.P
2526 Sixth Street
Santa Monica, CA 90405


Santa Monica-Malibu Unified School
District
1651 16th St.
Santa Monica, CA 90404


Santa Monica-Malibu USD-
Grant H.S./S.P.
2368 Pearl Street
Santa Monica, CA 90405


Santa Monica-Malibu USD/Lincoln
Child Dev./H.S./S.P.
1532 California Avenue
Santa Monica, CA 90403


Santa Monica-Malibu USD/McKinley
H.S./S.P
2401 Santa Monica Blvd.
Santa Monica, CA 90405


Santa Monica-Malibu USD/Rogers
H.S./S.P
2401 14th Street
Santa Monica, CA 90405


Santana Family Child Care
Attn: Marta L. Santana
12806 Norris Avenue
Sylmar, CA 91342


Sapeins Family Child Care
805 E 20th Street
Long Beach, CA 90806

Sara Megan Rowley
1155 Electric St
Gardena, CA 90248-3345


Saugus Union School District
24930 Avenue Stanford
Valencia, CA 91355


Schellee Y Rocher
3908 2nd Ave
Los Angeles, CA 90008-2702


Scott Family Child Care
Attn: Angela Scott
7623 Gretna Ave.
Whittier, CA 90606


Selby Grove Center
8110 Paramount Blvd.
Pico Rivera, CA 90660


Seventy-Fifth Street Early
Education Center
242 W. 75th St.
Los Angeles, CA 90003


Shanda Brittany Gulickson
4497 Bonnie Brae St  Apt 1
Montclair, CA 91763-1829


Shannon K Jones
3024 Madison Ave
San Diego, CA 92116-3203

Shawna Marie Gipson
535 W El Segundo Blvd  Apt 319
Los Angeles, CA 90061-1270

Shenandoah Early Education Center
8861 Beverlywood Street
Los Angeles, CA 90034

Shepard of the Valley Luthern
Church
23838 Kittridge Street
West Hills, CA 91307

Sherie Cigar-James
8816 South 5th Ave.
Inglewood, CA 90305

Signal Hill Head Start
Long Beach USD
1260 E. 33rd St.
Signal Hill, CA 90755

Siria Sandres
1312 W 96th Street
Los Angeles, CA 90044

Sixty-Sixth Street Early Education
Center
405 E. 67th Street
Los Angeles, CA 90003

Slauson Center
4743 Slauson Avenue
Maywood, CA 90270

Smarthire
4650 Arrow Highway, #E2
Montclair, CA 91763


Sonia Catalina Lopez
10810 Elliott Ave
South El Monte, CA 91733-2341


Sonia Martinez
4715 Santa Anita Ave  Apt 3
El Monte, CA 91731-1332


Sonia Soto
1312 E 56th St
Los Angeles, CA 90011-4833


Sos Rene Nazaryan
7050 Owens St
Tujunga, CA 91042-1424


Soto Head Start Preschool
2616 East 7th Street
Los Angeles, CA 90023


South Central Los Angeles
Ministry Project Inc.
892 E. 48th Street
Los Angeles, CA 90011


South Region Early Education
Center (McAuliffe)
8914 Hunt Avenue
South Gate, CA 90280

Southeast Rio Vista YMCA -
Rio Vista Preschool
3355 Gage Avenue
Huntington Park, CA 90255


Spectrum
5000 E. Spring St., #360
Long Beach, CA 90815


St. Mary's Armenian School
St. Mary's Armenian Apostolic Churc
Church
1200 E. Carlton Drive
Glendale, CA 91205


St. Timothy's Episcopal Church
and Day School
312 S. Oleander Avenue
Compton, CA 90220


Staci Davis
816 Cherry Way
Upland, CA 91786-8451


Stacy Mery Becerra
3820 W 111th St
Inglewood, CA 90303-2130


Staples Contract & Commercial LLC
P.O. Box 105638
Atlanta, GA 30348-5638


State Street Early Education
Center
3210 Broadway Avenue
Huntington Park, CA 90255

Stein (Child Dev.)
221 S Figueroa St., Suite 400,
Los Angeles, CA 90012


Stem Starters LLC
4141 W. El Segundo Blvd.
CA 90205


Stephanie Aguilar
11500 Gwynne Ave
Norwalk, CA 90650-1819


Stephanie Nova-Calderon
855 S Ardmore Ave  Apt 202
Los Angeles, CA 90005-2417


Stericycle, Inc.
28883 Network Pl.
Chicago, IL 60673


Sulphur Springs Union School Distri
16400 Sierra Highway
Canyon Country, CA 91351


