Attorney or Professional Name, Address, Telephone and FAX
Thomas H. Casey (SBN 138264)
tomcasey@tomcaseylaw.com
THE LAW OFFICE OF THOMAS H. CASEY, INC.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone: 949 766-8787
Facsimile:  949 766-9896

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

LOS ANGELES UNIVERSAL PRESCHOOL, dba CHILD360,

Chapter 7 Case Number

2:22-bk-12797-DS

**Professional Fee Statement**

Number: 3
November 1, 2022 – February 5, 2024

| | |
|---|---|
| 1.  Name of Professional: | Robert Lazo |
| 2.  Date of entry of order approving consulting agreement between the Trustee and the professional: | September 23, 2022 |
| 3. Total amount of fees and costs for this period: | $5,244.97 |

THIS FEE STATEMENT IS BEING SUBMITTED PURSUANT TO ORDER ENTERED SEPTEMBER 23, 2022 APPROVING THE TRUSTEE'S MOTION FOR APPROVAL OF SECOND CONSULTING AGREEMENT BETWEEN THE TRUSTEE AND THE DEBTOR'S FORMER IT DIRECTOR ROBERT LAZO AND COMPENSATION (DOC 99)
A COPY OF THE DETAILED DOCUMENTATION IS ATTACHED TO THIS FEE STATEMENT. UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT, THE TRUSTEE WILL PAY THE FEES STATED IN ITEM 3 ABOVE.

| | |
|---|---|
| 4. Total number of pages attached hereto:  1 | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting

period. Dated: February 6, 2024

Robert Lazo
Type Name of Professional

Signature of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Attorney for Professional (if applicable)

## INVOICE
#LAZO-03

### Robert Lazo

3732 Ellis Lane
Rosemead, CA 91770
**Bill To:**
Child360
515 S. Figueroa St. #900
Los Angeles, CA 90017

| Invoice Date | Terms | Due Date |
|---|---|---|
| 5-Feb-24 | 10 Day | February 15 2024 |

| Description | | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 2-Nov | Billing Review Avantiico | 1 | $ 100.00 | $ 100.00 |
| 6-Nov | Biling Review O365, Credit Card Declined | 1 | $ 100.00 | $ 100.00 |
| 18-Nov | Eamil and Calls with Tom regartding credit card update | 1 | $ 100.00 | $ 100.00 |
| 18-Nov | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Dec | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Jan | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 16-Feb | Call with Tom, Corey and Jason - Electronic Database discussion & Review | 1 | $ 100.00 | $ 100.00 |
| 18-Dec | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Jan | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Feb | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 3-Mar | Account Review, Consolidation, License reduction & Recommendation | 2 | $ 100.00 | $ 200.00 |
| 6-Mar | Avantico Invoice reivew and recommendation | 1 | $ 100.00 | $ 100.00 |
| 7-Mar | Call with Tom regarding LAEP's interest in Child360 Data Review | 1 | $ 100.00 | $ 100.00 |
| 18-Mar | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 23-Mar | Avantiico Invoice reconcilliation & request for Year end Invoice | 1 | $ 100.00 | $ 100.00 |
| 18-Apr | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 23-Apr | Avantico review and approved invoice for review | 1 | $ 100.00 | $ 100.00 |
| April 17-20 | Email and Phone cals with Tom regarding LAEP & Proposal | 1 | $ 100.00 | $ 100.00 |
| May 11-15 | Email and call with Tom regarding LAEP and their proposal to engage | 1 | $ 100.00 | $ 100.00 |
| 18-May | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Jun | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 21-Jun | Research Payroll Tax Returns for 2020-2021 and related forms for Jason | 2 | $ 100.00 | $ 200.00 |
| 18-Jul | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 22-Jul | Domain Name Child360.org expired. Account review and recovery | 1.5 | $ 100.00 | $ 150.00 |
| 22-Jul | Domain Name Child360.org Renewal Riembursement | 1 | $ 94.97 | $ 94.97 |
| 18-Aug | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Sep | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Oct | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Nov | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Dec | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Jan | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| 18-Feb | System Maintenance and updates | 2 | $ 100.00 | $ 200.00 |
| Total | | | | $ 5,244.97 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**26400 La Alameda, Suite 210, Mission Viejo, CA  92691**

A true and correct copy of the foregoing document entitled (*specify*): **Professional Fee Statement Number 3, November 1, 2022 – February 5, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 7, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lynn M Beekman**    lbeekman@f3law.com, mguerrero@f3law.com
- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Ryan Coy**    rcoy@bg.law, ecf@bg.law
- **Caroline Djang**    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Dustin Nirschl**    dustin.nirschl@bbklaw.com, linda.tapia@bbklaw.com;wilma.escalante@bbklaw.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Zev Shechtman**    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **James E Till**    james.till@till-lawgroup.com, martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel Velocci**    bankruptcy@cimlaw.com
- **Corey R Weber**    cweber@bg.law, ecf@bg.law

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **March 7, 2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 7, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Robert Lazo – Email address: rlazoo@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 7, 2024 | Kathy Driggers | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY US MAIL:**

**Interested Parties**
United States Bankruptcy Court
Attn: Hon. Deborah J. Saltzman
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Office of the US Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**Debtor**
Los Angeles Universal Preschool dba Child360
515 S. Figueroa Street, Suite 900
Los Angeles, CA 90071

**Request for Special Notice**
Outfront Media LLC
c/o Daniel P. Velocci, Esq.
Iannitelli Marcolini, P.C.
5353 North 16th Street, Suite 315
Phoenix, Arizona 85016

**Interested Parties**
Elan S. Levey, Asst. US Attorney
United States Attorney's Office
Central District of California
300 N. Los Angeles Street
Fed. Bldg., Room 7516
Los Angeles, CA 90012

**Attorney for Los Angeles Unified School District**
Grace H. Yeo, Assistant General Counsel II
Los Angeles Unified School District
Office of the General Counsel
Business and Government Legal Services
333 S. Beaudry Avenue, 20th Floor
Los Angeles, CA 90017

**Interested Parties**
~~Diane P. Cragg~~
~~Deputy Attorney General~~
~~California Department of Justice~~
~~Office of the Attorney General~~
~~455 Golden Gate Avenue, Suite 11000~~
~~San Francisco, CA 94102~~
Request Removal 1/30/24

Tania M. Ibanez
Supervising Deputy Attorney General
Charitable Trusts Section
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**