Sunkist Head Start/State Preschool
Bassett USD
904 N. Willow Ave.
La Puente, CA 91746


Sunny West Child Development Center
1664 West Adams Blvd.
Los Angeles, CA 90007

Susan Mandel PHD Early Head Start
Pacific Clinics
171 N. Altadena Dr., Suite 101
Glendale, CA 91201


Susana Yasmin Contreras
4518 1/2 Eagle St
Los Angeles, CA 90022-1868


Sylvan Park Early Education Center
15011 Delano Street
Van Nuys, CA 91411


Sylvia Liliana Figueroa
332 W Markland Dr
Monterey Park, CA 91754-7117


Synoptek LLC
19520 Jamboree Rd., Suite 110
Irvine, CA 92612


Tapia Family Child Care
Attn: Martha Tapia
1231 Thompson Avenue
Glendale, CA 91201


Tate Family Child Care
3065 San Luis Drive
Lancaster, CA 93535


Tate Family Child Care
Attn: Valencia Tate
1988 N. San Antonio Ave.
Pomona, CA 91767

Teachstone, Inc.
675 Peter Jefferson Pkwy, Suite 400
Charlottesville, VA 22911


Telfair Avenue Early Education Cent
10915 Telfair Avenue
Pacoima, CA 91331


Telstar Montessori Child Care Cente
9320 Telstar Avenue
El Monte, CA 91731


Teni Babayan
1699 Amberwood Dr  Apt 102
South Pasadena, CA 91030-1921


Terrazas and Ruiz Family Child Care
Attn:  A. Terrazas and F. Ruiz
14978 Astoria St.
Sylmar, CA 91342


Terrie Anne Mogg
6642 Centralia St
Lakewood, CA 90713-2735


The Almansor Center
211 Pasadena Ave.
South Pasadena, CA 91030


The Children's Center, Inc.
2419 Griffith Avenue
Los Angeles, CA 90011

The Village Agape Enrichment Center
522 W Vernon Avenue
Los Angeles, CA 90037


Thirty-Sixth Street Early Education
3556 S. Saint Andrews Place
Los Angeles, CA 90018


Thurgood Marshall Pre-school
3593 Martin Luther King Jr. Blvd.
Lynwood, CA 90262


Tibby State Preschool
1400 W. Popular Street
Compton, CA 90220


Tiffany Joy Carey
2332 Crestview Ave
Upland, CA 91784-8627


Tiffany Lanette Malone
3229 Hollypark Dr  Apt 3
Inglewood, CA 90305-4916


Tiffany Severijn
2940 W Carson St  Unit 235
Torrance, CA 90503-6088


Toddler Tech Univ., Inst. of Early
Flora McGregory
7861 S. Normandie Avenue
Los Angeles, CA 90044

Toi Angel Bridges
14255 Delano St Apt 202
Van Nuys, CA 91401-3051


Toluca Lake Early Education Center
4915 Strohm Avenue
North Hollywood, CA 91601


TORSH
701 Loyola Ave.
New Orleans, LA 70152


Tracy School Head Start/State Presc
13350 Tracy Avenue
Baldwin Park, CA 91706


Transamerica Life Insurance Company
6400 C Street SW
P55
Cedar Rapids, IA 52499-0003


Trello
55 Broadway, 25th Fl.
New York, NY 10006


Trinity
13118 Rainer Street
Whittier, CA 90605


Trinity Street Early Education Cent
3816 Trinity Street
Los Angeles, CA 90011

Tseng Family Child Care
Wendy Tseng
107 N. Hidalgo Avenue
Alhambra, CA 91801


Tunai Alease Anderson
272 E 69th Way
Long Beach, CA 90805-1240


Tupper Tobias Village CC Ctr
Around the Corner Ctr
9757 Arleta Ave.
Pacoima, CA 91331


Tupper Tobias Village Child Care Ce
9273 Tobias Avenue
Panorama City, CA 91402


Tweedy Pasitos School Readiness
9724 Pinehurst Avenue
South Gate, CA 90280


Twenty-Eighth Street Early Educatio
747 E. 28th Street
Los Angeles, CA 90011


Twenty-Fourth Street Early Educatio
2101 W. 24th. Street
Los Angeles, CA 90018


Tyes Tiny Tots - Parker Family
10962 Atkinson Ave.
Inglewood, CA 90303-2421

Un Mundo De Amigos Preschool
1480 Long Beach Blvd.
Long Beach, CA 90813


Un Mundo de Amigos Preschool - DTLB
241 Cedar Avenue
Long Beach, CA 90802


Union Pacific CDC/YWCA of Greater L
4315 Union Pacific Avenue
Los Angeles, CA 90023


Union Station Gateway Child Develop
1 Gateway Plaza 99-PL-7
Los Angeles, CA 90012


United Methodist Church
6440 Paramount Blvd.
Pico Rivera, CA 90660


Urban Cano Family Child Care
Attn: Marta Urbano
2854 Virginia Rd.
Los Angeles, CA 90016


V.O.A.-Corazon De La Familia
7625 Lankershim Blvd.
North Hollywood, CA 91605


Valenzuela Family Child Care
Rosa Valenzuela
4051 Olive St.
Bell Gardens, CA 90201

Van Nuys Early Education Center Pre
14350 Sylvan Street
Van Nuys, CA 91401


Van Wig Head Start/State Preschool
1151 Van Wig Avenue
La Puente, CA 91746


Vanalden Ave Early Education Center
6212 Vanalden Avenue
Reseda, CA 91335


Vance and Henderson Family Child Ca
1100 E 150th Street
Compton, CA 90220


Vaughn Street Early Education Cente
11480 Herrick Avenue
Pacoima, CA 91331


Vazquez Family Child Care
Sylvia Vasquez
12011 Magnolia Street
El Monte, CA 91732


Vejar/Child Development Center
1381 South White Avenue
Pomona, CA 91768


Velasco Family Child Care
Deserie Velasco & Angela Casillas
3918 Monterey Avenue
Baldwin Park, CA 91706

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Via Verde Montessori School Corp
1190 Via Verde
San Dimas, CA 91773


Villagran Family Child Care
Celest Villagran
11023 Bullis Road
Lynwood, CA 90262


Vine Street Early Education Center
6312 Eleanor Avenue
Los Angeles, CA 90038


Vineland School Head Start/State Pr
3609 North Vineland Avenue
Baldwin Park, CA 91706


VIQI
200 Vesey Street
New York, NY 10281


Vista del Valle State Preschool
550 Vista Drive
Claremont, CA 91711


Viviana Longoria
3812 Riverview Ave.
El Monte, CA 91731

Vizcaino Family Child Care
Mayra Vizcaino
10839 Colima Road
Whittier, CA 90604


VOA Grantee/Carriso Park Head Start
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA Grantee/Dolores Huerta Head Sta
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA Grantee/Martin Luther King Head
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA Grantee/North Walnut Head Start
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA Grantee/Pacoima Head Start
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA Grantee/Pierce Park Head Start
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA/Cesar Chavez Head Start
11243 Kittridge St.
North Hollywood, CA 91606

VOA/El Centro de Los Ninos, Sylmar
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


VOA/El Jardin de Ninos Head Start
11510 Valerio Street
North Hollywood, CA 91606


VOA/La Escuelita Head Start
11243 Kittridge St.
North Hollywood, CA 91606


VOA/Maud Booth Family Center
11243 Kittridge Avenue
North Hollywood, CA 91606


VOA/Plainview Head Start
11243 Kittridge St.
North Hollywood, CA 91606


VOA/Robert F. Kennedy
11243 Kittridge St.
North Hollywood, CA 91606


VOA/Strathern Park Head Start
11243 Kittridge St.
North Hollywood, CA 91606


VOA/The Learning Center Head Start
11243 Kittridge St.
North Hollywood, CA 91606

VOALA El Caminito Head Start
11243 Kittridge St.
North Hollywood, CA 91606


VOALA Hawthorne Head Start
11243 Kittridge St.
North Hollywood, CA 91606


VOALA Little Steps Head Start
11243 Kittridge St.
North Hollywood, CA 91606


VOALA Santa Cruz Head Start
11243 Kittridge St.
San Pedro, CA 90731


VOALA/Los Colores Head Start
11243 Kittridge St.
North Hollywood, CA 91606


Volunteers of America - Mar Vista H
11815 Allin Street
Culver City, CA 90230


Volunteers of America of Los Angele
541 Crocker Street
Los Angeles, CA 90013


Volunteers of America Paramount HS
13100 S. Avalon Blvd.
Los Angeles, CA 90061

```
Volunteers of America So. Downey Rd
11243 Kittridge St.
North Hollywood, CA 91606


Volunteers of America, Abbot Head S
13101 S. Avalon Blvd.
Los Angeles, CA 90061


Volunteers of America, Azteca Head
522 Dangler Avenue
Los Angeles, CA 90022


Volunteers of America, Bright Stars
13101 S. Avalon Blvd.
Los Angeles, CA 90061


Volunteers of America, Centro Aztla
1120 South McDonnell Avenue
Los Angeles, CA 90022


Volunteers of America, Chester Head
13100 S. Avalon Blvd.
Los Angeles, CA 90061


Volunteers of America, Commerce Hea
11243 Kittridge St.
North Hollywood, CA 91606


Volunteers of America, Greater Emma
13100 S. Avalon Blvd.
Los Angeles, CA 90061
```

Volunteers of America, Happy Days H
13100 S. Avalon Blvd.
Los Angeles, CA 90061


Volunteers of America, Humphreys He
211 N. Hunphreys Avenue
Los Angeles, CA 90022


Volunteers of America, Mona House H
13100 S. Avalon Blvd.
Los Angeles, CA 90061


Volunteers of America, Salazar Park
11243 Kittridge St.
North Hollywood, CA 91606


Volunteers of America, Santa Clarit
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


Volunteers of America, Silva Head S
11243 Kittridge St.
North Hollywood, CA 91606


Volunteers of America, Small World
13100 S. Avalon Blvd.
Los Angeles, CA 90061


Volunteers of America, Sunol Head S
133 N. Sunol Avenue
Los Angeles, CA 90063

Volunteers of America, Sunshine Hea
11243 Kittridge St.
North Hollywood, CA 91606


Volunteers of America, Wiley Canyon
12502 Van Nuys Blvd., Suite 220
Pacoima, CA 91331


Volunteers of America/Pueblo De Nin
11630 Hesby Street
North Hollywood, CA 91601


Wadsworth Avenue Early Education Ce
1047 East 41st Street
Los Angeles, CA 90011


Walker Family Child Care
Verlinda Walker
1238 E. 33rd Street
Los Angeles, CA 90011


Walnut School Head Start/State Pres
4701 Walnut Street
Baldwin Park, CA 91706


Wanda A. Mikes Early Education Cent
7720 S. Vermont Avenue
Los Angeles, CA 90044


Washington Center
7804 S. Thornlake Avenue
Whittier, CA 90606

Washington Child Development Center
975 E. Ninth Avenue
Pomona, CA 91766


Washington Children's Center
2207 W. Winona Avenue
Burbank, CA 91504


Washington Family Child Care
Natasha N. Washington
3679 2nd Avenue
Los Angeles, CA 90018


Washington Preschool
4225 Sandborn Avenue
Lynwood, CA 90262


Washington School - Bellflower USD
9725 E. Jefferson Street
Bellflower, CA 90706


Washington State Preschool
1421 N. Wilmington Avenue
Compton, CA 90220


Weathers Family Child Care
14004 Doty Avenue, Unit 103
Hawthorne, CA 90250


Webster Head Start
1755 West 32nd Way
Long Beach, CA 90810

West Side
9200 State Street
South Gate, CA 90280


West Whittier
6411 Norwalk Blvd.
Whittier, CA 90606


Westminster Avenue Early Education
1010 Main Street
Venice, CA 90291


Westmont/Child Development Center
1780 W. Ninth Street
Pomona, CA 91768


Wex Health, Inc.
P.O. Box 9528
Fargo, ND 58106-9528


Whelan State Preschool
4125 West 105th Street
Inglewood, CA 90304


Whitewood Child Development Center
5511 Whitewood Avenue
Lakewood, CA 90712


Whittier Christian School
Denise Campos
6525 Norwalk Blvd., #F
Whittier, CA 90606

Whittier Head Start
Long Beach USD
1260 E. 33rd St.
Signal Hill, CA 90755


Willard Head Start
3152 N. Willard Avenue
Rosemead, CA 91770


Willard Head Start
11250 Duncan Avenue
Lynwood, CA 90262


William Anderson Preschool
Lawndale School District
4130 W. 154th St.
Lawndale, CA 90260


William Awad
18021 Arline Ave
Artesia, CA 90701-4106


William Green Preschool
Lawndale School District
Lawndale, CA 90260


William Mead Head Start/Start Presc
Foundation for Early Childhood Edu
3450 E. Sierra Madre Blvd.
Pasadena, CA 91107


William R. Anton Early Education Ce
831 N. Bonnie Beach Place
Los Angeles, CA 90062

William Sperling
8153 La Milla, #8761
Rancho Santa Fe, CA 92067

Williams Family Child Care
Attn: Latrice Williams
3919 Carlin Avenue
Lynwood, CA 90262

Williams Head Start
2444 No. Del Mar Avenue
Rosemead, CA 91770

Willow Head Start
11733 E. 205th Street
Lakewood, CA 90715

Wilmington Park Early Education Cen
1419 Young Street
Wilmington, CA 90744

Wilson Preschool
11700 School Street
Lynwood, CA 90262

Wilton Place Early Education Center
4030 Leeward Avenue
Los Angeles, CA 90005

Wonderland Angels Early Learning Ce
Monique C. Fordham
15208 S. Avalon Blvd.
Compton, CA 90220

Wonderland Montessori
624 N. Anaheim Blvd.
Anaheim, CA 92805


Wonderland Montessori Preschool
10440 Artesia Blvd.
Bellflower, CA 90706


Woods Family Child Care
1900 W. 41st Dr.
Los Angeles, CA 90062


Woods Family Child Care (God's Gift
Caroll Wood
1227 W 84th Street
Los Angeles, CA 90044


Workman Elementary School
16000 Workman Street
La Puente, CA 91744


Worthington State Preschool
Inglewood USD
11102 Yukon Ave.
Inglewood, CA 90303


YMCA GLB Creative Beginnings Presch
5610 Linden Avenue
Long Beach, CA 90805


YMCA GLB Fairfield 70th Street Pres
700 70th Street
Long Beach, CA 90805

YMCA GLB First Friendships State Pr
6650Orange Avenue
Long Beach, CA 90805


YMCA GLB Mayne St. State Preschool
9630 Mayne Street
Bellflower, CA 90706


YMCA GLB Play & Learn Preschool
2179 Pacific Avenue
Long Beach, CA 90806


YMCA of Greater Long Beach
3605 Long Beach Blvd., Suite 210
Long Beach, CA 90807


YMCA of Greater Whittier
15740 Starbuck Street
Whittier, CA 90603


YMCA of Greater Whittier Hadley St
Curt Skotnick
12510 Hadley Street
Whittier, CA 90601


YMCA Sunshine P/S Starbuck Site
15740 Hadley St.
Whittier, CA 90603


Yvette Fabiola Martin
8339 Arrington Ave
Pico Rivera, CA 90660-5120

YWCA Infant Learning Center
11133 Omelveny Street. Bung AA 939
San Fernando, CA 91340


YWCA Infant Learning Ctr
YWCA of Greater LA
1020 S. Olive St, 7th Fl.
Los Angeles, CA 90015


YWCA North Valley Child Development
1200 N. Maclay Street
San Fernando, CA 91340


YWCA of Greater Los Angeles - Compt
1600 E. Compton Blvd.
Compton, CA 90221


YWCA of LA/Day Care Center Preschoo
2519 W. Vernon Avenue
Los Angeles, CA 90008


YWCA/Greater LA - Walnut Park CDC
7515 Pacific Blvd.
Huntington Park, CA 90255


Zakevosyan Family Child Care
Margarit Zakevosyan
6229 Fair Avenue
North Hollywood, CA 91606


Zamboni Preschool
15733 Orange Avenue
Paramount, CA 90723

Zamora Family Child Care
Laina Zamora
5546 Adele Avenue
Whittier, CA 90601


Zappia, Christopher
1219 S. Alta Vista Ave., Apt. 231
Monrovia, CA 91016

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Caroline R. Djang**
**18101 Von Karman Avenue**
**Suite 1000**
**Irvine, CA 92612-0164**
**(951) 263-2600 Fax: (951) 260-0972**
California State Bar Number: **216313 CA**
**caroline.djang@bbklaw.com**

FOR COURT USE ONLY

■ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Los Angeles Universal Preschool dba Child360**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **7**

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Caroline R. Djang**                                , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☑ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**May 18, 2022**
_____

Date

By:  **/s/ Caroline R. Djang**
      Signature of Debtor, or attorney for Debtor

Name:  **Caroline R. Djang**
       Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                         **F 1007-4.CORP.OWNERSHIP.STMT**